# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | **CAPITAL CASE** |
| **v.** | § | **NO. W-99-CR-00070(1)** |
| | § | **Execution Date: Sept. 24, 2020** |
| **CHRISTOPHER ANDRÉ VIALVA.** | § | |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Christopher André Vialva, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order[1] denying his *Motion to Enjoin the Federal Bureau of Prisons and United States Marshals Service from Executing Defendant Without Legal Authority and in Violation of Federal and Texas Law,*[2] and from the Order setting an execution date of September 24, 2020[3], and from each and every subsidiary adverse ruling and finding forming the bases for that order.

Mr. Vialva has been represented throughout these proceedings by counsel appointed pursuant the provisions of the Criminal Justice Act, Title 18, United States Code, Section 3006A. Mr. Vialva remains indigent and financially unable to obtain adequate representation and other reasonably necessary services.[4] Continued appointment of counsel is authorized

---

[1] *Order on Motion for Injunctive Relief,* filed 09/11/2020, document 690.

[2] *Motion to Enjoin*, filed 08/14/2020, document 675.

[3] *Order*, filed 09/11/2020, document 691.

[4] Doc. 4 (06/23/1999); and Doc. 355 (08/18/2003).

pursuant Title 18, United States Code, Section 3599 (e).  This appeal should proceed *in forma pauperis* pursuant Rule 24(a)(3), Federal Rules of Appellate Procedure.

<div style="margin-left: 40%">

Respectfully submitted,

s/Susan M. Otto
SUSAN M. OTTO   Oklahoma Bar # 6818
Federal Public Defender
MICHAEL LIEBERMAN  Oklahoma Bar #32694
Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930
Electronic mail: Susan_Otto@fd.org;
Michael_Lieberman@fd.org
COUNSEL FOR DEFENDANT
CHRISTOPHER ANDRÉ VIALVA

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mark Frazier | Rob Owen |
| Assistant United States Attorney | Law Office of Robert C. Owen, LLC |
| 800 Franklin, Suite 280 | 53 W. Jackson Blvd., Suite 1056 |
| Waco, Texas 76701 | Chicago, IL 60604 |
| Counsel for Plaintiff | |
| | John Carpenter |
| *Via electronic mail to* | Assist. Federal Public Defender |
| Mark Stelmach | 1331 Broadway, Ste. 400 |
| Assistant United States Attorney | Tacoma, WA 98402 |
| Austin, Texas | Counsel for Brandon Bernard |
| Counsel for Plaintiff | |

<div style="margin-left: 40%">

*s/Susan M. Otto*
SUSAN M. OTTO

</div>