No. 20-70019

_____

In the

# United States Court of Appeals for the Fifth Circuit

_____

United States of America,
*Plaintiff-Appellee*

v.

Christopher André Vialva,
*Defendant-Appellant.*

_____

On Appeal from the United States District Court
for the Western District of Texas, Waco Division
No. 6:99-cr-00070

_____

## APPELLANT'S RECORD EXCERPTS

<table>
<tr><td>

SUSAN M. OTTO
Federal Public Defender
MICHAEL LIEBERMAN
Assistant Federal Public Defender
Federal Public Defender Organization
Western District of Oklahoma
215 Dean A. McGee Suite 109
Oklahoma City, Oklahoma 73102
Tel: (405) 609-5930

</td><td>

JARED TYLER
Tyler Law Firm, PLLC
P.O. Box 230804
Houston, Texas 77223
Tel: (832) 606-2302

</td></tr>
</table>

*Counsel for Christopher André Vialva*

**\*\*CAPITAL CASE – EXECUTION DATE SEPTEMBER 24, 2020\*\***

# TABLE OF CONTENTS

| Tab | Document |
|-----|----------|
| 1 | Docket Sheet, Doc. 1, ROA.* |
| 2 | Notice of Appeal, Sept. 12, 2020, Doc. 692, ROA.* |
| 3 | Second Superseding Indictment, Mar. 28, 2000, Doc. 170, ROA.* |
| 4 | Verdict & Special Findings, June 1 & 16, 2000, Docs. 259, 286, ROA.* |
| 5 | Order Denying Motion for Injunctive Relief, Sept. 11, 2020, Doc. 690, ROA.* |
| 6 | Order Setting Execution Date, Sept. 11, 2020, Doc. 691, ROA.* |

* ROA not yet filed with the Court.

# TAB

# 1

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CRIMINAL DOCKET FOR CASE #: 6:99-cr-00070-ADA All Defendants

Case title: USA v. Vialva et al

Other court case numbers: 13-50807 5th Circuit Court of Appeals
        6:03-cv-00085 2255 Dft #3
        6:04-ca-00163 Waco Civil#-DFT#1
        6:04-cv-00164 Waco Civil#-Dft#2
        6:16-cv-435 Waco Civil 2255
        :00- -50523 5th Circuit
        :01- -50405 5th Circuit Dft. #3
        :03- -50781 5th Cirucit-Dft#3

Magistrate judge case number: 6:99-mj-00073

Date Filed: 07/13/1999

Assigned to: Judge Alan D Albright

Appeals court case numbers: 00-50523, 13-70016 5th Circuit Court of Appeals, 20-70019 Fifth Circuit Court of Appeals

**Defendant (1)**

**Christopher Andre Vialva**

represented by **B. Dwight Goains**
*TERMINATED: 06/29/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jared Tyler**
Tyler Law Firm, PLLC
P.O. Box 764
Houston, TX 77001
(832) 377-6161
Email: jptyler@tylerlawfirm.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Lisa S. McCalmont**
8400 Alameda Drive
Norman, OK 73026
(405) 573-3223
Fax: 405/573-3223
Email: lsmccal@swbell.net
*TERMINATED: 03/04/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*

**Michael W. Lieberman**
Federal Public Defender Western District of
Oklahoma
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
405-609-5975
Fax: 405-609-5976
Email: Michael_Lieberman@fd.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Stanley L. Schwieger**
Law Office of Stan Schwieger
600 Austin Ave., Suite 12
Waco, TX 76701-2044
(254) 752-5678
Fax: 254/752-7792
Email: wacocrimatty@yahoo.com
*TERMINATED: 08/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Steven C. Losch**
906 Delia Drive
Longview, TX 75601
(903) 234-1373
Fax: 903/753-2059
*TERMINATED: 06/14/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Susan M. Otto**
Federal Public Defender Western District of
Oklahoma
215 Dean A. McGee
Suite 109
Oklahoma City, OK 73102
(405) 609-5930
Fax: 405/609-5932
Email: susan_otto@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| Pending Counts | Disposition |
| --- | --- |

| | |
|---|---|
| 18:2119.F & 2 MOTOR VEHICLE THEFT - CARJACKING. Carjacking and aiding and abetting. (1ss) | SENTENCE: COUNT SS1, SS3, SS4: DEATH; COUNT SS2: LIFE WITHOUT THE POSSIBILITY OF RELEASE; SPECIAL ASSESSMENT: $100.00. |
| 18:1117.F (18:1111(a)&(b)) CONSPIRACY TO MURDER. Conspiracy to commit murder. (2ss) | SENTENCE: COUNT SS1, SS3, SS4: DEATH; COUNT SS2: LIFE WITHOUT THE POSSIBILITY OF RELEASE; SPECIAL ASSESSMENT: $100.00. |
| 18:1111.F (a)&(b) MURDER, FIRST DEGREE. First degree murder on a Government reservation. (3ss-4ss) | SENTENCE: COUNT SS1, SS3, SS4: DEATH; COUNT SS2: LIFE WITHOUT THE POSSIBILITY OF RELEASE; SPECIAL ASSESSMENT: $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2119.F MOTOR VEHICLE THEFT - CARJACKING. Carjacking and aiding and abetting. (1) | Dismissed per Order [303-1] |
| 18:2119.F and 18:2 MOTOR VEHICLE THEFT - CARJACKING. Carjacking and aiding and abetting. (1s) | Dismissed per Order [303-1] |
| 18:1117.F and 18:1111(a)&(b)-- CONSPIRACY TO MURDER. Conspiracy to commit murder. (2) | Dismissed per Order [303-1] |
| 18:1117.F and 18:1111(a)&(b) CONSPIRACY TO MURDER. Conspiracy to committ murder. (2s) | Dismissed per Order [303-1] |
| 18:1111.F MURDER, FIRST DEGREE. First degree murder on a government reservation. (3-4) | Dismissed per Order [303-1] |
| 18:1111.F MURDER, FIRST DEGREE. First degree murder on a Government reservation. (3s-4s) | Dismissed per Order [303-1] |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Defendant(s) did with intent to cause death or serious bodily harm take a motor vehicle | |

that had been transported, shipped or received in interstate commerce from the person or presence of another by force and violence or by intimidation in violation of 18 USC 2119. [ 6:99-m -73 ]

Assigned to: Judge Alan D Albright

Appeals court case numbers: 00-50523, 13-70013 5th Circuit Court of Appeals, 19-70021 USCA Fifth Circuit

**Defendant (2)**

| | | |
|---|---|---|
| **Brandon Bernard** | represented by | **John Robert Carpenter**<br>Federal Public Defender<br>1331 Broadway, Suite 400<br>Tacoma, WA 98402<br>253-593-6710<br>Fax: 253-593-6714<br>Email: John_Carpenter@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

**Robert Gombiner**
Federal Public Defender's Office
for the Western District of Washington
1601 Fifth Avenue
Suite 700
Seattle, WA 98101
(206) 553-1100
Fax: (206) 553-0120
Email: john_carpenter@fd.org
*TERMINATED: 11/19/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Robert C. Owen**
Law Office of Robert C. Owen, LLC
53 W. Jackson Blvd., Suite 1056
Chicago, IL 60604
512-577-8329
Email: robowenlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Russell D. Hunt , Sr.**
Russell D. Hunt Atty At Law
P.O. Box 726

Waco, TX 76703-0726
(254) 755-5738
Fax: (254) 753-8118
Email: rhuntatty@gmail.com
*TERMINATED: 06/29/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Russell David Hunt , Jr.**
Russell D. Hunt, Jr. Attorney at Law
310 South Austin Avenue
Georgetown, TX 78626
(512)474-5114
Fax: (512)857-0746
Email: admin@russhuntjrlaw.com
*TERMINATED: 06/29/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Walter M. Reaves , Jr.**
Law Office of Walter Reaves, Jr.
100 N. 6th Street, Suite 902
Waco, TX 76701
(254) 296-0020
Fax: 877-726-4411
Email: wmreaves@reaveslegal.com
*TERMINATED: 08/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 18:2119.F & 2 MOTOR VEHICLE THEFT - CARJACKING. Carjacking and aiding and abetting. (1ss) | SENTENCE: COUNT SS1, SS2, SS3: LIFE WITHOUT THE POSSIBILITY OF RELEASE; SPECIAL ASSESSMENT: $100.00. |
| 18:1117.F (18:1111(a)&(b)) CONSPIRACY TO MURDER. Conspiracy to commit murder. (2ss) | SENTENCE: COUNT SS1, SS2, SS3: LIFE WITHOUT THE POSSIBILITY OF RELEASE; SPECIAL ASSESSMENT: $100.00. |
| 18:1111.F (a)&(b) MURDER, FIRST DEGREE. First degree murder on a Government reservation. (3ss) | SENTENCE: COUNT SS1, SS2, SS3: LIFE WITHOUT THE POSSIBILITY OF RELEASE; SPECIAL ASSESSMENT: $100.00. |
| 18:1111.F (a)&(b) MURDER, FIRST DEGREE. First degree murder on a Government reservation. (4ss) | SENTENCE: COUNT SS4: DEATH; SPECIAL ASSESSMENT: $100.00. |

**Highest Offense Level (Opening)**

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2119.F MOTOR VEHICLE THEFT - CARJACKING. Carjacking and aiding and abetting. (1) | Dismissed per Order [303-1] |
| 18:2119.F and 18:2 MOTOR VEHICLE THEFT - CARJACKING. Carjacking and aiding and abetting. (1s) | Dismissed per Order [303-1] |
| 18:1117.F and 18:1111(a)&(b)-- CONSPIRACY TO MURDER. Conspiracy to commit murder. (2) | Dismissed per Order [303-1] |
| 18:1117.F and 18:1111(a)&(b) CONSPIRACY TO MURDER. Conspiracy to committ murder. (2s) | Dismissed per Order [303-1] |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Defendant(s) did with intent to cause death or serious bodily harm take a motor vehicle that had been transported, shipped or received in interstate commerce from the person or presence of another by force and violence or by intimidation in violation of 18 USC 2119. [ 6:99-m -73 ] | |

Assigned to: Judge Lee Yeakel

Appeals court case numbers: 01-50405, 03-50781, 13-50807 5th Circuit Court of Appeals

**Defendant (3)**

| | | |
|---|---|---|
| **Tony Sparks**<br>*TERMINATED: 11/15/2019* | represented by | **Anthony John Fusco**<br>Sergi & Associates, P.C.<br>329 S. Guadalupe<br>San Marcos, TX 78666<br>512-392-5010<br>Fax: 512-392-5042<br>Email: tony@sergilaw.com<br>*TERMINATED: 11/15/2019*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David K. Sergi**
David K. Sergi & Associates, P.C.
329 S. Guadalupe
San Marcos, TX 78666
(512) 392-5010
Fax: (512) 392-5042
Email: david@sergilaw.com
*TERMINATED: 11/15/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**John S. Butler**
John S. Butler, Attorney at Law
700 Lavaca Street
Suite 1400
Austin, TX 78701
(512) 472-3887
Fax: (512) 233-1787
Email: butler@lawyer.com
*TERMINATED: 11/25/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Rodney Scott Goble**
Law Office of Rod Goble
P.O. Box 266
Waco, TX 76703-0266
(254) 757-0070
Fax: 254/757-2033
Email: goblelawoffice@gmail.com
*TERMINATED: 04/27/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Rollin Khoury**
Attorney at Law
P.O. Drawer 7695
Waco, TX 76714-7695
(817) 776-9150
Fax: 254/776-1457
*TERMINATED: 02/10/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ty Clevenger**
P.O. Box 20753
Brooklyn, NY 11202-0753

(979)985-5289
Fax: 979-5509-9325
Email: tyclevenger@yahoo.com
*TERMINATED: 11/15/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

**Pending Counts**

18:2119.F & 2 MOTOR VEHICLE THEFT
- CARJACKING. Carjacking and aiding
and abetting.
(1s)

**Disposition**

RESENTENCE: 420 BOP, 5 YEARS TSR,
$5,000 FINE, $100 SA FEE, AND
$22,769.18 RESTITUTION

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2119.F and 18:2 MOTOR VEHICLE
THEFT - CARJACKING. Carjacking and
aiding and abetting.
(1)

**Disposition**

Count(s) 1 dismissed per Government's
Motion.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Joseph H. Gay , Jr.**
Assistant U.S. Attorney
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7030
Fax: 210 384-7031
Email: Joseph.Gay@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Frazier**
U.S. Attorney's Office
800 Franklin
Suite 280
Waco, TX 76701
(254) 750-1580
Fax: 254/750-6664

Email: Mark.Frazier@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Hardy**
Assistant United States Attorney
601 NW Loop 410
Suite 600
San Antonio, TX 78216-5512
(210) 384-7150
Fax: 210/384-7135
Email: mike.hardy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/1999 | | Case assigned to Honorable Dennis G. Green [ 6:99-m -73 ] (lt) (Entered: 06/24/1999) |
| 06/23/1999 | 1 | Complaint filed against Christopher Andre Vialva, Brandon Bernard [ 6:99-m -73 ] (lt) (jch). (Entered: 06/24/1999) |
| 06/23/1999 | | Arrest warrant issued for Christopher Andre Vialva [ 6:99-m -73 ] (lt) (Entered: 06/24/1999) |
| 06/23/1999 | | Arrest warrant issued for Brandon Bernard [ 6:99-m -73 ] (lt) (Entered: 06/24/1999) |
| 06/23/1999 | | Arrest of Christopher Andre Vialva, Brandon Bernard [ 6:99-m -73 ] (lt) (Entered: 06/24/1999) |
| 06/23/1999 | 634 | Defendant(s) Christopher Andre Vialva, Brandon Bernard first appearance held; preliminary exam set at 1:30 6/24/99 for Christopher Andre Vialva, for Brandon Bernard; Defendants informed of rights. [ 6:99-m -73 ] (lt) (tb). (Additional attachment(s) added on 3/2/2018: # 1 Exhibit) (tb). (Entered: 06/24/1999) |
| 06/23/1999 | 2 | Order of Temporary Detention as to Christopher Andre Vialva ; Bond set to NO BOND for Christopher Andre Vialva; setting Detention hearing for 1:30 6/24/99 for Christopher Andre Vialva [ 6:99-m -73 ] (lt) (jch). (Entered: 06/24/1999) |
| 06/23/1999 | 3 | Order of Temporary Detention as to Brandon Bernard; Bond set to NO BOND for Brandon Bernard; setting Detention hearing for 1:30 6/24/99 for Brandon Bernard [ 6:99-m -73 ] (lt) (tb). (Entered: 06/24/1999) |
| 06/23/1999 | 4 | Filed CJA Form #30 copy #4 as to Christopher Andre Vialva appointing Stanley L. Schwieger [ 6:99-m -73 ] (lt) (jch). (Entered: 06/24/1999) |
| 06/23/1999 | 5 | Filed CJA Form #30 copy #4 as to Brandon Bernard appointing Russell David Hunt [ 6:99-m -73 ] (lt) (tb). (Entered: 06/24/1999) |
| 06/24/1999 | 6 | Arrest warrant returned executed for Christopher Andre Vialva on 6/23/99 [ 6:99-m -73 ] (lt) (jch). (Entered: 06/24/1999) |
| 06/24/1999 | 7 | Arrest warrant returned executed for Brandon Bernard on 6/23/99 [ 6:99-m -73 ] (lt) (tb). (Entered: 06/24/1999) |
| 06/24/1999 | 633 | Preliminary examination for Christopher Andre Vialva, Brandon Bernard held. Defendants held to answer in District Court. Order finding of probable cause as to both defendants. [ 6:99-m -73 ] (lt) (tb). (Entered: 06/24/1999) |

| | | |
|---|---|---|
| 06/24/1999 | | Detention hearing for Christopher Andre Vialva, Brandon Bernard held [ 6:99-m -73 ] (lt) (Entered: 06/24/1999) |
| 06/24/1999 | 8 | Witness list by USA as to Christopher Andre Vialva, Brandon Bernard [ 6:99-m -73 ] (lt) (jch). (Entered: 06/24/1999) |
| 06/28/1999 | 9 | Order of Detention: Bond reset to NO BOND for Christopher Andre Vialva. [ 6:99-m -73 ] (lt) (jch). (Entered: 06/28/1999) |
| 06/28/1999 | 10 | Order of Detention: Bond reset to NO BOND for Brandon Bernard. [ 6:99-m -73 ] (lt) (tb). (Entered: 06/28/1999) |
| 07/01/1999 | | Tape Order as to Christopher Andre Vialva, Brandon Bernard [ 6:99-m -73 ] (lt) (Entered: 07/02/1999) |
| 07/06/1999 | 11 | Transcript filed as to Christopher Andre Vialva, Brandon Bernard for date of 6/24/99 (Preliminary Examination/Detention Hearing) [ 6:99-m -73 ] (lt) (tb). (Entered: 07/07/1999) |
| 07/06/1999 | 12 | Transcript Order by Christopher Andre Vialva as to Christopher Andre Vialva [ 6:99-m -73 ] (lt) (jch). (Entered: 07/07/1999) |
| 07/08/1999 | 13 | Filed CJA Form #24 copy #3 as to Christopher Andre Vialva Authorization for Payment of Transcripts [ 6:99-m -73 ] (lt) (jch). (Entered: 07/08/1999) |
| 07/13/1999 | | Case assigned to Honorable Walter S. Smith (tb) (Entered: 07/14/1999) |
| 07/13/1999 | 14 | Indictment filed against Christopher Andre Vialva (1) count(s) 1, 2, 3-4, Brandon Bernard (2) count(s) 1, 2 (Pages: 3) (tb) (jch). (Entered: 07/14/1999) |
| 07/13/1999 | | Arraignment set at 1:30 7/15/99 for Christopher Andre Vialva (tb) (Entered: 07/14/1999) |
| 07/13/1999 | | Arraignment set at 1:30 7/15/99 for Brandon Bernard (tb) (Entered: 07/14/1999) |
| 07/14/1999 | 15 | Motion by Christopher Andre Vialva for leave to file additional pretrial motions after deadline (tb) (jch). (Entered: 07/15/1999) |
| 07/15/1999 | 16 | Waiver of personal appearance at arraignment and entry of plea not guilty by Brandon Bernard (2) count(s) 1, 2 (tb) (tb). (Entered: 07/15/1999) |
| 07/15/1999 | 17 | Scheduling order as to Christopher Andre Vialva, Brandon Bernard setting; Plea agreement to be submitted on or before 8/30/99. Should a plea agreement be reached, rearraignment will be held at 1:00 P.M. on 9/2/99. Jury selection and trial set for 9:00 9/13/99; Motion hearing set for 1:00 8/12/99 as to: Christopher Vialva, re: (15-1) (tb) (jch). (Entered: 07/15/1999) |
| 07/15/1999 | | Jury selection for Christopher Andre Vialva, Brandon Bernard set 9:00 9/13/99. (tb) (Entered: 07/15/1999) |
| 07/15/1999 | 18 | Order on courtroom decorum and trial procedures as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 07/15/1999) |
| 07/16/1999 | 19 | Motion by Christopher Andre Vialva for appointment of co-counsel in death penalty case (tb) (tb). (Entered: 07/16/1999) |
| 07/16/1999 | 20 | Response by USA to motion by Christopher Andre Vialva : motion for leave to file additional pretrial motions after deadline [15-1] (tb) (tb). (Entered: 07/19/1999) |
| 07/19/1999 | 21 | Motion by Brandon Bernard to extend time for filing motions (tb) (tb). (Entered: 07/19/1999) |
| 07/19/1999 | 22 | Motion by Brandon Bernard with memorandum in support for discovery and inspection |

| | | |
|---|---|---|
| | | (tb) (tb). (Entered: 07/19/1999) |
| 07/19/1999 | 23 | Motion by Brandon Bernard for disclosure of agreements between the Government and Government Witnesses (tb) (tb). (Entered: 07/19/1999) |
| 07/19/1999 | 24 | Memorandum by Brandon Bernard in support of motion for disclosure of agreements between the Government and Government Witnesses [23-1] as to Brandon Bernard (tb) (tb). (Entered: 07/19/1999) |
| 07/19/1999 | 25 | Motion by Brandon Bernard for notice of Government's intention to use evidence (tb) (tb). (Entered: 07/19/1999) |
| 07/19/1999 | 26 | Motion by Brandon Bernard to disclose electronic or other surveillance (tb) (tb). (Entered: 07/19/1999) |
| 07/19/1999 | 27 | Memorandum by Brandon Bernard in support of motion to disclose electronic or other surveillance [26-1] as to Brandon Bernard (tb) (tb). (Entered: 07/19/1999) |
| 07/19/1999 | 28 | Motion by Brandon Bernard for discovery of transcripts of grand jury testimony , and to extend time to file motion to quash indictment (tb) (tb). (Main Document 28 replaced on 3/1/2018) (tb). (Entered: 07/19/1999) |
| 07/21/1999 | 29 | Order as to Christopher Andre Vialva granting motion for appointment of co-counsel in death penalty case [19-1] as Christopher Andre Vialva (1). Ordered that Dwight Goains is APPOINTED to serve as co-counsel in this case. (as) (tb). (Entered: 07/21/1999) |
| 07/21/1999 | 30 | Filed CJA Form #30 copy #5 as to Christopher Andre Vialva appointing Dwight Goains (as) (tb). (Entered: 07/21/1999) |
| 07/22/1999 | 31 | Response by USA to motion by Christopher Andre Vialva : motion for appointment of co-counsel in death penalty case [19-1] (mc) (tb). (Entered: 07/23/1999) |
| 07/29/1999 | 32 | Response by USA to motion by Brandon Bernard : motion for discovery of transcripts of grand jury testimony [28-1], motion to extend time to file motion to quash indictment [28-2] (tb) (tb). (Entered: 07/29/1999) |
| 07/29/1999 | 33 | Response by USA to motion by Brandon Bernard : motion to disclose electronic or other surveillance [26-1] (tb) (tb). (Entered: 07/29/1999) |
| 07/29/1999 | 34 | Response by USA to motion by Brandon Bernard : motion for notice of Government's intention to use evidence [25-1] (tb) (tb). (Entered: 07/29/1999) |
| 07/29/1999 | 35 | Response by USA to motion by Brandon Bernard : motion for disclosure of agreements between the Government and Government Witnesses [23-1] (tb) (tb). (Entered: 07/29/1999) |
| 07/29/1999 | 36 | Response by USA to motion by Brandon Bernard : motion for discovery and inspection [22-1] (tb) (tb). (Entered: 07/29/1999) |
| 07/29/1999 | 37 | Response by USA to motion by Brandon Bernard : motion to extend time for filing motions [21-1] (tb) (tb). (Main Document 37 replaced on 3/1/2018) (tb). (Entered: 07/29/1999) |
| 08/02/1999 | 38 | Motion by Christopher Andre Vialva with memorandum in support for discovery and inspection (tb) (tb). (Entered: 08/03/1999) |
| 08/02/1999 | 39 | Motion by Christopher Andre Vialva in limine (tb) (tb). (Entered: 08/03/1999) |
| 08/02/1999 | 40 | Motion by Christopher Andre Vialva for investigative assistance in indigent case (tb) (tb). (Entered: 08/03/1999) |
| | | |

| 08/02/1999 | 41 | Motion by Christopher Andre Vialva for disclosure of agreements between the Government and government witnesses (tb) (tb). (Entered: 08/03/1999) |
|---|---|---|
| 08/02/1999 | 42 | Memorandum by Christopher Andre Vialva in support of motion for disclosure of agreements between the Government and government witnesses [41-1] as to Christopher Andre Vialva (tb) (tb). (Entered: 08/03/1999) |
| 08/02/1999 | 43 | Motion by Christopher Andre Vialva to disclose electronic or other surveillance (tb) (tb). (Entered: 08/03/1999) |
| 08/02/1999 | 44 | Memorandum by Christopher Andre Vialva in support of motion to disclose electronic or other surveillance [43-1] as to Christopher Andre Vialva (tb) (tb). (Entered: 08/03/1999) |
| 08/02/1999 | 45 | Motion by Christopher Andre Vialva for disclosure of impeaching evidence (tb) (tb). (Entered: 08/03/1999) |
| 08/02/1999 | 46 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 08/03/1999) |
| 08/06/1999 | 47 | Response by USA to motion by Christopher Andre Vialva : motion to disclose electronic or other surveillance [43-1] (tb) (tb). (Entered: 08/06/1999) |
| 08/06/1999 | 48 | Response by USA to motion by Christopher Andre Vialva : motion for disclosure of agreements between the Government and government witnesses [41-1] (tb) (tb). (Entered: 08/06/1999) |
| 08/06/1999 | 49 | Response by USA to motion by Christopher Andre Vialva : motion in limine [39-1] (tb) (tb). (Entered: 08/06/1999) |
| 08/06/1999 | 50 | Response by USA to motion by Christopher Andre Vialva : motion for discovery and inspection [38-1] (tb) (tb). (Entered: 08/06/1999) |
| 08/06/1999 | 51 | Motion by Brandon Bernard for the appointment of an investigator (tb) (tb). (Entered: 08/06/1999) |
| 08/06/1999 | 52 | Ordered that the Defendant's motion for investigative assistance in indigent case [40-1] as to Christopher Andre Vialva (1) is GRANTED. Ordered that Leon Cheney is appointed as an investigator in this case. (tb) (tb). (Entered: 08/06/1999) |
| 08/06/1999 | 53 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing payment to Stanley L. Schwieger (tb) Modified on 08/06/1999 (tb). (Entered: 08/06/1999) |
| 08/06/1999 | 54 | Filed supplemental CJA Form #30 copy #5 as to Christopher Andre Vialva appointing Stanley L. Schwieger (tb) Modified on 08/06/1999 (tb). (Entered: 08/06/1999) |
| 08/09/1999 | 55 | Sealed Order as to Christopher Andre Vialva (tb) (tb). (Entered: 08/10/1999) |
| 08/10/1999 | 56 | Response by USA to motion by Christopher Andre Vialva : motion for disclosure of impeaching evidence [45-1] (tb) (tb). (Entered: 08/10/1999) |
| 08/10/1999 | 57 | Response by USA to motion by Christopher Andre Vialva : motion for investigative assistance in indigent case [40-1] (tb) (tb). (Entered: 08/10/1999) |
| 08/10/1999 | 58 | Order granting motion to extend time for filing motions [21-1] as to Brandon Bernard (2) (tb) (tb). (Entered: 08/10/1999) |
| 08/10/1999 | 59 | Ordered that Defendant's motion for the appointment of an investigator [51-1] is GRANTED as to Brandon Bernard (2). Ordered that Criterion Investigators, 1010 Timmons Drive, Copperas Cove, Texas, is appointed to serve as investigator in this case. (tb) (tb). (Entered: 08/10/1999) |
| 08/10/1999 | 60 | Order granting motion for leave to file additional pretrial motions after deadline [15-1] as |

| | | to Christopher Andre Vialva (1) (tb) (tb). (Entered: 08/10/1999) |
|---|---|---|
| 08/16/1999 | 61 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 08/16/1999) |
| 08/19/1999 | 62 | SEALED Order denying motion SEALED [61-1] as to Christopher Andre Vialva (1) (tb) (tb). (Entered: 08/19/1999) |
| 08/23/1999 | 63 | Ex Parte Motion by Christopher Andre Vialva with memorandum in support to object to the Court's Order thao commit Defendant for purposes of a mental examination and, to reconsider Defendant's motion to delay mental evaluation (tb) (tb). (Entered: 08/23/1999) |
| 08/26/1999 | 64 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 08/26/1999) |
| 08/27/1999 | 65 | Sealed Order granting motion SEALED [64-1] as to Christopher Andre Vialva (1) (tb) Modified on 08/27/1999 (tb). (Entered: 08/27/1999) |
| 08/27/1999 | 66 | Cja30 interim No. 2 by Dwight Goains as to Christopher Andre Vialva (tb) (tb). (Entered: 08/27/1999) |
| 08/27/1999 | 67 | Filed CJA Form # 20 copy #2 as to Christopher Andre Vialva authorizing payment to B. Dwight Goains (tb) (tb). (Entered: 08/27/1999) |
| 08/31/1999 | 68 | SEALED Order denying motion SEALED [46-1] as to Christopher Andre Vialva (1) (tb) (tb). (Entered: 08/31/1999) |
| 08/31/1999 | 69 | Motion by Christopher Andre Vialva to continue trial (tb) (tb). (Entered: 08/31/1999) |
| 08/31/1999 | 70 | Memorandum by Christopher Andre Vialva in support of motion to continue trial [69-1] as to Christopher Andre Vialva (tb) (tb). (Entered: 09/02/1999) |
| 09/08/1999 | 71 | Response by USA to motion by Christopher Andre Vialva : motion to continue trial [69-1] (tb) (tb). (Entered: 09/08/1999) |
| 09/08/1999 | 72 | Cja30 interim No. 2 by Stanley L. Schweiger as to Christopher Andre Vialva (tb) (tb). (Entered: 09/09/1999) |
| 09/08/1999 | 73 | Filed CJA Form # 20 copy #2 as to Christopher Andre Vialva authorizing payment to Stanley L. Schwieger (tb) (tb). (Entered: 09/09/1999) |
| 09/08/1999 | 74 | Order as to Christopher Andre Vialva, Brandon Bernard granting motion to continue trial [69-1] as to Christopher Andre Vialva (1) resetting plea agreement due to 11/22/99 for Christopher Andre Vialva, for Brandon Bernard , resetting rearraignment to 1:00 11/29/99 for Christopher Andre Vialva, for Brandon Bernard , resetting Jury trial to 9:00 12/13/99 for Christopher Andre Vialva, for Brandon Bernard , and order indicates continuance is granted in order to give counsel reasonable time to prepare The time between 8/31/99 and 12/13/99 is excluded from consideration under the Speedy Trial Act. (tb) (tb). (Entered: 09/09/1999) |
| 09/22/1999 | 75 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 09/23/1999) |
| 09/28/1999 | 76 | Received cja30cp5 as to Christopher Andre Vialva for interim payment no. 3 for period 9/28/99 for Dwight Goains (as) (tb). (Entered: 09/29/1999) |
| 09/28/1999 | 77 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing payment to B. Dwight Goains (as) (tb). (Entered: 09/29/1999) |
| 09/28/1999 | 78 | SEALED DOCUMENT PLACED IN VAULT: Sealed Order as to Christopher Andre Vialva granting motion SEALED [75-1] as to Christopher Andre Vialva (1) (as) (tb). (Entered: 09/29/1999) |
| 09/29/1999 | 79 | Filed CJA Form #31 copy #2 as to Christopher Andre Vialva Authorization to Pay for |

| | | Expert or Other Services (as) (tb). (Entered: 09/29/1999) |
|---|---|---|
| 10/04/1999 | 80 | Filed CJA Form # 20 copy #2 as to Christopher Andre Vialva authorizing payment (Interim Payment #3 9/1/99 to 9/30/99) to Stanley L. Schwieger (mc) (tb). (Entered: 10/04/1999) |
| 10/25/1999 | 552 | Psychiatric Report Received (Sealed) as to Tony Sparks (tb) (Entered: 08/24/2017) |
| 11/02/1999 | 81 | CJA 31 filed by Christopher Andre Vialva as to Christopher Andre Vialva authorization for payment of investigative services. (tb) (tb). (Entered: 11/02/1999) |
| 11/02/1999 | 82 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment #3 to B. Dwight Goains (tb) (tb). (Entered: 11/02/1999) |
| 11/02/1999 | 83 | Filed CJA Form # 30 copy #2 as to Brandon Bernard authorizing interim payment #1 to Russell David Hunt (tb) (tb). (Entered: 11/02/1999) |
| 11/02/1999 | 84 | CJA 30 Copy #5 as to Christopher Andre Vialva appointing Dwight Goains for period beginning 10/29/99. (tb) (tb). (Entered: 11/02/1999) |
| 11/02/1999 | 85 | CJA 30 Copy #5 as to Brandon Bernard appointing Russell D. Hunt, Sr. for period beginning 10/24/99. (tb) (tb). (Entered: 11/02/1999) |
| 11/10/1999 | 86 | Received cja30cp5 as to Christopher Andre Vialva for interim payment no. 5 for period starting 11/1/99 for Stanley Schwieger. (tb) (tb). (Entered: 11/10/1999) |
| 11/10/1999 | 87 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment No. 4 for period 10/1/99 to 10/31/99 to Stanley L. Schwieger (tb) (tb). (Entered: 11/10/1999) |
| 11/12/1999 | 88 | Motion by Christopher Andre Vialva to continue trial (tb) (tb). (Entered: 11/15/1999) |
| 11/12/1999 | 89 | Memorandum by Christopher Andre Vialva in support of motion to continue trial [88-1] as to Christopher Andre Vialva (tb) (tb). (Entered: 11/18/1999) |
| 11/15/1999 | 90 | Authorization for interim payment #1 for investigative services as to Christopher Andre Vialva (tb) Modified on 11/18/1999 (tb). (Entered: 11/16/1999) |
| 12/07/1999 | 91 | Received cja30cp5 as to Christopher Andre Vialva for interim payment no. 6 for period starting 12/1/99 for Stanley Schwieger. (tb) (tb). (Entered: 12/07/1999) |
| 12/07/1999 | 92 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment #5 for period 11/1/99 to 11/30/99 to Stanley L. Schwieger (tb) (tb). (Entered: 12/07/1999) |
| 12/07/1999 | 93 | Ordered that Defendant's second motion to continue trial [88-1] is GRANTED as to Christopher Andre Vialva (1) resetting Jury trial to 9:00 1/10/00 for Christopher Andre Vialva, for Brandon Bernard , and order indicates continuance is granted in order to give counsel reasonable time to prepare The time between 11/12/99 and 1/10/00 is excluded from the Speedy Trial Act. Ordered that this Continuance shall apply to both Defendants pursuant to 18 USC 3163(h)(7). (tb) (tb). (Entered: 12/07/1999) |
| 12/07/1999 | | Jury selection resetting to 9:00 1/10/00 for Christopher Andre Vialva, Brandon Bernard (tb) (Entered: 12/07/1999) |
| 12/13/1999 | 94 | CJA 31 filed by Christopher Andre Vialva authorization for payment of investigative services as to Christopher Andre Vialva (tb) (tb). (Entered: 12/13/1999) |
| 12/14/1999 | 95 | Received cja30cp5 as to Christopher Andre Vialva for interim payment no. 5 for period starting 12/1/99 for Dwight Goains. (tb) (tb). (Entered: 12/14/1999) |
| | | |

| | | |
|---|---|---|
| 12/14/1999 | 96 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing payment to B. Dwight Goains (tb) (tb). (Entered: 12/14/1999) |
| 12/14/1999 | 97 | CJA 31 filed by Christopher Andre Vialva authorization for payment of investigative services as to Christopher Andre Vialva. (tb) Modified on 12/14/1999 (tb). (Entered: 12/14/1999) |
| 12/14/1999 | 98 | Superseding indictment as to Christopher Andre Vialva (1) count(s) 1s, 2s, 3s-4s, Brandon Bernard (2) count(s) 1s, 2s , Tony Sparks (3) count(s) 1 (Pages: 4) (tb) (tb). (Entered: 12/14/1999) |
| 12/16/1999 | 99 | Order Bench warrant issued for Tony Sparks (tb) (tb). (Entered: 12/16/1999) |
| 12/16/1999 | | Bench warrant issued for Tony Sparks (tb) (Entered: 12/16/1999) |
| 01/03/2000 | 100 | Third Motion by Christopher Andre Vialva to continue trial (tb) (tb). (Entered: 01/03/2000) |
| 01/03/2000 | 101 | Memorandum by Christopher Andre Vialva in support of motion to continue trial [100-1] as to Christopher Andre Vialva (tb) (tb). (Entered: 01/03/2000) |
| 01/04/2000 | | Arrest of Tony Sparks (tb) (Entered: 01/04/2000) |
| 01/04/2000 | 632 | Defendant(s) Tony Sparks first appearance held; Defendant informed of rights. (tb) (tb). (Entered: 01/04/2000) |
| 01/04/2000 | 102 | Filed CJA Form #30 copy #5 as to Tony Sparks appointing Rollin Khoury (tb) (tb). (Entered: 01/04/2000) |
| 01/04/2000 | 103 | Order adopting the Order of Detention Pending Trial filed 8/10/99 in case No. W-99-CR-72 as to Tony Sparks. (tb) (tb). (Entered: 01/04/2000) |
| 01/04/2000 | | Arraignment set at 10:00 1/11/00 for Tony Sparks (tb) (Entered: 01/04/2000) |
| 01/05/2000 | 104 | Bench warrant returned executed for Tony Sparks on 1/4/00 (tb) (tb). (Entered: 01/05/2000) |
| 01/05/2000 | 105 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment #5 for period 12/1/99 to 12/31/99 to B. Dwight Goains (tb) (tb). (Entered: 01/05/2000) |
| 01/05/2000 | 106 | Filed CJA Form #30 copy #4 as to Christopher Andre Vialva appointing Dwight Goains for interim payment #6 for period starting 1/1/00. (tb) (tb). (Entered: 01/05/2000) |
| 01/06/2000 | 107 | Filed CJA Form #31 copy #2 as to Christopher Andre Vialva Authorization to Pay for Expert or Other Services (tb) (tb). (Entered: 01/06/2000) |
| 01/07/2000 | 108 | Ordered that Defendant's motion to continue trial [100-1] as to Christopher Andre Vialva (1) is GRANTED. resetting Jury trial to 9:00 3/13/00 for Christopher Andre Vialva, for Brandon Bernard , and order indicates continuance is granted in order to give counsel reasonable time to prepare The time between 1/3/00 and 3/13/00 is excluded from the Speedy Trial Act. (tb) (tb). (Entered: 01/10/2000) |
| 01/07/2000 | | Jury selection set 9:00 3/13/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 01/10/2000) |
| 01/10/2000 | 109 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment #6 for period 12/1/99 to 12/31/99 to Stanley L. Schwieger (tb) (tb). (Entered: 01/10/2000) |
| 01/10/2000 | 110 | Filed CJA Form #30 copy #4 as to Christopher Andre Vialva appointing Stanley L. |

| | | Schweiger for interim payment #7 for period starting 1/1/00. (tb) (tb). (Entered: 01/10/2000) |
|---|---|---|
| 01/11/2000 | 111 | Waiver of personal appearance at arraignment and entry of plea not guilty by Tony Sparks (3) count(s) 1 (tb) (tb). (Entered: 01/11/2000) |
| 01/11/2000 | 111 | Defendant(s) Tony Sparks waives minimum time to trial (tb) (Entered: 01/11/2000) |
| 01/11/2000 | 112 | Scheduling order as to Tony Sparks setting Plea agreement to be submitted on or before 2/28/00 for Tony Sparks. Should a plea agreement be reached, rearraignment will be held at 1:00 P.M. on 3/7/00. Jury trial set for 9:00 3/13/00 for Tony Sparks. Jury Selection set for 9:00 3/13/00 for Tony Sparks (tb) (tb). (Entered: 01/11/2000) |
| 01/11/2000 | 113 | Order on courtroom decorum and trial procedures as to Tony Sparks (tb) (tb). (Entered: 01/11/2000) |
| 01/18/2000 | 114 | Motion by Tony Sparks in limine ["other crimes" and uncharged conduct] (tb) (tb). (Entered: 01/18/2000) |
| 01/18/2000 | 115 | Motion by Tony Sparks For disclosure of impeaching evidence (tb) (tb). (Entered: 01/18/2000) |
| 01/18/2000 | 116 | Motion by Tony Sparks for notice of Government's intention to use evidence (tb) (tb). (Entered: 01/18/2000) |
| 01/18/2000 | 117 | Motion by Tony Sparks for disclosure of agreements between the Government and Government witnesses (tb) (tb). (Entered: 01/18/2000) |
| 01/18/2000 | 118 | Memorandum by Tony Sparks in support of motion for disclosure of agreements between the Government and Government witnesses [117-1] as to Tony Sparks (tb) (tb). (Entered: 01/18/2000) |
| 01/26/2000 | 119 | CJA 31 filed by Christopher Andre Vialva as to Christopher Andre Vialva for interim payment #1 for investigative services. (tb) Modified on 06/19/2001 (tb). (Additional attachment(s) added on 3/1/2018: # 1 Exhibit) (tb). (Entered: 01/26/2000) |
| 01/26/2000 | 120 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 01/26/2000) |
| 01/28/2000 | 121 | Response by USA to motion by Tony Sparks : motion in limine ["other crimes" and uncharged conduct] [114-1] (tb) (tb). (Entered: 01/28/2000) |
| 01/28/2000 | 122 | Response by USA to motion by Tony Sparks : motion for notice of Government's intention to use evidence [116-1] (tb) (tb). (Entered: 01/28/2000) |
| 01/28/2000 | 123 | Response by USA to motion by Tony Sparks : motion for disclosure of agreements between the Government and Government witnesses [117-1] (tb) (tb). (Entered: 01/28/2000) |
| 01/28/2000 | 124 | Response by USA to motion by Tony Sparks : motion For disclosure of impeaching evidence [115-1] (tb) (tb). (Entered: 01/28/2000) |
| 02/02/2000 | 125 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment #7 for period 1/1/00 to 1/31/00 to Stanley L. Schwieger (tb) (tb). (Entered: 02/02/2000) |
| 02/02/2000 | 126 | Filed CJA Form #30 copy #4 as to Christopher Andre Vialva appointing Stanley L. Schweiger for interim payment #8 for period starting 2/1/00. (tb) (tb). (Entered: 02/02/2000) |
| 02/02/2000 | 127 | Motion by Tony Sparks to extend time for filing motions (tb) (tb). (Entered: 02/02/2000) |

| | | |
|---|---|---|
| 02/02/2000 | 128 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment #6 for period 1/1/00 to 2/1/00 to B. Dwight Goains (tb) (tb). (Entered: 02/03/2000) |
| 02/07/2000 | 129 | Motion by Tony Sparks for new counsel (tb) (tb). (Entered: 02/07/2000) |
| 02/07/2000 | 130 | Order granting motion to extend time for filing motions [127-1] as to Tony Sparks (3) (tb) (tb). (Entered: 02/08/2000) |
| 02/08/2000 | 131 | CJA 31 filed by Christopher Andre Vialva as to Christopher Andre Vialva authorization for payment of investigative services. (tb) (tb). (Entered: 02/08/2000) |
| 02/08/2000 | 132 | Filed CJA Form #30 copy #4 as to Christopher Andre Vialva appointing Dwight Goains for interim payment #7 for period starting 2/2/00. (tb) (tb). (Entered: 02/08/2000) |
| 02/10/2000 | 133 | Ordered that the Defendant's motion for new counsel [129-1] is GRANTED as to Tony Sparks (3). Ordered that Rollin Khoury is allowed to withdraw as counsel of record for the Defendant and Rod Goble is APPOINTED to represent Defendant in his place. (tb) (tb). (Entered: 02/11/2000) |
| 02/14/2000 | 134 | Filed CJA Form #20 copy #5 as to Tony Sparks appointing Rodney Scott Goble (tb) (tb). (Entered: 02/14/2000) |
| 02/18/2000 | 135 | Filed CJA Form # 30 copy #2 as to Tony Sparks authorizing payment to Rollin Khoury (tb) (tb). (Entered: 02/22/2000) |
| 02/25/2000 | 136 | Motion by Brandon Bernard to continue trial proceedings (as) (tb). (Entered: 02/25/2000) |
| 02/25/2000 | 137 | Motion by Brandon Bernard for appointment of co-counsel in death penalty case (as) (tb). (Entered: 02/25/2000) |
| 02/25/2000 | 138 | Motion by USA as to Christopher Andre Vialva for reciprocal discovery (as) (tb). (Entered: 02/25/2000) |
| 02/25/2000 | 139 | Motion by USA as to Brandon Bernard for reciprocal discovery (as) (tb). (Entered: 02/25/2000) |
| 02/28/2000 | 140 | Motion by Christopher Andre Vialva to continue trial Defendant's motion to certify this matter as complex under the Speedy Trial Act (tb) (tb). (Entered: 02/28/2000) |
| 02/28/2000 | 141 | Memorandum by Christopher Andre Vialva in support of motion to continue trial Defendant's motion to certify this matter as complex under the Speedy Trial Act [140-1] as to Christopher Andre Vialva (tb) (tb). (Entered: 02/28/2000) |
| 02/28/2000 | 142 | Demand by USA as to Christopher Andre Vialva for notice of alibi (tb) (tb). (Entered: 02/29/2000) |
| 02/28/2000 | 143 | Demand by USA as to Brandon Bernard for notice of alibi (tb) (tb). (Entered: 02/29/2000) |
| 02/28/2000 | 144 | Demand by USA as to Tony Sparks for notice of alibi (tb) (tb). (Entered: 02/29/2000) |
| 02/29/2000 | 145 | Notice of intent by USA to seek death penalty as to Christopher Andre Vialva (tb) Modified on 03/07/2000 (tb). (Entered: 03/07/2000) |
| 03/06/2000 | 146 | Response by Brandon Bernard to motion by USA : motion for notice of alibi [143-1] (tb) (tb). (Entered: 03/06/2000) |
| 03/06/2000 | 147 | Response by Brandon Bernard to motion by USA : motion for reciprocal discovery [139-1] (tb) (tb). (Entered: 03/06/2000) |
| 03/06/2000 | 148 | Response by USA to motion by Christopher Andre Vialva : motion to continue trial |

| | | Defendant's motion to certify this matter as complex under the Speedy Trial Act [140-1] (tb) (tb). (Entered: 03/06/2000) |
|---|---|---|
| 03/06/2000 | 149 | Motion by Tony Sparks to continue arraignment (tb) (tb). (Entered: 03/06/2000) |
| 03/07/2000 | 150 | Response by Christopher Andre Vialva to motion by USA : motion for notice of alibi [142-1] (tb) (tb). (Entered: 03/07/2000) |
| 03/07/2000 | 151 | Order granting motion to continue arraignment [149-1] as to Tony Sparks (3) resetting rearraignment to 4/6/00 for Tony Sparks (tb) (tb). (Entered: 03/07/2000) |
| 03/07/2000 | 152 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment #8 for period 2/1/00 to 2/29/00 to Stanley L. Schwieger (tb) (tb). (Entered: 03/07/2000) |
| 03/07/2000 | 153 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment #7 for period 2/2/00 to 2/29/00 to B. Dwight Goains (tb) (tb). (Entered: 03/07/2000) |
| 03/07/2000 | 154 | Filed CJA Form #30 copy #4 as to Christopher Andre Vialva appointing Stanley L. Schweiger for interim payment #9 for period starting 3/1/00. (tb) (tb). (Entered: 03/07/2000) |
| 03/07/2000 | 155 | Filed CJA Form #30 copy #4 as to Christopher Andre Vialva appointing Dwight Goains for interim payment #8 for period starting 3/1/00. (tb) (tb). (Entered: 03/07/2000) |
| 03/07/2000 | 156 | CJA 31 filed by Christopher Andre Vialva as to Christopher Andre Vialva authorization for payment of investigative services. (tb) (tb). (Entered: 03/07/2000) |
| 03/08/2000 | 157 | Ex Parte Sealed Order granting in part, denying in part motion SEALED [120-1] as to Christopher Andre Vialva (1) (tb) (tb). (Entered: 03/09/2000) |
| 03/08/2000 | 158 | Order as to Christopher Andre Vialva, Brandon Bernard, Tony Sparks granting motion to continue trial Defendant's to certify this matter as complex under the Speedy Trial [140-1] as to Christopher Andre Vialva (1), granting motion to continue trial proceedings [136-1] as to Brandon Bernard (2). As a result, the current trial setting of 3/13/00, is hereby VACATED. A new trial date will be set after the Court has conferred with counsel for the parties. order indicates continuance is granted in order to give counsel reasonable time to prepare The time between the entry of this order and the new trial date will be excluded under the Speedy Trial Act. (tb) (tb). (Entered: 03/09/2000) |
| 03/09/2000 | 159 | Order granting motion for appointment of co-counsel in death penalty case [137-1] as to Brandon Bernard (2) (tb) (tb). (Entered: 03/09/2000) |
| 03/14/2000 | 160 | Filed CJA Form #30 as to Brandon Bernard appointing Russell D. Hunt Jr. (tb) (tb). (Entered: 03/14/2000) |
| 03/14/2000 | 161 | Authorization for interim payment #6 for investigative services as to Christopher Andre Vialva (tb) (tb). (Entered: 03/14/2000) |
| 03/21/2000 | 162 | CJA 31 filed by Christopher Andre Vialva as to Christopher Andre Vialva for interim payment #3 for investigative services. (tb) (tb). (Entered: 03/21/2000) |
| 03/21/2000 | 163 | Motion by Christopher Andre Vialva with memorandum in support to declare the "Carjacking" Statute unconstitutional (tb) (tb). (Entered: 03/22/2000) |
| 03/21/2000 | 164 | Motion by Christopher Andre Vialva with memorandum in support to strike statutory and non-statutory aggravating factors from the Government's notice , for bill of particulars (tb) (tb). (Entered: 03/22/2000) |
| 03/21/2000 | 165 | Defendant(s) Christopher Andre Vialva requested voir dire. (tb) (tb). (Entered: |

| | | |
|---|---|---|
| 03/21/2000 | 166 | Memorandum by Christopher Andre Vialva in support of Defendant(s) Christopher Andre Vialva requested voir dire. [165-1] (tb) (tb). (Entered: 03/22/2000) |
| 03/21/2000 | 167 | Motion by Christopher Andre Vialva to dismiss notice of intent to seek the death penalty (tb) (tb). (Entered: 03/22/2000) |
| 03/21/2000 | 168 | Memorandum by Christopher Andre Vialva in support of motion to dismiss notice of intent to seek the death penalty [167-1] as to Christopher Andre Vialva (tb) (tb). (Entered: 03/22/2000) |
| 03/24/2000 | 169 | CJA 31 filed by Christopher Andre Vialva as to Christopher Andre Vialva for interim payment #1 for investigative services. (tb) (tb). (Entered: 03/24/2000) |
| 03/28/2000 | 170 | Second Superseding indictment as to Christopher Andre Vialva (1) count(s) 1ss, 2ss, 3ss-4ss, Brandon Bernard (2) count(s) 1ss, 2ss, 3ss-4ss, Tony Sparks (3) count(s) 1s (Pages: (tb) Modified on 03/28/2000 (tb). Modified on 5/17/2016 (tb). (Page two was left out in error when creating the electronic record on appeal.) (Main Document 170 replaced on 1/20/2017) (mc5). (Entered: 03/28/2000) |
| 03/28/2000 | | Arraignment set at 9:00 4/5/00 for Christopher Andre Vialva, for Brandon Bernard, for Tony Sparks. (tb) (Entered: 03/28/2000) |
| 03/28/2000 | 171 | Response by USA to Defendant's motion to permit counsel to question jurors during voir dire as to Christopher Andre Vialva [165-1] (tb) (tb). (Entered: 03/28/2000) |
| 03/30/2000 | 172 | Order granting the two motions to continue trial in this case filed by Defendants, Christopher Vialva and Brandon Bernard. setting Jury trial for 9:00 5/15/00 for Christopher Andre Vialva, for Brandon Bernard, for Tony Sparks (tb) (tb). (Entered: 03/30/2000) |
| 03/30/2000 | | Jury selection set 9:00 5/15/00 for Christopher Andre Vialva, for Brandon Bernard, for Tony Sparks (tb) (Entered: 03/30/2000) |
| 03/30/2000 | 173 | Notice of intent by USA to seek death penalty as to Brandon Bernard (tb) (tb). (Entered: 03/31/2000) |
| 03/30/2000 | 174 | Motion by USA as to Christopher Andre Vialva to amend notice of intent to seek the death penalty (tb) (tb). (Entered: 03/31/2000) |
| 03/30/2000 | 175 | Response by USA to motion by Christopher Andre Vialva : motion to declare the "Carjacking" Statute unconstitutional [163-1] (tb) (tb). (Entered: 03/31/2000) |
| 04/03/2000 | 176 | Waiver of personal appearance at arraignment and entry of plea not guilty by Christopher Andre Vialva (1) count(s) 1ss, 2ss, 3ss-4ss (tb) (tb). (Additional attachment(s) added on 2/4/2019: # 1 p2 of waiver) (lad). (Entered: 04/03/2000) |
| 04/03/2000 | | Arraignment resetting to 2:30 4/6/00 for Tony Sparks (tb) (Entered: 04/03/2000) |
| 04/03/2000 | 177 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment # 8 to B. Dwight Goains (tb) (tb). (Entered: 04/03/2000) |
| 04/05/2000 | 178 | Filed CJA Form # 30 copy #2 as to Christopher Andre Vialva authorizing interim payment # 9 to Stanley L. Schwieger (tb) (tb). (Entered: 04/05/2000) |
| 04/05/2000 | 179 | Filed CJA Form #30 as to Christopher Andre Vialva appointing Stanley L. Schweiger for interim payment #10 for period starting 4/1/00. (tb) (tb). (Entered: 04/05/2000) |
| 04/05/2000 | 180 | Waiver of personal appearance at arraignment and entry of plea not guilty by Brandon Bernard (2) count(s) 1ss, 2ss, 3ss-4ss (tb) (tb). (Entered: 04/05/2000) |

| | | |
|---|---|---|
| 04/05/2000 | 181 | Order as to Christopher Andre Vialva, Brandon Bernard, Tony Sparks. On this date a DRAFT juror questionnaire is being mailed to each attorney of record in this case. Counsel are directed to give careful consideration to this draft, and then file with the Court, within 5 days, and additions, deletions or changes they wish to suggest. After receiving responses, a second draft will be prepared and mailed, to which the attorneys will be allowed to file objections. It is the intention of the Court to mail this questionnaire to prospective jurors before 4/15/00. (tb) (tb). (Entered: 04/05/2000) |
| 04/05/2000 | 182 | Supplemental Response by Christopher Andre Vialva to the Government's demand for notice of alibi [142-1] (tb) (tb). (Entered: 04/06/2000) |
| 04/05/2000 | 183 | Motion by Christopher Andre Vialva with memorandum in support for notice of unadjudicated extraneous offenses during the punishment phase (tb) (tb). (Entered: 04/06/2000) |
| 04/06/2000 | 184 | Motion by USA as to Tony Sparks to continue rearraignment (tb) (tb). (Entered: 04/06/2000) |
| 04/06/2000 | 185 | CJA31 filed authorizing interim payment #4 by Christopher Andre Vialva as to Christopher Andre Vialva (tb) (tb). (Entered: 04/06/2000) |
| 04/06/2000 | 186 | Waiver of personal appearance at arraignment and entry of plea not guilty by Tony Sparks (3) count(s) 1s (tb) (tb). (Entered: 04/06/2000) |
| 04/06/2000 | 186 | Defendant(s) Tony Sparks waives minimum time to trial (tb) (Entered: 04/06/2000) |
| 04/07/2000 | 187 | Motion by Christopher Andre Vialva to sever trial from CoDefendants (tb) (tb). (Entered: 04/10/2000) |
| 04/07/2000 | 188 | Ordered that the Government's joint motion to continue rearraignment [184-1] as to Tony Sparks (3) is GRANTED. resetting rearraignment to 1:00 4/17/00 for Tony Sparks (tb) (tb). (Entered: 04/10/2000) |
| 04/10/2000 | 189 | Response by Christopher Andre Vialva as to Christopher Andre Vialva to order [181-1] (tb) (tb). (Entered: 04/10/2000) |
| 04/10/2000 | 190 | Response by USA to motion by Christopher Andre Vialva : motion to dismiss notice of intent to seek the death [167-1] (tb) (tb). (Entered: 04/11/2000) |
| 04/11/2000 | 191 | Response by Brandon Bernard to order [181-1] (tb) (tb). (Entered: 04/13/2000) |
| 04/13/2000 | 192 | Response by USA as to Christopher Andre Vialva, Brandon Bernard to order [181-1] (tb) (tb). (Entered: 04/13/2000) |
| 04/14/2000 | 193 | Ordered that the Defendant's motion to declare the "Carjacking" Statute unconstitutional [163-1] as to Christopher Andre Vialva (1) is DENIED. (tb) (tb). (Entered: 04/17/2000) |
| 04/14/2000 | 194 | Ordered that the Defendant's motion to dismiss notice of intent to seek the death penalty [167-1] and motion to statutory and non-statutory aggravating factors from the Government's notice [164-1] as to Christopher Andre Vialva (1) are DENIED. (tb) (tb). (Entered: 04/17/2000) |
| 04/14/2000 | 195 | Motion by Christopher Andre Vialva for full compliment of twenty peremptory challenges (tb) (tb). (Entered: 04/17/2000) |
| 04/14/2000 | 196 | Memorandum by Christopher Andre Vialva in support of motion for full compliment of twenty peremptory challenges [195-1] as to Christopher Andre Vialva (tb) (tb). (Entered: 04/17/2000) |
| 04/17/2000 | 631 | Rearraignment as to Tony Sparks held. Defendant informed of rights. Defendant |

| | | |
|---|---|---|
| | | continued in custody pending sentencing. (tb) (tb). (Entered: 04/17/2000) |
| 04/17/2000 | | Plea of guilty entered by Tony Sparks (3) count(s) 1s. (tb) (Entered: 04/17/2000) |
| 04/17/2000 | | Guilty plea accepted by the court as to Tony Sparks (3) count(s) 1s; Mooted Motions: motion for disclosure of agreements between the Government and Government witnesses [117-1] as to Tony Sparks (3), motion for notice of Government's intention to use evidence [116-1] as to Tony Sparks (3), motion For disclosure of impeaching evidence [115-1] as to Tony Sparks (3), motion in limine ["other crimes" and uncharged conduct] [114-1] as to Tony Sparks (3) (tb) (Entered: 04/17/2000) |
| 04/17/2000 | | Referred to Probation for Pre-Sentence Report as to Tony Sparks (tb) (Entered: 04/17/2000) |
| 04/17/2000 | 197 | Factual basis by USA as to Tony Sparks (tb) (tb). (Entered: 04/17/2000) |
| 04/19/2000 | 198 | Order setting a pretrial hearing on any outstanding pre-trial matters as to Christopher Andre Vialva, Brandon Bernard Motion hearing set for 1:00 4/28/00 as to: Christopher Vialva, re: (195-1), (187-1), (183-1), (174-1), (164-2), (142-1), (138-1), (63-1), (45-1), (43-1), (41-1), (39-1), (38-1); Brandon Bernard, (143-1), (139-1), (28-1), (28-2), (26-1), (25-1), (23-1), (22-1) (tb) Modified on 04/20/2000 (tb). (Entered: 04/19/2000) |
| 04/24/2000 | 199 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 04/24/2000) |
| 04/24/2000 | 200 | Response by USA to motion by Christopher Andre Vialva : motion for notice of unadjudicated extraneous offenses during the punishment phase [183-1] (tb) (tb). (Entered: 04/24/2000) |
| 04/24/2000 | 201 | Response by USA to motion by Christopher Andre Vialva : motion to sever trial from CoDefendants [187-1] (tb) (tb). (Entered: 04/24/2000) |
| 04/25/2000 | 202 | CJA 31 authorization for interim payment #1 for investigative services filed as to Brandon Bernard (tb) (tb). (Entered: 04/25/2000) |
| 04/25/2000 | 203 | CJA 31 authorization for interim payment #2 for investigative services filed as to Christopher Andre Vialva (tb) (tb). (Entered: 04/25/2000) |
| 04/26/2000 | 204 | Motion by Brandon Bernard with memorandum in support for notice of unadjudicated extraneous offenses during the punishment phase (tb) (tb). (Entered: 04/26/2000) |
| 04/26/2000 | 205 | Motion by Christopher Andre Vialva with memorandum in support to reconsider statutory and non-statutory aggravating factors from the Government's notice , and for bill of particulars (tb) (jch). (Entered: 04/26/2000) |
| 04/26/2000 | 206 | Motion by Christopher Andre Vialva with memorandum in support to exclude evidence of "Gang Affiliation" (tb) (jch). (Entered: 04/26/2000) |
| 04/26/2000 | 207 | Response by USA to motion by Christopher Andre Vialva : motion for full compliment of twenty peremptory challenges [195-1] (tb) (jch). (Entered: 04/26/2000) |
| 04/27/2000 | 208 | Response by USA to motion by Brandon Bernard : motion for notice of unadjudicated extraneous offenses during the punishment phase [204-1] (tb) (tb). (Entered: 04/27/2000) |
| 04/27/2000 | 209 | Reply by USA to supplemental response by Christopher Andre Vialva : response to motion for notice of alibi [142-1] (tb) (jch). (Entered: 04/27/2000) |
| 04/28/2000 | 210 | Response by USA to motion by Christopher Andre Vialva : motion to exclude evidence of "Gang Affiliation" [206-1] (tb) (jch). (Entered: 04/28/2000) |
| 04/28/2000 | 211 | Response by USA to motion by Christopher Andre Vialva : motion to reconsider statutory and non-statutory factors from the Government's notice [205-1], motion for bill |

| | | |
|---|---|---|
| | | of particulars [205-2] (tb) (jch). (Entered: 04/28/2000) |
| 04/28/2000 | 630 | Motion hearing for Christopher Andre Vialva, Brandon Bernard held for the following motions: [206-1], [205-1], [205-2], [204-1], [199-1], [195-1], [187-1], [184-1], [183-1], [174-1], [167-1], [164-1], [164-2], [163-1], [149-1], [140-1], [144-1], [143-1], [142-1], [139-1], [138-1], [137-1], [136-1], [129-1], [127-1], [120-1], [117-1], [116-1], [115-1], [114-1], [100-1], [88-1], [75-1], [69-1], [64-1], [63-1], [63-2], [61-1], [51-1], [46-1], [45-1], [43-1], [41-1], [40-1], [39-1], [38-1], [28-1], [28-2], [26-1], [25-1], [23-1], [22-1], [21-1], [19-1], [15-1]. Judge Smith informed counsel that copies of the approximatley 250 juror questionnaires are boxed and ready for them to take to their offices. He asked that they inform him of their objections by 5/5/00. Various motions were granted, denied, or taken under advisement. Orders will follow. (tb) (tb). (Entered: 05/01/2000) |
| 05/01/2000 | 212 | Order denying motion SEALED [199-1] (tb) Modified on 05/02/2000 (jch). (Entered: 05/02/2000) |
| 05/01/2000 | 213 | Ordered that the Government's motion to amend notice of intent to seek the death penalty [174-1] as to Christopher Andre Vialva (1) is GRANTED. Ordered that Defendant's motion for notice of unadjudicated extraneous offenses during the punishment phase [204-1] as to Brandon Bernard (2) is DENIED. Ordered that the Defendant's motion for notice of unadjudicated extraneous offenses during the punishment phase [183-1] as to Christopher Andre Vialva (1) is DENIED. Ordered that the Defendant's motion to reconsider statutory and non-statutory aggravating factors from the Government's notice [205-1] as to Christopher Andre Vialva (1) is DENIED. Ordered that the Defendant's motion for full compliment of twenty challenges [195-1] as to Christopher Andre Vialva (1) is DENIED. Ordered that the motion of Defendant Christopher Vialva to permit counsel to question Jurors during voir dire is GRANTED. The Government will be allowed 10 minutes of individual voir dire and the Defendants will be allowed a total of 10 minutes of individual voir dire. Ordered that the Defendant's motion sever trial from CoDefendants [187-1] as to Christopher Andre Vialva (1) is DENIED. (tb) Modified on 05/15/2000 (jch). (Entered: 05/02/2000) |
| 05/01/2000 | 214 | Sealed document as to Christopher Andre Vialva, Brandon Bernard placed in vault (tb) (tb). (Entered: 05/02/2000) |
| 05/08/2000 | 215 | Motion by Christopher Andre Vialva to challenge for cause to remove juror(s) (tb) (jch). (Entered: 05/08/2000) |
| 05/09/2000 | 216 | Sealed Motion by USA as to Christopher Andre Vialva, Brandon Bernard SEALED (tb) (tb). (Entered: 05/09/2000) |
| 05/09/2000 | 217 | Sealed Motion by USA as to Christopher Andre Vialva, Brandon Bernard SEALED (tb) (tb). (Entered: 05/09/2000) |
| 05/09/2000 | 218 | Preliminary areas by Brandon Bernard for further examination of potential jurors (tb) (tb). (Entered: 05/09/2000) |
| 05/09/2000 | 219 | Supplemental motion by Christopher Andre Vialva : to challenge for cause to remove juror supplementing motion to challenge for cause to remove juror(s) [215-1] (tb) (jch). (Entered: 05/09/2000) |
| 05/10/2000 | 220 | Supplemental motion by Brandon Bernard : for further examination of potential jurors - supplemental list supplementing motion for further examination of potential jurors [218-1] (tb) (tb). (Entered: 05/10/2000) |
| 05/10/2000 | 221 | Motion by Christopher Andre Vialva with memorandum in support for bifurcation of the penalty phase (tb) (jch). (Entered: 05/10/2000) |
| 05/11/2000 | 222 | Supplemental motion by Brandon Bernard : supplemental supplementing motion for |

| | | |
|---|---|---|
| | | further examination of potential jurors [218-1] (tb) (tb). (Entered: 05/12/2000) |

| | | |
|---|---|---|
| 05/11/2000 | 223 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 05/12/2000) |
| 05/11/2000 | 224 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 05/12/2000) |
| 05/12/2000 | 225 | Proposed / Witness List by USA as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 05/12/2000) |
| 05/12/2000 | 226 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 05/12/2000) |
| 05/12/2000 | 603 | SEALED Pre-Trial hearing for Christopher Andre Vialva held for the following motions: [223-1], [224-1], [221-1] (tb) (tb). (Entered: 05/15/2000) |
| 05/12/2000 | | Oral order as to Christopher Andre Vialva granting motion SEALED [224-1] as to Christopher Andre Vialva (1), granting motion SEALED [223-1] as to Christopher Andre Vialva (1) (tb) (Entered: 05/15/2000) |
| 05/15/2000 | 227 | Sealed Order as to Christopher Andre Vialva (follows oral order granting motion SEALED [224-1] as to Christopher Andre Vialva (1), granting motion SEALED [223-1] as to Andre Vialva (1) entered 5/12/00) (tb) (tb). (Entered: 05/15/2000) |
| 05/15/2000 | | Voir dire begins for Christopher Andre Vialva (1) count(s) 1ss, 2ss, 3ss-4ss, Brandon Bernard (2) count(s) 1ss, 2ss, 3ss-4ss ; Mooted motions: motion SEALED [226-1] as to Christopher Andre Vialva (1), supplemental motion supplemental [222-1] as to Brandon Bernard (2), motion for bifurcation of the penalty phase [221-1] as to Christopher Andre Vialva (1), supplemental motion for further examination of potential jurors - supplemental list [220-1] as to Brandon Bernard (2), supplemental motion to challenge for cause to remove juror [219-1] as to Christopher Andre Vialva (1), motion for further examination of potential jurors [218-1] as to Brandon Bernard (2), motion SEALED [217-1] as to Christopher Andre Vialva (1), Brandon Bernard (2), motion SEALED [216-1] as to Christopher Andre Vialva (1), Brandon Bernard (2), motion to challenge for cause to remove juror(s) [215-1] as to Christopher Andre Vialva (1), motion to exclude evidence of "Gang Affiliation" [206-1] as to Christopher Andre Vialva (1), motion for bill of particulars [205-2] as to Christopher Andre Vialva (1), motion for bill of particulars [164-2] as to Christopher Andre Vialva (1), motion for notice of alibi [144-1] as to Tony Sparks (3), motion for notice of alibi [143-1] as to Brandon Bernard (2), motion for notice of alibi [142-1] as to Christopher Andre Vialva (1), motion for reciprocal discovery [139-1] as to Brandon Bernard (2), motion for reciprocal discovery [138-1] as to Christopher Andre Vialva (1), motion to object to the Court's Order thao commit Defendant for purposes of a mental examination [63-1] as to Christopher Andre Vialva (1), motion to reconsider Defendant's motion to delay mental evaluation [63-2] as to Christopher Andre Vialva (1), motion for disclosure of impeaching evidence [45-1] as to Christopher Andre Vialva (1), motion to disclose electronic or other surveillance [43-1] as to Christopher Andre Vialva (1), motion for disclosure of agreements between the Government and government witnesses [41-1] as to Christopher Andre Vialva (1), motion in limine [39-1] as to Christopher Andre Vialva (1), motion for discovery and inspection [38-1] as to Christopher Andre Vialva (1), motion for discovery of transcripts of grand jury testimony [28-1] as to Brandon Bernard (2), motion to extend time to file motion to quash indictment [28-2] as to Brandon Bernard (2), motion to disclose electronic or other surveillance [26-1] as to Brandon Bernard (2), motion for notice of Government's intention to use evidence [25-1] as to Brandon Bernard (2), motion for disclosure of agreements between the Government and Government Witnesses [23-1] as to Brandon Bernard (2), motion for discovery and inspection [22-1] as to Brandon Bernard (2) (tb) (Entered: 05/17/2000) |
| 05/15/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard held (tb) (Entered: |

| | | |
|---|---|---|
| 05/15/2000 | | Jury trial for Christopher Andre Vialva, Brandon Bernard begun (tb) (Entered: 05/17/2000) |
| 05/15/2000 | 629 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jurors 5, 7, 19, 24, 49, 91, 111, and 115 excused. Jurors 3, 41, 60, 86, 88, 101, 109, 135, 161, 167, and 173 challenged, Voir dire will resume at 9:00 A.M. on Tuesday, May 16, 2000. (tb) (tb). (Entered: 05/17/2000) |
| 05/15/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard resetting to 9:00 A.M. on 5/16/00. (tb) Modified on 05/17/2000 (Entered: 05/17/2000) |
| 05/15/2000 | | Jury trial for Christopher Andre Vialva, Brandon Bernard resetting to 9:00 5/16/00 (tb) (Entered: 05/17/2000) |
| 05/16/2000 | 228 | Sealed Motion by Brandon Bernard SEALED (tb) (tb). (Entered: 05/16/2000) |
| 05/16/2000 | 229 | Order granting motion SEALED [228-1] as to Brandon Bernard (2) (tb) (Entered: 05/16/2000) |
| 05/16/2000 | 229 | Sealed Order (tb) (tb). (Entered: 05/16/2000) |
| 05/16/2000 | 230 | Sealed Order as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 05/16/2000) |
| 05/16/2000 | 231 | Filed CJA Form # 30 copy #2 as to Brandon Bernard authorizing interim payment #2 to Russell David Hunt (tb) (tb). (Entered: 05/16/2000) |
| 05/16/2000 | 232 | CJA Form #31 for Authorization to Pay for Expert or Other Services in Death Penalty Proceedings. (tb) (jch). (Entered: 05/16/2000) |
| 05/16/2000 | 233 | Filed CJA Form #30 appointing in death penalty proceedings. (tb) (jch). (Entered: 05/16/2000) |
| 05/16/2000 | | Voir dire continues. (tb) (Entered: 05/17/2000) |
| 05/16/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard held (tb) (Entered: 05/17/2000) |
| 05/16/2000 | 628 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jurors 2, 46, 54, 58, 138, 149, 152, and 172 challenged. Voir dire will resume at 1:00 P.M. on Wednesday, May 17, 2000. (tb) (tb). (Entered: 05/17/2000) |
| 05/16/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard resetting to 1:00 5/17/00 (tb) (Entered: 05/17/2000) |
| 05/16/2000 | | Jury trial for Christopher Andre Vialva, Brandon Bernard resetting to 1:00 5/17/00 (tb) (Entered: 05/17/2000) |
| 05/17/2000 | | Voir dire continues (tb) (Entered: 05/18/2000) |
| 05/17/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard held (tb) (Entered: 05/18/2000) |
| 05/17/2000 | 627 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jurors 28, 78, 92, 145, 158, 162, and 171 challenged for cause. Voir dire will resume at 9:00 A.M. on Thursday, May 18, 2000. (tb) Modified on 05/23/2000 (tb). (Entered: 05/18/2000) |
| 05/17/2000 | | Jury selection resetting to 9:00 5/18/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/18/2000) |
| | | |

| | | |
|---|---|---|
| 05/17/2000 | | Jury trial resetting to 9:00 5/18/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/18/2000) |
| 05/18/2000 | 234 | Sealed document as to Christopher Andre Vialva placed in vault (tb) (tb). (Entered: 05/18/2000) |
| 05/18/2000 | 235 | Sealed document as to Christopher Andre Vialva, Brandon Bernard placed in vault (tb) (tb). (Entered: 05/18/2000) |
| 05/18/2000 | 236 | Filed CJA Form #30 as to Christopher Andre Vialva appointing Dwight Goains for interim payment #10 for period starting 5/1/00. as to Christopher Andre Vialva (tb) (jch). (Entered: 05/18/2000) |
| 05/18/2000 | | Voir dire continues. (tb) (Entered: 05/18/2000) |
| 05/18/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard held (tb) (Entered: 05/18/2000) |
| 05/18/2000 | 626 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jurors 1, 43, 47, 52, 56, 66, 70, 71, 74, 81, 94, 103, 119, 136, 144, and 174 challenged. Voir dire will resume and continue at 9:00 A.M. on Friday, May 19, 2000. (tb) (tb). (Entered: 05/18/2000) |
| 05/18/2000 | | Jury selection resetting to 9:00 5/19/00 for Christopher Andre Vialva, Brandon Bernard (tb) (Entered: 05/18/2000) |
| 05/18/2000 | | Jury trial resetting to 9:00 5/19/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/18/2000) |
| 05/19/2000 | | Voir dire continues for Christopher Andre Vialva (1), Brandon Bernard (2). (tb) (Entered: 05/22/2000) |
| 05/19/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard held (tb) (Entered: 05/22/2000) |
| 05/19/2000 | 625 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jurors 15, 51, 55, 65, 67, 95, 134, 175, 218, and 249 challenged. Voir dire will resume and continue at 9:00 A.M. on Monday, May 22, 2000. (tb) (tb). (Entered: 05/22/2000) |
| 05/19/2000 | | Jury selection resetting to 9:00 5/22/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/22/2000) |
| 05/19/2000 | | Jury trial resetting to 9:00 5/22/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/22/2000) |
| 05/22/2000 | | Voir dire continues. (tb) (Entered: 05/23/2000) |
| 05/22/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard held (tb) (Entered: 05/23/2000) |
| 05/22/2000 | 624 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jurors 177, 179, 181, 190, 192, 196, 198, 202, 206, 216, 220, 229, 235, 238, 239, 243, 246, 260, 289, 296, 299, 307, 211, 232, 335, 336, 340, and 344 challenged. Voir dire will resume and continue at 9:00 A.M. on Tuesday, May 23, 2000. (tb) (tb). (Entered: 05/23/2000) |
| 05/22/2000 | | Jury selection resetting to 9:00 5/23/00 for Christopher Andre Vialva, Brandon Bernard (tb) (Entered: 05/23/2000) |
| 05/22/2000 | | Jury trial resetting to 9:00 5/23/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/23/2000) |
| 05/23/2000 | | Voir dire resumed & concluded. (tb) (Entered: 05/24/2000) |

| 05/23/2000 | | Jury selection for Christopher Andre Vialva, Brandon Bernard held (tb) (Entered: 05/24/2000) |
|---|---|---|
| 05/23/2000 | 623 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jurors 184, 185, 208, 224, 233, 237, 250, 252, 277, 282, 301, and 326 challenged. (tb) (tb). (Entered: 05/24/2000) |
| 05/23/2000 | | Motion in open court by Christopher Andre Vialva, Brandon Bernard oral for additional strikes (tb) (Entered: 05/24/2000) |
| 05/23/2000 | | Oral order as to Christopher Andre Vialva, Brandon Bernard denying oral motion for additional strikes [0-0] as to Christopher Andre Vialva (1), Brandon Bernard (2) (tb) (Entered: 05/24/2000) |
| 05/23/2000 | | Jury trial resetting to 9:00 5/24/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/24/2000) |
| 05/23/2000 | 237 | Jury roster as to Christopher Andre Vialva, Brandon Bernard filed (tb) (jch). (Entered: 05/24/2000) |
| 05/23/2000 | 238 | Jury roster as to Christopher Andre Vialva, Brandon Bernard filed (tb) (jch). (Entered: 05/24/2000) |
| 05/23/2000 | 239 | Peremptory challenges by USA as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 05/24/2000) |
| 05/23/2000 | 240 | Peremptory challenges by Christopher Andre Vialva, Brandon Bernard as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 05/24/2000) |
| 05/23/2000 | 241 | Jury seating arrangement as to Christopher Andre Vialva, Brandon Bernard filed (tb) (jch). (Entered: 05/24/2000) |
| 05/24/2000 | 242 | Motion by USA as to Christopher Andre Vialva, Brandon Bernard for writ of habeas corpus ad testificandum for Ernest Rowell to testify (tb) (jch). (Entered: 05/24/2000) |
| 05/24/2000 | | Jury trial for Christopher Andre Vialva, Brandon Bernard begun (tb) (Entered: 05/25/2000) |
| 05/24/2000 | 622 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jurors Sworn. Rule Invoked. Opening statements of counsel for Government/Defendant heard. Evidence presented on behalf of Government. Juror #98 Heather Horst excused. Alternate Juror 1, Connie Hill, Juror #293, replaces her on the jury. Government's Exhibits 1, 11, 12, 32, 33, 35, 36, 70, 73, 74, 75, 76, 78, 81, 82, 83, 84, 85, 86, 100, 101, 169, 170, 177, 178 and 179 admitted. Defendant's Exhibits 1, 2 and 3 admitted. (tb) Modified on 05/26/2000 (tb). Modified on 11/19/2019 (bw). (Entered: 05/25/2000) |
| 05/24/2000 | | Jury trial resetting to 9:00 5/25/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/25/2000) |
| 05/25/2000 | 243 | Order granting motion for writ of habeas corpus ad testificandum to Sheriff, Bell County, Texas, for Ernest Rowell to testify [242-1] as to Christopher Vialva (1), Brandon Bernard (2) (tb) (jch). (Entered: 05/25/2000) |
| 05/25/2000 | | Writ of Habeas Corpus Ad Testificandum to Sheriff, Bell County, Texas, For Ernest Rowell to testify on 5/25/00 at 9:00 as to Christopher Andre Vialva, Brandon Bernard issued. (tb) (Entered: 05/25/2000) |
| 05/25/2000 | 244 | Motion by USA as to Christopher Andre Vialva, Brandon Bernard for writ of habeas corpus ad testificandum to Sheriff, Coryell County, Texas, for Ramona Berry to testify on 5/31/00 at 9:00 (tb) (jch). (Entered: 05/25/2000) |
| 05/25/2000 | 245 | Order granting motion for writ of habeas corpus ad testificandum to Sheriff, Coryell |

| | | County, Texas, for Ramona Berry to testify on 5/31/00 at 9:00 [244-1] as to Christopher Andre Vialva (1), Brandon Bernard (2) (tb) (jch). (Entered: 05/25/2000) |
|---|---|---|
| 05/25/2000 | | Writ of Habeas Corpus Ad Testificandum to Sheriff, Coryell County, Texas, for Ramona Berry to testify on 5/31/00 at 9:00 as to Christopher Andre Vialva, Brandon Bernard issued. (tb) (Entered: 05/25/2000) |
| 05/25/2000 | 621 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Evidence presented on behalf of Government. Government's Exhibits 2-10, 13, 15-19, 21, 34, 37, 39, 40, 63, 71, 74A, 77, 79, 80, 87-99, 102-143, 171-174, 176, 181 and 182 admitted. Defendants' Exhibits 4, 5 and 6 admitted. (tb) (tb). (Entered: 05/26/2000) |
| 05/25/2000 | | Jury trial resetting to 9:00 5/26/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/26/2000) |
| 05/26/2000 | 246 | Motion by Christopher Andre Vialva for removal of exhibit from evidence for testing (tb) (jch). (Entered: 05/26/2000) |
| 05/26/2000 | 620 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Evidence presented on behalf of Government. Government's Exhibits 11A, 12A, 14, 14A, 14C, 14D, 20, 46, 47, 48, 52-62, 64, 65, 144-151, 154, 155, 156, 159, 164, 167, 167A and 180 admitted. (tb) (tb). (Entered: 05/30/2000) |
| 05/26/2000 | | Jury trial resetting to 9:00 5/30/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/30/2000) |
| 05/30/2000 | 247 | Ordered that the Defendant's motion for removal of exhibit from evidence for testing [246-1] as to Christopher Andre Vialva (1) is GRANTED, provided the exhibit is returned to the custody of the Clerk of the Court within 24 hours of its removal and in the same condition. (tb) (jch). (Entered: 05/30/2000) |
| 05/30/2000 | 248 | Filed CJA Form #30 as to Brandon Bernard appointing Russell D. Hunt for interim payment #4 from 5/12/00. (tb) Modified on 05/30/2000 (tb). (Entered: 05/30/2000) |
| 05/30/2000 | 619 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Evidence presented on behalf of government. Defendants' exhibits 7 and 8 admitted. Government's exhibits 45, 160 and 161 admitted. (tb) (tb). (Entered: 05/31/2000) |
| 05/30/2000 | | Jury trial resetting to 9:00 5/31/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 05/31/2000) |
| 05/31/2000 | 249 | Motion by Christopher Andre Vialva with memorandum in support for continuance during trial (tb) (jch). (Entered: 05/31/2000) |
| 05/31/2000 | 250 | Filed CJA Form #30 as to Christopher Andre Vialva appointing Stanley Schieger for interim payment #11 from 5-1-00. (tb) Modified on 05/31/2000 (jch). (Entered: 05/31/2000) |
| 05/31/2000 | 251 | Filed CJA Form #30 as to Brandon Bernard appointing Russell D. Hunt, Jr. for interim payment #2 from 5-12-00. (tb) Modified on 05/31/2000 (tb). (Entered: 05/31/2000) |
| 05/31/2000 | 252 | Filed CJA 30 authorizing interim payment #1 for period 3/9/00 to 5/14/00 for Russ Hunt, Jr. as to Brandon Bernard (tb) (tb). (Entered: 05/31/2000) |
| 05/31/2000 | 253 | Motion by Christopher Andre Vialva for guilt phase instruction (tb) (jch). (Entered: 06/01/2000) |
| 05/31/2000 | 254 | Filed CJA Form # 30 as to Christopher Andre Vialva authorizing interim payment # 10 for period 4/1/00 to 4/30/00 to Stanley L. Schwieger (tb) (jch). (Entered: 06/01/2000) |
| 05/31/2000 | 618 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Evidence presented on |

| | | behalf of Government/Defendant. Government rest. Defendant rest. Defendants' Exhibit's 5-8 not admitted - returned to Defendants' atty. Government's Exh: adm. 49, 50, 66, 68, 38, 157, 162, 163, 183. Defendants' Exhibits adm. 9, 10, 11. Objectio to charge heard at 2:00 pm - 2:15 pm - Court will allow Governemtn 1 hour for closing and 45 minutes per defendant for closing. (tb) (tb). (Entered: 06/01/2000) |
|---|---|---|
| 05/31/2000 | | Motion in open court by Christopher Andre Vialva, Brandon Bernard to dismiss (tb) (Entered: 06/01/2000) |
| 05/31/2000 | | Oral order as to Christopher Andre Vialva, Brandon Bernard denying oral motion to dismiss [0-0] as to Christopher Andre Vialva (1), Brandon Bernard (2) (tb) (Entered: 06/01/2000) |
| 05/31/2000 | | Jury trial resetting to 9:00 6/1/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 06/01/2000) |
| 06/01/2000 | 617 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Closing arguments of counsel for Government/Defendant. Court charges jury. Jury retires to deliberate. Alternate jurors excused at 12:50 pm - if guilty verdict is returned the alternates to return for punishment phase (6/8/00). Jury to return on 6/8/00 at 9:00 am for punishment phase. All exhibits placed in room on second floor. (tb) (tb). (Entered: 06/02/2000) |
| 06/01/2000 | 255 | Court's Jury instructions as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 06/02/2000) |
| 06/01/2000 | 256 | Order sequestering jury as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 06/02/2000) |
| 06/01/2000 | 257 | Jury notes filed as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 06/02/2000) |
| 06/01/2000 | 258 | Jury notes filed as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 06/02/2000) |
| 06/01/2000 | 259 | Jury verdict as to Christopher Andre Vialva, Brandon Bernard guilty Christopher Andre Vialva (1) count(s) 1ss, 2ss, 3ss-4ss, Brandon Bernard (2) count(s) 1ss, 2ss, 3ss-4ss (tb) (jch). (Entered: 06/02/2000) |
| 06/01/2000 | 260 | Proposed / Witness List by Christopher Andre Vialva, Brandon Bernard, USA as to Christopher Andre Vialva, Brandon Bernard (tb) (jch). (Entered: 06/02/2000) |
| 06/01/2000 | | Jury trial resetting to 9:00 6/8/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 06/02/2000) |
| 06/02/2000 | 261 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 06/05/2000) |
| 06/02/2000 | 262 | Sealed Motion by Christopher Andre Vialva SEALED (tb) (tb). (Entered: 06/05/2000) |
| 06/07/2000 | 263 | Motion by Brandon Bernard for judgment of acquittal (tb) (tb). (Entered: 06/07/2000) |
| 06/07/2000 | 264 | Motion by Christopher Andre Vialva for judgment of acquittal (tb) (jch). (Entered: 06/07/2000) |
| 06/07/2000 | 265 | Requested punishment phase Jury instructions by Christopher Andre Vialva as to Christopher Andre Vialva (tb) (jch). (Entered: 06/07/2000) |
| 06/08/2000 | 266 | Exhibit list by USA as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/08/2000) |
| 06/08/2000 | 616 | Jury trial for Christopher Andre Vialva, Brandon Bernard held - Punishment Phase. Opening statement of counsel for Government and Defendant heard - Vialva only. |

| | | Evidence presented on behalf of Government/Defendant. Government rest at 3:20 P.M.. Government exhibits 185, 186, 187, 189, 190, 191, 192, 193, 194a, and 196. Defendants' Exhibit 12 admitted. (tb) (tb). (Entered: 06/12/2000) |
|---|---|---|
| 06/08/2000 | | Jury trial resetting to 9:00 6/9/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 06/12/2000) |
| 06/09/2000 | 267 | Supplemental Exhibit list by USA as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/12/2000) |
| 06/09/2000 | 268 | Sentencing hearing Witness List by USA as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/12/2000) |
| 06/09/2000 | 269 | Motion by Brandon Bernard requesting punishment phase and mitigating factor instructions (tb) (tb). (Entered: 06/12/2000) |
| 06/09/2000 | 270 | SEALED Order granting motion SEALED [261-1] as to Christopher Andre Vialva (1) (tb) (tb). (Entered: 06/12/2000) |
| 06/09/2000 | 271 | Order for approval for funding of experts as to Christopher Andre Vialva (tb) (tb). (Entered: 06/12/2000) |
| 06/09/2000 | 272 | Order of partial sequestration as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/12/2000) |
| 06/09/2000 | 615 | Jury trial for Christopher Andre Vialva, Brandon Bernard held - Punishment Phase. Evidence presented on behalf of Government/Defendant. Defendant rest (1) @ 3:30, 2 @ 5:05. (tb) (tb). (Entered: 06/12/2000) |
| 06/09/2000 | | Jury trial resetting to 1:30 6/12/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 06/12/2000) |
| 06/09/2000 | 273 | Witness List by Christopher Andre Vialva, Brandon Bernard, USA as to Christopher Andre Vialva, Brandon Bernard. (tb) (tb). (Entered: 06/12/2000) |
| 06/09/2000 | 274 | Exhibit list by Christopher Andre Vialva, Brandon Bernard, USA as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/12/2000) |
| 06/12/2000 | 275 | Written Objections/Requests to the penalty phase charge with authorities by Christopher Andre Vialva as to Christopher Andre Vialva to (tb) (tb). (Entered: 06/13/2000) |
| 06/12/2000 | 276 | Written Objections to the penalty phase charge with authorities by Brandon Bernard as to Brandon Bernard to (tb) (tb). (Entered: 06/13/2000) |
| 06/12/2000 | 614 | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Court charges jury. Jury retires to deliberate. Objections to charge to the jury heard. Alternate Jurors excused at 4:15 P.M. (tb) (tb). (Entered: 06/13/2000) |
| 06/12/2000 | | Jury trial resetting to 9:00 6/13/00 for Christopher Andre Vialva, for Brandon Bernard (tb) (Entered: 06/13/2000) |
| 06/13/2000 | 277 | Jury notes filed as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/13/2000) |
| 06/13/2000 | 278 | Jury notes filed as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/13/2000) |
| 06/13/2000 | 279 | Jury notes filed as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/13/2000) |
| 06/13/2000 | | Jury trial for Christopher Andre Vialva, Brandon Bernard held. Jury polled/discharged. |

| | | Sentencing set for instanter. (tb) (Entered: 06/16/2000) |
|---|---|---|
| 06/13/2000 | 613 | Jury trial for Christopher Andre Vialva, Brandon Bernard concluded (tb) (tb). (Entered: 06/16/2000) |
| 06/13/2000 | | Pre-Sentence investigation as to Christopher Andre Vialva, Brandon Bernard waived (tb) (Entered: 06/16/2000) |
| 06/13/2000 | 612 | Sentencing Christopher Andre Vialva (1) count(s) 1ss, 2ss, 3ss-4ss held. Pre-Sentence report waived as to SS2. Defendant continued in custody. SENTENCE: COUNT SS1, SS3, SS4: DEATH; COUNT SS2: LIFE WITHOUT THE POSSIBILITY OF RELEASE; SPECIAL ASSESSMENT: $100.00. Mooted Motions: motion requesting punishment phase and mitigating factor instructions [269-1] as to Brandon Bernard (2), motion for judgment of acquittal [264-1] as to Christopher Andre Vialva (1), motion for judgment of acquittal [263-1] as to Brandon Bernard (2), motion for guilt phase instruction [253-1] as to Andre Vialva (1), motion for continuance during trial [249-1] as to Christopher Andre Vialva (1) (tb) Modified on 06/20/2000 (tb). (Entered: 06/20/2000) |
| 06/13/2000 | 287 | Notice of appeal by Brandon Bernard to the 5th Circuit. Judgment not yet entered. (tb) (tb). (Entered: 06/20/2000) |
| 06/13/2000 | 288 | Motion by Brandon Bernard for Russell D. hunt and Russell D. Hunt, Jr. to withdraw as attorney (tb) (tb). (Entered: 06/20/2000) |
| 06/15/2000 | 280 | Order directing the U.S. Pretrial Services Office to release the Pre-trial Services reports for Defendants, Christopher Vialva and Brandon Bernard, to the U.S. Bureau of Prisons for the purpose of the designation of Defendants as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/15/2000) |
| 06/15/2000 | 281 | SEALED Order denying motion SEALED [262-1] as to Christopher Andre Vialva (1) (tb) (tb). (Entered: 06/15/2000) |
| 06/16/2000 | 282 | Jury notes filed as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/16/2000) |
| 06/16/2000 | 283 | Ordered that all exhibits introduced into evidence during the trial of said cause be returned to the party introducing them, pending any additional proceedings in this case as to Christopher Andre Vialva, Brandon Bernard (tb) (tb). (Entered: 06/16/2000) |
| 06/16/2000 | 284 | Exhibit receipt for Christopher Andre Vialva (tb) (tb). (Entered: 06/16/2000) |
| 06/16/2000 | 285 | Exhibit receipt for USA (tb) Modified on 08/28/2003 (tb). (Entered: 06/16/2000) |
| 06/16/2000 | 286 | Special findings form filed as to Christopher Andre Vialva, Brandon Bernard. (tb) (tb). (Entered: 06/16/2000) |
| 06/16/2000 | 289 | Judgment and Commitment as to Christopher Andre Vialva (1) count(s) 1ss, 2ss, 3ss-4ss (Pages: 3) (tb) (tb). (Entered: 06/20/2000) |
| 06/16/2000 | 290 | Judgment and Commitment as to Brandon Bernard (2) count(s) 1ss, 2ss, 3ss, 4ss (Pages: 3) (tb) (tb). (Entered: 06/20/2000) |
| 06/16/2000 | 291 | Notice of appeal by Christopher Andre Vialva to the 5th Circuit from Judgment 289 by W.S.S. (tb) (tb). (Entered: 06/20/2000) |
| 06/20/2000 | | Notice of appeal and certified copy of docket to USCA: as to Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1]. Copy of notice of appeal and transmittal to Schwieger, Goains, Hunt, Hunt, Jr., AUSA, Court. (tb) (Entered: 06/20/2000) |
| 06/21/2000 | 292 | Motion by Christopher Andre Vialva for B. Dwight Goains to withdraw as attorney (tb) (tb). (Entered: 06/21/2000) |

| 06/23/2000 | 293 | Ordered that the Defendant's motion for judgment of acquittal [264-1], [263-1] as to Christopher Andre Vialva, Brandon Bernard are DENIED. (tb) (tb). (Entered: 06/26/2000) |
|---|---|---|
| 06/29/2000 | 294 | Order granting motion for B. Dwight Goains to withdraw as attorney [292-1] (Terminated attorney B. Dwight Goains for Christopher Andre Vialva as Christopher Andre Vialva (1). Ordered that Stan Schwieger and Richard Burr shall be appointed to represent Defendant for purposes of appeal. (tb) (tb). (Entered: 06/30/2000) |
| 06/29/2000 | 295 | Order granting motion for Russell D. hunt and Russell D. Hunt, Jr. to withdraw as attorney [288-1] (Terminated attorney Russell D. Hunt for Brandon Bernard, attorney Russell David Hunt for Brandon Bernard as to Brandon Bernard (2). Ordered that attorney Walter Reaves, Jr., shall be appointed to represent Defendant for purposes of appeal. Mr. Reaves shall also move for appointment of co-counsel and in such motion present the Court with the name of a qualified attorney to serve in said capacity. (tb) (tb). (Entered: 06/30/2000) |
| 07/03/2000 |  | Return of appeal information sheet received. as to Christopher Andre Vialva appeal [291-1] USCA NUMBER: 00-50523 (tb) (Entered: 07/03/2000) |
| 07/03/2000 |  | Return of appeal information sheet received. as to Brandon Bernard appeal [287-1] USCA NUMBER: 00-50523 (tb) (Entered: 07/03/2000) |
| 07/18/2000 | 296 | Appeal Transcript requested by Brandon Bernard as to Brandon Bernard appeal [287-1] (tb) (tb). (Entered: 07/18/2000) |
| 07/19/2000 | 297 | Order withdrawing the appointment of Richard Burr to serve as co-counsel with Stan Schwieger and appointing Steven Losch to serve as co-counsel with Stan Schwieger for purposes of representing Defendant Christopher Vialva in the appeal of the conviction in this case. (tb) (tb). (Entered: 07/19/2000) |
| 07/19/2000 | 298 | Appeal Transcript requested by Christopher Andre Vialva as to Christopher Andre Vialva appeal [291-1] (tb) (tb). (Entered: 07/20/2000) |
| 07/21/2000 | 299 | Ordered that Rob Owen is appointed to serve as co-counsel with Mr. Reaves in the appeal of the Defendant's conviction as to Brandon Bernard (tb) (tb). (Entered: 07/24/2000) |
| 07/26/2000 | 300 | Order denying the CJA 31 request for payment of services for Dr. Robert Bux as to Christopher Andre Vialva (tb) (tb). (Entered: 07/26/2000) |
| 09/11/2000 | 301 | Filed CJA31 authorization for payment of expert and other services as to Christopher Andre Vialva (tb) (tb). (Entered: 09/11/2000) |
| 09/13/2000 | 302 | Filed CJA30 authorization for final payment for Russell D. Hunt for period 5/12/00 to 7/7/00 as to Brandon Bernard (tb) (tb). (Entered: 09/14/2000) |
| 10/03/2000 | 303 | Ordered that any counts of which the defendants have not been convicted are DISMISSED as to Christopher Andre Vialva, Brandon Bernard (tb) (Entered: 10/03/2000) |
| 10/03/2000 |  | Dismissed count on motion by the Court Christopher Andre Vialva (1) count(s) 1, 1s, 2, 2s, 3-4, 3s-4s, Brandon Bernard (2) count(s) 1, 1s, 2, 2s (tb) (Entered: 10/03/2000) |
| 10/25/2000 | 304 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/15/00. In re: Jury Trial. Vol. 1 of 16 (tb) (jch). (Entered: 10/26/2000) |
| 10/25/2000 | 305 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/16/00. In re: Jury Trial. Vol. 2 of 16. (tb) (tb). (Entered: |

| | | |
|---|---|---|
| | | 10/26/2000) |
| 10/25/2000 | 306 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/17/00. In re: Jury Trial. Vol. 3 of 16. (tb) (tb). (Entered: 10/26/2000) |
| 10/25/2000 | 307 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/18/00. In re: Jury Trial. Vol. 4 of 16. (tb) (tb). (Entered: 10/26/2000) |
| 10/25/2000 | 308 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/19/00. In re: Jury Trial. Vol. 5 of 16. (tb) (tb). (Entered: 10/26/2000) |
| 10/25/2000 | 309 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/22/00. In re: Jury Trial. Vol. 6 of 16. (tb) (tb). (Entered: 10/26/2000) |
| 10/25/2000 | 310 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/23/00. In re: Jury Trial. Vol. 7 of 16. (tb) (tb). (Entered: 10/26/2000) |
| 10/25/2000 | 311 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/24/00. In re: Jury Trial. Vol. 8 of 16. (tb) (tb). (Entered: 10/26/2000) |
| 10/25/2000 | 312 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/25/00. In re: Jury Trial. Vol. 9 of 16. (tb) (tb). (Entered: 10/26/2000) |
| 10/25/2000 | 313 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/26/00. In re: Jury Trial. Vol. 10 of 16. (tb) (tb). (Entered: 10/26/2000) |
| 10/25/2000 | 314 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/30/00. In re: Jury Trial. Vol. 11 of 16. (tb) (jch). (Entered: 10/26/2000) |
| 10/25/2000 | 315 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/31/00. In re: Jury Trial. Vol. 12 of 16. (tb) (mc5). (Entered: 10/26/2000) |
| 10/25/2000 | 316 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 6/1/00. In re: Jury Trial. Vol. 13 of 16. (tb) (mc5). (Entered: 10/26/2000) |
| 10/25/2000 | 317 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 6/8/00. In re: Jury Trial. Vol. 14 of 16. (tb) (mc5). (Entered: 10/26/2000) |
| 10/25/2000 | 318 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 6/9/00. In re: Jury Trial. Vol. 15 of 16. (tb) (mc5). (Entered: 10/26/2000) |
| 10/25/2000 | 319 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 6/12/00. In re: Jury Trial. Vol. 16 of 16. (tb) (mc5). (Entered: 10/26/2000) |
| 10/25/2000 | 320 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 4/28/00. In re: Pre-Trial Hearing. (tb) (tb). (Entered: 10/26/2000) |

| | | |
|---|---|---|
| 10/25/2000 | 321 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 5/12/00. In re: Pre-Trial Hearing. (tb) (tb). (Entered: 10/26/2000) |
| 11/09/2000 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1]. Copy of transmittal to Losch, Schwieger, Reaves, Owen, AUSA, Court. (tb) (Entered: 11/09/2000) |
| 12/11/2000 | 322 | Appeal Transcript requested by USA as to Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] (tb) (tb). (Entered: 12/11/2000) |
| 12/15/2000 | | Letter of transmittal from USCA: The Court has granted the unopposed motion of appellee to supplement the record on appeal with punishment phase charge transcript in this case as to Brandon Bernard appeal [287-1] (tb) (Entered: 12/15/2000) |
| 12/19/2000 | 323 | Motion by Christopher Andre Vialva with memorandum in support for corrections or modification of record (tb) (tb). (Entered: 12/20/2000) |
| 12/21/2000 | 324 | Order granting motion for corrections or modification of record [323-1] as to Christopher Andre Vialva (1) (tb) (Entered: 12/22/2000) |
| 01/18/2001 | 325 | Transcript filed by Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1] for dates of 6/12/00 -- Supplement to the Record (Court's Charge on Punishment) (mc) (tb). (Entered: 01/19/2001) |
| 01/22/2001 | | Transmitted supplemental record on appeal: as to Christopher Andre Vialva, Brandon Bernard appeal [291-1], appeal [287-1]. Copy of transmittal to Losch, Schwieger, Reaves, Owen, AUSA, Court. (tb) (Entered: 01/22/2001) |
| 01/23/2001 | 326 | Order from the 5th Circuit as to Christopher Andre Vialva, Brandon Bernard. Ordered that the motion of Appellant Christopher Andre Vialva to extend time to file his brief, to and including 4/3/01 is GRANTED. Ordered that the motion of Appellant Vialva to supplement the record on appeal with the jury selection questionnaires is DENIED without prejudice to appellants' right to seek such relief from the District Court. Ordered that the motion of Appellant Vialva to supplement the record on appeal with co-defendants, Brandon Bernard's motions to be supplemented into the record on appeal for appellant, Vialva, is GRANTED. Ordered that the motion of Appellant Vialva to unseal motions in the record on appeal - Volume 1: pages 83, 101, 128 & 145, volume 2: page 91, volume 3: pages 540, 608, 615, 616, 617, 620 and 698 and volume 4: pages 764 and 812 is GRANTED. (tb) (Entered: 01/23/2001) |
| 01/23/2001 | 327 | Corrected Order from the 5th Circuit as to Christopher Andre Vialva, Brandon Bernard. Ordered that the motion of Appellant Christopher Andre Vialva to extend time to file his brief, to and including 4/3/01 is GRANTED. Ordered that the motion of Appellant Vialva to supplement the record on appeal with the jury selection questionnaires is DENIED without prejudice to appellants' right to seek such relief from the District Court. Ordered that the motion of Appellant Vialva to supplement the record on appeal with co-defendants, Brandon Bernard's motions to be supplemented into the record on appeal for appellant, Vialva, is GRANTED. Ordered that the motion of Appellant Vialva to unseal motions in the record on appeal - Volume 1: pages 83, 101, 128 & 145, volume 2: page 491, volume 3: pages 540, 608, 615, 616, 617, 620 and 698 and volume 4: pages 764 and 812 is GRANTED. (tb) (Entered: 01/23/2001) |
| 02/21/2001 | | Sentencing set at 10:00 3/22/01 for Tony Sparks (tb) (Entered: 02/21/2001) |
| 03/14/2001 | 328 | Motion by Christopher Andre Vialva with memorandum in support for correction of modification of record (tb) (tb). (Entered: 03/14/2001) |
| 03/22/2001 | 610 | Sentencing Tony Sparks (3) count(s) 1s held. Objections to pre-sentence report heard. |

| | | Evidence presented. Court advised Defendant of right to appeal. Defendant continued in custody. SENTENCE: CUSTODY: Life, SUPERVISED RELEASE: 5 YEARS; $5,000.00 FINE; RESTITUTION: $22,769.18; $100.00 SPECIAL ASSESSMENT. (tb) (tb). (Entered: 03/27/2001) |
|---|---|---|
| 03/22/2001 | | Dismissed count on motion by the Government Tony Sparks (3) count(s) 1 (tb) (Entered: 03/27/2001) |
| 03/26/2001 | 329 | Witness List by USA as to Tony Sparks. In re: Sentencing hearing. (tb) (tb). (Entered: 03/27/2001) |
| 03/26/2001 | 330 | Judgment and Commitment as to Tony Sparks (3) count(s) 1s (Pages: 7) (tb) (Entered: 03/27/2001) |
| 03/26/2001 | 602 | SEALED PSI PLACED IN VAULT as to Tony Sparks (tb) (tb). (Entered: 03/27/2001) |
| 03/30/2001 | 331 | Notice of appeal by Tony Sparks to the 5th Circuit from Judgment and Commitment [330-1] (tb) (Entered: 04/02/2001) |
| 04/02/2001 | | Notice of appeal and certified copy of docket to USCA: as to Tony Sparks appeal [331-1]. Copy of notice of appeal and transmittal to Butler, AUSA, Court (tb) (Entered: 04/02/2001) |
| 04/04/2001 | 332 | Defendant's First Amended motion by Christopher Andre Vialva : for correction of modification of record amending motion for correction of modification of record [328-1] (tb) (tb). (Entered: 04/05/2001) |
| 04/12/2001 | | Letter of transmittal from USCA: The court has granted the motion to supplement the record in this case as to Brandon Bernard. appeal [287-1] (tb) (Entered: 04/12/2001) |
| 04/17/2001 | 333 | Response by USA to motion by Christopher Andre Vialva : amended motion for correction of modification of record [332-1], motion for correction of modification of record [328-1] (mc) (tb). (Entered: 04/18/2001) |
| 04/17/2001 | 334 | Order as to Christopher Andre Vialva granting amended motion for correction of modification of record [332-1], [328-1] as to Christopher Andre Vialva (1). Defendant requests that certain juror questionnaires utilized by the Court during voir dire be included in the record on appeal. Having reviewed the motion and noting that the Government has agreed to the request, the Court finds that the following jurors' juror questionnaires utilized by the Court during voir dire be included in the record on appeal: .... (mc) (Entered: 04/18/2001) |
| 04/23/2001 | | Transmitted supplemental record on appeal: as to Christopher Andre Vialva appeal [291-1]. Copy of transmittal to Schwieger, Losch, AUSA, Court. (tb) (Entered: 04/23/2001) |
| 04/25/2001 | 335 | Motion by Tony Sparks to withdraw and substitute attorney for Defendant (tb) (tb). (Entered: 04/26/2001) |
| 04/27/2001 | 336 | Ordered that the motion to withdraw and substitute attorney for Defendant [335-1] ; attorney Rodney Scott Goble for Tony Sparks terminated; attorney John S. Butler added as to Tony Sparks (3) (tb) (Entered: 04/30/2001) |
| 05/04/2001 | | Return of appeal information sheet received as to Tony Sparks appeal [331-1] USCA NUMBER: 01-50405 (tb) (Entered: 05/07/2001) |
| 05/10/2001 | 337 | Judgment and commitment returned executed as to Tony Sparks (3) count(s) 1s on 5/8/01 (tb) (tb). (Entered: 05/11/2001) |
| 05/21/2001 | 338 | Transcript requested by Tony Sparks as to Tony Sparks for dates of 3/22/01 (Proceedings Transcribed: Sentencing Hearing) (Court Reporter: Kristie M. Davis) (tb) (tb). (Entered: |

| | | |
|---|---|---|
| | | 05/21/2001) |
| 05/21/2001 | 339 | Transcript filed by Tony Sparks appeal [331-1] for dates of 3/22/01 (Proceedings Transcribed: Sentencing Proceedings) (Court Reporter: Kristie M. Davis) (tb) (tb). (Entered: 05/22/2001) |
| 05/25/2001 | 340 | Certified copy of judgment of USCA as to Tony Sparks dismissing Tony Sparks (3) count(s) 1s appeal [331-1] (tb) (Entered: 05/25/2001) |
| 06/19/2001 | | Letter of transmittal from USCA: The court has granted appellant's motion to reinstate the appeal as to Tony Sparks (tb) (Entered: 06/19/2001) |
| 06/19/2001 | | Appeal reinstated as to Tony Sparks : appeal [331-1] (tb) (Entered: 06/19/2001) |
| 06/21/2001 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Tony Sparks appeal [331-1]. Copy of Transmittal to Butler, AUSA, Court. (tb) Modified on 06/21/2001 (Entered: 06/21/2001) |
| 01/09/2002 | 341 | Certified copy of judgment of USCA as to Tony Sparks affirming as to Tony Sparks (3) count(s) 1s appeal [331-1]. ISSUED AS MANDATE: 1/7/02. (tb) (Entered: 01/10/2002) |
| 01/09/2002 | | Record on appeal returned from U.S. Court of Appeal as to Tony Sparks : appeal [331-1]. 2 vol. & 1 sealed env. (tb) (Entered: 01/10/2002) |
| 01/11/2002 | | SEALED PSI and Statement of Reasons as to Tony Sparks returned to Probation Office (tb) (Entered: 01/11/2002) |
| 11/01/2002 | 342 | Certified copy of judgment of USCA as to Christopher Andre Vialva affirming as to Christopher Andre Vialva (1) count(s) 1ss, 2ss, 3ss-4ss appeal [291-1]. ISSUED AS MANDATE: 10/23/02. (tb) (Entered: 11/01/2002) |
| 11/01/2002 | 343 | Certified copy of judgment of USCA as to Brandon Bernard affirming as to Brandon Bernard (2) count(s) 1ss, 2ss, 3ss, 4ss appeal [287-1]. ISSUED AS MANDATE: 10/23/02. (tb) (Entered: 11/01/2002) |
| 03/12/2003 | 344 | Motion by Tony Sparks to vacate under 28 U.S.C. 2255 W-03-CA-085 (tb) Modified on 07/15/2003 (tb). (Entered: 03/13/2003) |
| 03/27/2003 | 345 | Supplemental motion by Tony Sparks : to vacate under 28 U.S.C. 2255 supplementing motion to vacate under 28 U.S.C. 2255 [344-1]. W-03-CA-085 (tb) Modified on 07/15/2003 (tb). (Entered: 03/28/2003) |
| 06/23/2003 | 346 | Ordered that the motion to vacate under 28 U.S.C. 2255 [344-1] [345-1] as to Tony Sparks (3) is DENIED and this action is DISMISSED. Ordered that any motions not previously ruled upon by the Court are DENIED. Signed by Honorable Walter S. Smith (mc) (Entered: 06/24/2003) |
| 06/23/2003 | 347 | Clerk's Judgment ordering that the motion to Vacate, Set Aside and Correct Sentence filed by Tony Sparks is DENIED and this action is DISMISSED. Ordered that any motions not previously ruled upon by the Court are DENIED. (mc) (Entered: 06/24/2003) |
| 06/23/2003 | | Letter of transmittal from USCA: as to Christopher Andre Vialva appeal [291-1] -- Petition for a writ of certiorari is denied. (mc) (Entered: 06/24/2003) |
| 06/23/2003 | | Letter of transmittal from USCA: as to Brandon Bernard appeal [287-1] -- Petition for a writ of certiorari is denied. (mc) (Entered: 06/24/2003) |
| 06/30/2003 | 348 | Motion by Christopher Andre Vialva for appointment of counsel in post-conviction proceedings (tb) (tb). (Entered: 06/30/2003) |
| 07/03/2003 | 349 | Notice of appeal by Tony Sparks to the 5th Circuit from Order [346-1] by W.S.S. (tb) |

| | | |
|---|---|---|
| | | (Entered: 07/08/2003) |
| 07/08/2003 | | Notice of appeal and certified copy of docket to USCA: as to Tony Sparks appeal [349-1]. Copy of notice of appeal and transmittal to Dft., AUSA, Court. (tb) (Entered: 07/08/2003) |
| 07/16/2003 | 350 | Motion by Tony Sparks for certificate of appealability (tb) (tb). (Entered: 07/17/2003) |
| 07/22/2003 | | Record on appeal returned from U.S. Court of Appeal as to Christopher Andre Vialva, Brandon Bernard : appeal [291-1], appeal [287-1]. Original Record on Appeal, 25 Vols.; Supplemental Record, 4 vols.; Original Exhibits, 2 Env. P.S. from the 5th Circuit: The first supplemental volume of record is missing. We requested that the court reporter produce another copy of the 6/12/00 transcript and send to your office for filing. (tb) (Entered: 07/23/2003) |
| 07/25/2003 | 351 | Order as to Tony Sparks denying motion for certificate of appealability (as) (Entered: 07/28/2003) |
| 07/28/2003 | 352 | Motion by Brandon Bernard for appointment of counsel for proceeding pursuant to 28:2255 (as) (tb). (Entered: 07/28/2003) |
| 08/15/2003 | | Return of appeal information sheet received. as to Tony Sparks appeal [349-1] USCA NUMBER: 03-50781 (as) (Entered: 08/18/2003) |
| 08/15/2003 | 353 | Motion by Brandon Bernard to expedite consideration of application under 21 USC 848(q)(4)(B) for appointment of counsel for proceeding pursuant to 28 USC 2255 (as) (tb). (Entered: 08/18/2003) |
| 08/18/2003 | 354 | Order as to Brandon Bernard granting motion for appointment of counsel for proceeding pursuant to 28:2255 [352-1] as to Brandon Bernard (2), granting motion to expedite consideration of application under 21 USC 848(q)(4)(B) for appointment of counsel for proceeding pursuant to 28 USC 2255 [353-1] as to Brandon Bernard (2). The Court appoints Robert Gombiner and Robert C. Owen as co-counsel... signed by Honorable Walter S. Smith (as) (Entered: 08/19/2003) |
| 08/18/2003 | 355 | Order as to Christopher Andre Vialva granting motion for appointment of counsel in post-conviction proceedings [348-1] as to Christopher Andre Vialva (1). The Court appoints the Federal Public Defendant Organization for the Western District of Oklahoma.... The Court allows the withdrawal of Stanley L. Schwieger as counsel of record for the Defendant in this cause... signed by Honorable Walter S. Smith (as) (Entered: 08/19/2003) |
| 08/19/2003 | | USCA appeal fees paid as to Tony Sparks for appeal [349-1] : Appeal Fee: $ 105 Receipt # 352963 (as) (Entered: 08/19/2003) |
| 08/20/2003 | 356 | Notice of attorney appearance for Christopher Andre Vialva by Susan M. Otto (as) (tb). (Entered: 08/20/2003) |
| 08/20/2003 | 357 | Notice of attorney appearance for Brandon Bernard by Robert C. Owen (as) (tb). (Entered: 08/20/2003) |
| 08/22/2003 | 358 | Notice of attorney appearance for Brandon Bernard by Robert H. Gombiner (as) (tb). (Entered: 08/22/2003) |
| 08/28/2003 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Tony Sparks appeal [349-1]. Copy of transmittal to Sparks, AUSA, court. (as) (Entered: 08/28/2003) |
| 09/04/2003 | 359 | Response by Robert Gombiner as to Brandon Bernard to Court order [354-1] (as) (tb). (Entered: 09/04/2003) |
| | | |

| | | |
|---|---|---|
| 11/25/2003 | 360 | Certified copy of judgment of USCA as to Tony Sparks dismissing the appeal as of 11/19/03 for want of prosecution as to Tony Sparks (5) count(s) is appeal [349-1]. The appellant failed to timely file motion for certificate of appealability and brief in support. (as) (Entered: 11/25/2003) |
| 11/25/2003 | | Letter of transmittal from USCA: as to Tony Sparks appeal [349-1] -- record to be returned (as) (Entered: 11/25/2003) |
| 01/09/2004 | | Record on appeal returned from U.S. Court of Appeal as to Tony Sparks : appeal [349-1] -- 2 volumes and 1 sealed envelope (as) (Entered: 01/12/2004) |
| 01/09/2004 | | SEALED PSI and Statement of Reasons as to Tony Sparks returned to Probation Office (as) (Entered: 01/12/2004) |
| 01/26/2004 | 361 | Motion by Christopher Andre Vialva for Lisa S. McCalmont to appear pro hac vice (as) (tb). (Entered: 01/27/2004) |
| 01/26/2004 | 362 | Motion by Christopher Andre Vialva for release of information (as) (tb). (Entered: 01/27/2004) |
| 01/28/2004 | 363 | Order as to Christopher Andre Vialva granting motion for Lisa S. McCalmont to appear pro hac vice [361-1] as to Christopher Andre Vialva (1) signed by Honorable Walter S. Smith (as) (Entered: 01/29/2004) |
| 02/04/2004 | 364 | Notice of attorney appearance for Christopher Andre Vialva by Lisa S. McCalmont (as) (tb). (Entered: 02/04/2004) |
| 02/13/2004 | 365 | Motion by Brandon Bernard for release of information (as) (tb). (Entered: 02/13/2004) |
| 02/19/2004 | 366 | Order as to Christopher Andre Vialva granting in part, motion for release of information [362-1] as to Christopher Andre Vialva (1). The Clerk of the Court is directed to make the documentation requested available to Ms. Susan M. Otto for review in the Clerk's Office. These documents may be not be copied or removed from the Clerk's office and may be reviewed for a reasonable time by Ms. Otto and one of her employees, neither of whom shall reveal any information set forth in such documents without prior authorization of the Court signed by Honorable Walter S. Smith (as) (Entered: 02/20/2004) |
| 02/24/2004 | 367 | Motion by Christopher Andre Vialva for leave to file under seal (as) (tb). (Entered: 02/25/2004) |
| 02/24/2004 | 368 | Sealed Ex Parte Motion by Christopher Andre Vialva SEALED (as) (tb). (Entered: 02/25/2004) |
| 02/25/2004 | 369 | Order as to Brandon Bernard granting in part motion for release of information [365-1]. The Clerk of the Court is directed to make the documentation required available to Mr. Robert H. Gombiner for review in the Clerk's Office. These documents may not be copied or removed from the Clerk's Office and may be reviewed for a reasonable time by Mr. Gombiner and one of his employees neither of whom shall reveal any information set forth in such documents without prior authorization of the Court signed by Honorable Walter S. Smith (as) (Entered: 02/26/2004) |
| 03/04/2004 | 370 | Sealed Order as to Christopher Andre Vialva denying motion SEALED [368-1] as to Christopher Andre Vialva (1) signed by Honorable Walter S. Smith (as) (tb). (Entered: 03/05/2004) |
| 03/04/2004 | | Mooted motions as to Christopher Andre Vialva motion for leave to file under seal [367-1] per order [370-1] as to Christopher Andre Vialva (1) (as) (Entered: 03/05/2004) |
| 04/09/2004 | 371 | Transcript filed as to Tony Sparks for dates of 4/17/00 (Proceedings Transcribed: |

| | | Rearraignment) (Court Reporter: Morris W. Bowen) (as) (tb). (Entered: 04/13/2004) |
|---|---|---|
| 06/14/2004 | 372 | Motion by Christopher Andre Vialva with memorandum in support to vacate under 28 U.S.C. 2255 [Redacted] (as) Modified on 06/15/2004 (tb). (Entered: 06/15/2004) |
| 06/14/2004 | 373 | Volume 1-Appendix of Exhibits [Redacted] for motion to vacate under 28 U.S.C. 2255 [372-1] by Christopher Andre Vialva as to Christopher Andre Vialva (as) (Additional attachment(s) added on 3/1/2018: # 1 Exhibit) (tb). (Entered: 06/15/2004) |
| 06/14/2004 | 374 | Volume II-Appendix of Exhibits [Redacted] for motion to vacate under 28 U.S.C. 2255 [372-1] by Christopher Andre Vialva as to Christopher Andre Vialva (as) (Additional attachment(s) added on 3/1/2018: # 1 Exhibit, # 2 Exhibit) (tb). (Additional attachment(s) added on 3/1/2018: # 3 Exhibit) (tb). (Entered: 06/15/2004) |
| 06/14/2004 | 375 | Motion by Christopher Andre Vialva with memorandum in support for leave to file Under Seal an unredacted copy of the 2255 Motion and Exhibits (Received Petitioner's 2255 Motion and 2 volumes of Appendix of Exhibits) (as) (tb). (Entered: 06/15/2004) |
| 06/14/2004 | 376 | Motion by Christopher Andre Vialva for the United States to show that is has screened conflicted counsel , and in the absence of screening to disqualify the office of the United States Attorney, Western District of Texas (as) (tb). (Entered: 06/15/2004) |
| 06/14/2004 | 377 | Motion with index of exhibits by Brandon Bernard to vacate under 28 U.S.C. 2255 (Redacted) (as) (Additional attachment(s) added on 3/2/2018: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (tb). (Entered: 06/15/2004) |
| 06/14/2004 | 378 | Motion by Brandon Bernard for leave to file under seal the unredacted 2255 motion (Received unredacted 2255 motion) (as) (tb). (Entered: 06/15/2004) |
| 06/18/2004 | 379 | Order as to Christopher Andre Vialva granting Defendant's motion for the United States to show that is has screened conflicted counsel [376-1] as to Christopher Andre Vialva (1), motion to disqualify the office of the United States Attorney, Western District of Texas [376-2] as to Christopher Andre Vialva (1). Ordered that the U.S. Attorney show evidence within 30 days that Mr. Dwight Goains has been screened from the above captioned matter signed by Honorable Walter S. Smith (as) (Entered: 06/22/2004) |
| 06/21/2004 | 380 | Order as to Christopher Andre Vialva denying motion for leave to file Under Seal an unredacted copy of the 2255 Motion and Exhibits [375-1] as to Christopher Andre Vialva (1). The Clerk of the Court is directed to file only Movant's redacted 2255 motion and to return the unredacted motion and exhibits to Movant's attorney signed by Honorable Walter S. Smith (as) (Entered: 06/22/2004) |
| 06/21/2004 | 381 | Order as to Brandon Bernard denying motion for leave to file under seal the unredacted 2255 motion [378-1] as to Brandon Bernard (2). The Clerk of the Court is directed to file only Movant's redacted 2255 motion and to return the unredacted motion and exhibits to Movant's attorney signed by Honorable Walter S. Smith (as) (Entered: 06/22/2004) |
| 06/28/2004 | 382 | Motion by Christopher Andre Vialva with memorandum in support for leave to file addendum under seal (Received Defendant's addendum) (as) (tb). (Entered: 06/29/2004) |
| 06/28/2004 | 383 | Order as to Christopher Andre Vialva in re: motion to vacate under 28 U.S.C. 2255 [372-1] that Respondent shall serve its answer within 60 days after the service of the Movant's motion to vacate, set aside or correct sentence... signed by Honorable Walter S. Smith (as) (Entered: 06/29/2004) |
| 06/28/2004 | 384 | Order as to Brandon Bernard in re: motion to vacate under 28 U.S.C. 2255 [377-1] that Respondent shall serve its answer within 60 days after the service of the Movant's motion to vacate, set aside or correct sentence.... signed by Honorable Walter S. Smith (as) (Entered: 06/29/2004) |

| | | |
|---|---|---|
| 06/29/2004 | 385 | Motion by Brandon Bernard for leave to file addendum under seal (Received Defendant's addendum) (as) (tb). (Entered: 06/30/2004) |
| 07/02/2004 | 386 | Motion by Christopher Andre Vialva with memorandum in support for entry of a scheduling order (as) (tb). (Entered: 07/06/2004) |
| 07/02/2004 | 387 | Motion by Brandon Bernard with memorandum in support for entry of a scheduling order (as) (tb). (Entered: 07/06/2004) |
| 07/02/2004 | 388 | Order as to Christopher Andre Vialva granting motion for leave to file addendum under seal [382-1] as to Christopher Andre Vialva (1) signed by Honorable Walter S. Smith (as) (Entered: 07/07/2004) |
| 07/02/2004 | 389 | SEALED DOCUMENT PLACED IN VAULT -- Addendumm by Christopher Andre Vialva in support of motion to vacate under 28 U.S.C. 2255 [372-1] (as) (tb). (Entered: 07/07/2004) |
| 07/02/2004 | 390 | Order as to Brandon Bernard granting motion for leave to file addendum under seal [385-1] as to Brandon Bernard (2) signed by Honorable Walter S. Smith (as) (Entered: 07/07/2004) |
| 07/02/2004 | 391 | SEALED DOCUMENT PLACED IN VAULT -- Addendum by Brandon Bernard in support of motion to vacate under 28 U.S.C. 2255 [377-1] (as) (tb). (Entered: 07/07/2004) |
| 07/13/2004 | 392 | Motion by USA as to Christopher Andre Vialva to extend time for responding to 2255 motion (as) (tb). (Entered: 07/15/2004) |
| 07/13/2004 | 393 | Motion by USA as to Brandon Bernard to extend time for responding to 2255 motion (as) (tb). (Entered: 07/15/2004) |
| 07/19/2004 | 394 | Order as to Brandon Bernard granting Respondent's motion to extend time for responding to 2255 motion [393-1] as to Brandon Bernard (2). Ordered that Respondent shall file a response to Movant's 2255 motion no later than 11/25/04... signed by Honorable Walter S. Smith (as) (Entered: 07/20/2004) |
| 07/19/2004 | 395 | Order as to Christopher Andre Vialva granting Respondent's motion to extend time for responding to 2255 motion [392-1] as to Christopher Andre Vialva (1). Ordered that Respondent shall file a response to Movant's 2255 motion no later than 11/25/04... signed by Honorable Walter S. Smith (as) (Entered: 07/20/2004) |
| 07/29/2004 | 396 | Motion by USA as to Christopher Andre Vialva to extend time to respond to Movant's request for the United States to show that is has screened conflicted counsel, and in the absence of screening to disqualify the Office of the U.S. Attorney, Western District of Texas (as) (tb). (Entered: 07/30/2004) |
| 07/30/2004 | 397 | Response by USA as to Christopher Andre Vialva to the Court's order [379-1] (as) (tb). (Entered: 08/02/2004) |
| 07/30/2004 | 398 | Response by USA to motion by Christopher Andre Vialva : motion for the United States to show that is has screened conflicted counsel [376-1] (as) (tb). (Entered: 08/02/2004) |
| 08/03/2004 | 399 | Order as to Christopher Andre Vialva granting Government's motion to extend time to respond to Movant's request for the United States to show that is has screened conflicted counsel, and in the absence of screening to disqualify the Office of the U.S. Attorney, Western District of Texas [396-1] as to Christopher Andre Vialva (1) signed by Honorable Walter S. Smith (as) (Entered: 08/04/2004) |
| 08/05/2004 | 400 | Motion by Christopher Andre Vialva to disqualify the Office of the United States Attorney, Western District of Texas (as) (tb). (Entered: 08/06/2004) |

| | | |
|---|---|---|
| 08/06/2004 | 401 | Order as to Christopher Andre Vialva denying motion to disqualify the Office of the United States Attorney, Western District of Texas [400-1] as to Christopher Andre Vialva signed by Honorable Walter S. Smith (as) (Entered: 08/09/2004) |
| 08/25/2004 | 402 | Order as to Brandon Bernard setting hearing requesting attorneys fees to 9:30 9/9/04 for Brandon Bernard signed by Honorable Walter S. Smith (as) (Entered: 08/30/2004) |
| 09/01/2004 | 403 | Order as to Brandon Bernard resetting hearing in re: attorney expenses to 9:30 9/30/04 for Brandon Bernard signed by Honorable Walter S. Smith (as) (Entered: 09/03/2004) |
| 09/20/2004 | 404 | Motion by Christopher Andre Vialva to conduct discovery (as) (tb). (Entered: 09/20/2004) |
| 09/30/2004 | 405 | Minutes of proceedings for Show Cause Hearing conducted on 9/30/04 as to Brandon Bernard by Judge Smith. Court Reporter: Kristie M. Davis (as) (tb). (Entered: 09/30/2004) |
| 09/30/2004 | | Show cause hearing for Brandon Bernard held in re: attorney expenses claimed by Robert Owen and Robert Gombiner held. Defendant was not present. The Court finds the fees are reasonable and will be approved. (as) (Entered: 09/30/2004) |
| 09/30/2004 | 406 | Sealed document as to Brandon Bernard placed in vault in re: attorney expenses (as) (tb). (Entered: 09/30/2004) |
| 09/30/2004 | 407 | Response by USA to motion by Christopher Andre Vialva : motion to conduct discovery [404-1] (as) (tb). (Entered: 09/30/2004) |
| 11/05/2004 | 408 | Joint motion by Christopher Andre Vialva, Brandon Bernard for permission to interview jurors (as) (tb). (Entered: 11/08/2004) |
| 11/12/2004 | 409 | Motion by Christopher Andre Vialva to reconsider order denying motion to disqualify U.S. Attorney's Office and brief in support (as) (tb). (Entered: 11/15/2004) |
| 11/12/2004 | 410 | Supplement filed by Christopher Andre Vialva as to Christopher Andre Vialva in Re: motion to conduct discovery [404-1] (as) (tb). (Entered: 11/15/2004) |
| 11/12/2004 | 411 | Motion by Brandon Bernard for leave to conduct discovery and brief in support (as) (tb). (Entered: 11/15/2004) |
| 11/12/2004 | 412 | Appendix to motion for leave to conduct discovery and brief in support [411-1] by Brandon Bernard as to Brandon Bernard (as) (tb). (Entered: 11/15/2004) |
| 11/16/2004 | 413 | Motion by USA as to Christopher Andre Vialva, Brandon Bernard for a two week extension of time to file the Government's responses to the section 2255 motions (as) (tb). (Entered: 11/17/2004) |
| 11/23/2004 | 414 | Order as to Christopher Andre Vialva, Brandon Bernard granting motion for a two week extension of time to file the Government's responses to the section 2255 motions [413-1] as to Christopher Andre Vialva (1), Brandon Bernard (2). The motion for an extension of time to respond to both motions on or before 12/8/04 is granted. Signed by Honorable Walter S. Smith (mc) (Entered: 11/24/2004) |
| 11/24/2004 | 415 | Joint motion by Christopher Andre Vialva, Brandon Bernard to extend time to file replies to the Government's response to the 2255 motions , and for permission to file oversized brief (as) (tb). (Entered: 11/29/2004) |
| 12/08/2004 | 416 | Amended motion by Brandon Bernard : to vacate under 28 U.S.C. 2255 amending motion to vacate under 28 U.S.C. 2255 [377-1] (as) (tb). (Additional attachment(s) added on 3/2/2018: # 1 Exhibit) (tb). (Entered: 12/08/2004) |

| | | |
|---|---|---|
| 12/08/2004 | 417 | Response (Redacted) by USA to motion by Christopher Andre Vialva : motion to vacate under 28 U.S.C. 2255 [372-1] (as) (Additional attachment(s) added on 3/1/2018: # 1 Exhibit) (tb). (Entered: 12/08/2004) |
| 12/08/2004 | 418 | Response by USA to motion by Brandon Bernard : motion to vacate under 28 U.S.C. 2255 [377-1] (as) (tb). (Entered: 12/08/2004) |
| 12/08/2004 | 419 | Motion by USA as to Christopher Andre Vialva to seal addendum to its reponse to Vialva's 2255 motion to vacate sentence (Received Addendum) (as) (tb). (Entered: 12/08/2004) |
| 12/09/2004 | 420 | Order as to Christopher Andre Vialva, Brandon Bernard granting joint motion to extend time to file replies to the Government's response to the 2255 motions [415-1] as to Christopher Andre Vialva (1), Brandon Bernard (2), granting joint motion for permission to file oversized brief [415-2] as to Christopher Andre Vialva (1), Brandon Bernard (2). Any reply shall be filed by counsel for Vialva and Bernard on or before 60 days after the service of the United States' response. The 5 page limit is waived signed by Honorable Walter S. Smith (as) (Entered: 12/10/2004) |
| 01/05/2005 | 421 | Order as to Christopher Andre Vialva granting Government's motion to seal addendum to its reponse to Vialva's 2255 motion to vacate sentence [419-1] as to Christopher Andre Vialva (1) signed by Honorable Walter S. Smith (as) (Entered: 01/06/2005) |
| 01/05/2005 | 422 | Sealed document placed in vault by USA [417-1] (as) (tb). (Entered: 01/06/2005) |
| 02/04/2005 | 423 | Reply by Christopher Andre Vialva to response by USA : response to motion to vacate under 28 U.S.C. 2255 [372-1] (as) (tb). (Entered: 02/07/2005) |
| 02/07/2005 | 424 | Reply by Brandon Bernard to response by USA : response to motion to vacate under 28 U.S.C. 2255 [377-1] (as) (tb). (Entered: 02/08/2005) |
| 02/08/2005 | 425 | Combined Motion by Christopher Andre Vialva to grant motion and second motion and brief in support for discovery (as) (tb). (Entered: 02/09/2005) |
| 02/17/2005 | 426 | Response by USA to motion by Christopher Andre Vialva : combined motion for discovery [425-1] (as) (tb). (Entered: 02/18/2005) |
| 03/01/2005 | 427 | Reply by Christopher Andre Vialva to response by USA : response to motion for discovery [425-1] (as) (tb). (Entered: 03/01/2005) |
| 05/09/2005 | 428 | Motion by Christopher Andre Vialva for leave to file supplemental authority and brief in support (Received Supplemental authority and brief in support) (tj) Modified on 05/10/2005 (tb). (Entered: 05/10/2005) |
| 05/09/2005 | 429 | Motion by Christopher Andre Vialva for leave to amend Motion to vacate and Brief in support 372 (Received Amended Motion to Vacate and Brief in Support) (tj) (tb). (Additional attachment(s) added on 8/19/2020: # 1 Exhibit) (mc5). (Entered: 05/10/2005) |
| 05/19/2005 | 430 | Response by USA to motion by Christopher Andre Vialva : motion for leave to amend Motion to vacate and Brief in support [429-1], motion for leave to file supplemental authority and brief in support [428-1] (tj) (tb). (Entered: 05/20/2005) |
| 05/27/2005 | 431 | Reply by Christopher Andre Vialva to response by USA : response to motion for leave to amend Motion to vacate and Brief in support [429-1], motion for leave to file supplemental authority and brief in support [428-1] (tj) (tb). (Entered: 05/27/2005) |
| 08/30/2005 | 432 | Filed CJA Form #30, interim payment no. 3 appointing Robert Owen in death penalty proceedings signed by Honorable Walter S. Smith (as) (Entered: 08/31/2005) |
| 04/29/2011 | 433 | MOTION to Appoint Counsel by Tony Sparks. (Sergi, David) (Entered: 04/29/2011) |

| Date | No. | Description |
|------|-----|-------------|
| 04/29/2011 | 434 | ATTACHMENT *Mr. Sparks signature* to 433 MOTION to Appoint Counsel by Tony Sparks (Sergi, David) (Entered: 04/29/2011) |
| 05/17/2011 | 435 | MOTION to Withdraw as Attorney by Tony Sparks. (Sergi, David) (Entered: 05/17/2011) |
| 05/17/2011 | 436 | Courtesy Copy of Motion for Leave to File Subsequent Motion to Vacate, Set Aside or Correct Sentence by a person in Federal Custody pursuant to 28 U.S.C. 2255 by Tony Sparks (eel, ) (Entered: 05/18/2011) |
| 05/17/2011 | 437 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 6:11-cv-123.) by Tony Sparks. (eel, ) (Entered: 05/18/2011) |
| 05/19/2011 | 438 | ORDER DISMISSING for lack of jurisdiction 433 Motion to Appoint Counsel as to Tony Sparks (3); DENYING as moot 435 Motion to Withdraw as Attorney as to Tony Sparks (3). Signed by Judge Walter S. Smith. (eel, ) (Entered: 05/19/2011) |
| 09/19/2011 | 440 | MOTION to Appoint Counsel by Tony Sparks. (Attachments: # 1 Exhibit Exhibit A, # 2 Proposed Order Proposed Order)(Sergi, David) (Entered: 09/19/2011) |
| 09/22/2011 | 441 | ORDER of USCA (certified copy) as to Tony Sparks regarding Motion to File Second 2255 Motion ; re 349 Notice of Appeal - Final Judgment. The Fifth Circuit hereby GRANT the motion for an order authorizing Sparks to file his second 2255 motion with the United States District Court for the Western District of Texas. The Fifth Circuit DENIES WITHOUT PREJUDICE Spark's motion for appointment of counsel inasmuch as the limited proceedings before this Court have now concluded; Sparks may reurge this motion before the district court. (mc5, ) (Entered: 09/22/2011) |
| 10/11/2011 | 442 | ORDER GRANTING 440 Motion to Appoint Counsel as to Tony Sparks (3). Signed by Judge Walter S. Smith. (ad, ) (Entered: 10/12/2011) |
| 06/26/2012 | 445 | ORDER to answer re 437 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 6:11-cv-123) filed by Tony Sparks. Signed by Judge Walter S. Smith. (tb, ) (Entered: 06/26/2012) |
| 08/27/2012 | 446 | RESPONSE TO MOTION by USA as to Tony Sparks re 437 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 6:11-cv-123.) filed by Defendant Tony Sparks (Frazier, Mark) (Entered: 08/27/2012) |
| 08/31/2012 | 447 | MOTION to Unseal Document by Tony Sparks. (Attachments: # 1 Exhibit Exhibit A) (Sergi, David) (Entered: 08/31/2012) |
| 08/31/2012 | 448 | MOTION to Stay *and Abate* by Tony Sparks. (Sergi, David) (Entered: 08/31/2012) |
| 09/28/2012 | 449 | ORDER DENYING 372 Motion to Vacate (2255) Certificate of Appealability is DENIED as to Christopher Andre Vialva (1); DENYING 386 Motion as to Christopher Andre Vialva (1); DENYING 404 Motion for Discovery as to Christopher Andre Vialva (1); DENYING 408 Motion for permission to examine prospective jurors as to Christopher Andre Vialva (1), Brandon Bernard (2); DENYING 409 Motion for Reconsideration as to Christopher Andre Vialva (1); DENYING 425 Motion for Discovery as to Christopher Andre Vialva (1); GRANTING 428 Motion for Leave to File as to Christopher Andre Vialva (1); GRANTING 429 Motion for Leave to File as to Christopher Andre Vialva (1); DENYING 377 Motion to Vacate (2255) Certificate of Appealability is DENIED as to Brandon Bernard (2); DENYING 387 Motion as to Brandon Bernard (2); DENYING 411 Motion for Leave to File as to Brandon Bernard (2); DENYING 416 Motion to Vacate (2255) Certificate of Appealability is DENIED as to Brandon Bernard (2). Signed by Judge Walter S. Smith. (tb) (Entered: 09/28/2012) |
| 09/28/2012 | 450 | JUDGMENT. ORDERED that the Motions to Vacate, Set Aside or Correct Sentence filed by Christopher Andre Vialva and Brandon Bernard are DENIED and these actions are |

| | | |
|---|---|---|
| | | DISMISSED. Signed by Judge Walter S. Smith. (tb) (Entered: 09/28/2012) |
| 10/25/2012 | 451 | Unopposed MOTION for Leave to Exceed Page Limitation *for Motion & Memorandum to Alter or Amend Judgment* by Brandon Bernard. (Attachments: # 1 Proposed Order) (Owen, Robert) (Entered: 10/25/2012) |
| 10/25/2012 | 452 | MOTION for Reconsideration/to Alter or Amend Judgment re 450 Order by Brandon Bernard. (Attachments: # 1 Proposed Order)(Owen, Robert) Modified on 10/30/2012 to add to the docket text (ad). (Entered: 10/25/2012) |
| 10/25/2012 | 453 | MEMORANDUM IN SUPPORT OF MOTION by Brandon Bernard re 452 MOTION for Reconsideration re 450 Order filed by Defendant Brandon Bernard (Attachments: # 1 Exhibit A1-A7, # 2 Exhibit B, C, # 3 Declaration of Robert C. Owen)(Owen, Robert) (Entered: 10/25/2012) |
| 10/26/2012 | 454 | MOTION to Amend Judgment by Christopher Andre Vialva. (Attachments: # 1 Exhibit 1 - Judicial Milestones, # 2 Exhibit 2 - Judges Biographical List)(Otto, Susan) (Entered: 10/26/2012) |
| 10/26/2012 | 455 | MOTION for Reconsideration re 449 Order on Motion to Vacate (2255), Order on Motion for Miscellaneous Relief, Order on Motion for Discovery, Order on Motion to Examine Prospective Jurors, Order on Motion for Reconsideration,, Order on Motion for Leave to File,, Order on Motion to Vacate (2255),,,,,,,,, Order on Motion to Vacate (2255),,,,,,,,, Order on Motion to Vacate (2255),,,,,,,, Order on Motion to Vacate (2255),,,,,,, by Christopher Andre Vialva. (Otto, Susan) (Entered: 10/26/2012) |
| 10/30/2012 | 456 | ORDER GRANTING 451 Motion for Leave to File Excess Pages as to Brandon Bernard (2). Signed by Judge Walter S. Smith. (ad) (Entered: 10/30/2012) |
| 11/08/2012 | 457 | MOTION for Extension of Time to File Response/Reply as to 452 MOTION for Reconsideration re 450 Order by USA as to Brandon Bernard. (Frazier, Mark) (Entered: 11/08/2012) |
| 11/08/2012 | 458 | MOTION for Extension of Time to File Response/Reply as to 455 MOTION for Reconsideration re 449 Order on Motion to Vacate (2255), Order on Motion for Miscellaneous Relief, Order on Motion for Discovery, Order on Motion to Examine Prospective Jurors, Order on Motion for Reconsideration,, Order on Motion for Le MOTION for Reconsideration re 449 Order on Motion to Vacate (2255), Order on Motion for Miscellaneous Relief, Order on Motion for Discovery, Order on Motion to Examine Prospective Jurors, Order on Motion for Reconsideration,, Order on Motion for Le, 454 MOTION to Amend Judgment by USA as to Christopher Andre Vialva. (Frazier, Mark) (Entered: 11/08/2012) |
| 11/13/2012 | 459 | ORDER GRANTING 457 Motion for Extension of Time to File Response as to Brandon Bernard (2). Response due by 12/10/12. Signed by Judge Walter S. Smith. (tb) (Entered: 11/13/2012) |
| 11/13/2012 | 460 | ORDER GRANTING 458 Motion for Extension of Time to File Response/Reply as to Christopher Andre Vialva (1). Response due by 12/10/2012. Signed by Judge Walter S. Smith. (tb) (Entered: 11/13/2012) |
| 11/15/2012 | 461 | RESPONSE TO MOTION by USA as to Tony Sparks re 447 MOTION to Unseal Document filed by Defendant Tony Sparks, 448 MOTION to Stay *and Abate* filed by Defendant Tony Sparks (Frazier, Mark) (Entered: 11/15/2012) |
| 11/27/2012 | 462 | REPLY TO RESPONSE to Motion by Tony Sparks re 447 MOTION to Unseal Document filed by Defendant Tony Sparks, 448 MOTION to Stay *and Abate* filed by Defendant Tony Sparks (Sergi, David) (Entered: 11/27/2012) |

| 11/29/2012 | 463 | ORDER DENYING 447 Motion to Unseal Document as to Tony Sparks (3); DENYING as MOOT 448 Motion to Stay as to Tony Sparks (3). Movant shall file a reply within 30 days of entry of this order. Signed by Judge Walter S. Smith. (sm3) (Entered: 11/29/2012) |
|---|---|---|
| 12/06/2012 | 464 | RESPONSE TO MOTION by USA as to Christopher Andre Vialva re 454 MOTION to Amend Judgment filed by Defendant Christopher Andre Vialva (Frazier, Mark) (Entered: 12/06/2012) |
| 12/06/2012 | 465 | RESPONSE TO MOTION by USA as to Brandon Bernard re 452 MOTION for Reconsideration re 450 Order filed by Defendant Brandon Bernard (Frazier, Mark) (Entered: 12/06/2012) |
| 12/07/2012 | 466 | NOTICE *of Intent to File A Reply to Government's Response to Motion to Alter or Amend Judgment* by Brandon Bernard re 465 Response to Motion (Owen, Robert) (Entered: 12/07/2012) |
| 12/09/2012 | 467 | NOTICE *of Intent to File Reply* by Christopher Andre Vialva re 464 Response to Motion (Otto, Susan) (Entered: 12/09/2012) |
| 12/11/2012 | 468 | RESPONSE TO MOTION by USA as to Christopher Andre Vialva re 455 MOTION for Reconsideration re 449 Order on Motion to Vacate (2255), Order on Motion for Miscellaneous Relief, Order on Motion for Discovery, Order on Motion to Examine Prospective Jurors, Order on Motion for Reconsideration,, Order on Motion for Le MOTION for Reconsideration re 449 Order on Motion to Vacate (2255), Order on Motion for Miscellaneous Relief, Order on Motion for Discovery, Order on Motion to Examine Prospective Jurors, Order on Motion for Reconsideration,, Order on Motion for Le filed by Defendant Christopher Andre Vialva (Frazier, Mark) (Entered: 12/11/2012) |
| 12/13/2012 | 469 | REPLY TO RESPONSE to Motion by Christopher Andre Vialva re 454 MOTION to Amend Judgment filed by Defendant Christopher Andre Vialva (Otto, Susan) (Entered: 12/13/2012) |
| 12/13/2012 | 470 | REPLY TO RESPONSE to Motion by Brandon Bernard re 452 MOTION for Reconsideration re 450 Order filed by Defendant Brandon Bernard *NOTICE of NOT FILING* (Owen, Robert) (Entered: 12/13/2012) |
| 12/18/2012 | 471 | REPLY TO RESPONSE to Motion by Christopher Andre Vialva re 455 MOTION for Reconsideration re 449 Order on Motion to Vacate (2255), Order on Motion for Miscellaneous Relief, Order on Motion for Discovery, Order on Motion to Examine Prospective Jurors, Order on Motion for Reconsideration,, Order on Motion for Le filed by Defendant Christopher Andre Vialva (Otto, Susan) Modified on 12/19/2012 to removed additional defendant's names as this document does not pertain to their case (ad). (Entered: 12/18/2012) |
| 12/19/2012 |  | Notice of Correction: re 471 Reply to Response to Motion. This pleading only pertains to defendant Christoper Vialva. It was originally filed as to all 3 defendants. Access has been restricted to the 2 defendants that it does not pertain to. The docket text as to Christopher Vialva has been corrected to reflect that this pleading only pertains to him. No further action is necessary. (ad) (Entered: 12/19/2012) |
| 12/31/2012 | 472 | REPLY BRIEF by Tony Sparks re 437 MOTION to Vacate under 28 U.S.C. 2255 (Sergi, David) Modified on 1/2/2013 to correct the document the reply is linked to (ad). (Entered: 12/31/2012) |
| 01/02/2013 |  | Notice of Correction: re 472 Reply Brief. Reply was originally linked to Notice of Appeal. The reply has now been linked to 437 Motion to Vacate under 28:2255, as it is a reply to a response regarding the Motion to Vacate. No further action is necessary. (ad) (Entered: 01/02/2013) |

| 02/08/2013 | 473 | ORDER DENYING 454 Motion to Amend Judgment as to Christopher Andre Vialva (1); DENYING 455 Motion for Reconsideration as to Christopher Andre Vialva (1); DENYING 452 Motion for Reconsideration as to Brandon Bernard (2). Signed by Judge Walter S. Smith. (sm3) (Entered: 02/08/2013) |
|---|---|---|
| 02/14/2013 | 474 | MOTION to Appoint Counsel by Christopher Andre Vialva. (Attachments: # 1 Exhibit 1 - Declaration of Jared Tyler)(Otto, Susan) (Entered: 02/14/2013) |
| 03/04/2013 | | Text Order GRANTING 474 Motion to Appoint Counsel as to Christopher Andre Vialva (1) Entered by Judge Walter S. Smith. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ss) (Entered: 03/04/2013) |
| 03/04/2013 | | Attorney Jared Tyler for Christopher Andre Vialva added, Attorney Lisa S. McCalmont terminated as to Christopher Andre Vialva, as per Text Order entered 3/4/13. (ad) (Entered: 03/05/2013) |
| 03/28/2013 | 475 | Appeal of Order entered by District Judge 450 , 449 by Brandon Bernard. No filing fee submitted (Carpenter, John) (Entered: 03/28/2013) |
| 03/28/2013 | | NOTICE OF APPEAL following 475 Notice of Appeal (E-Filed) by Brandon Bernard Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the Form CJA 24 should also be completed. Both forms are available in the Clerk's Office or by clicking the hyperlinks above. (ad) (Entered: 03/28/2013) |
| 04/08/2013 | 476 | Appeal of Final Judgment 450 , 449 , 473 by Christopher Andre Vialva. No filing fee submitted (Otto, Susan) (Entered: 04/08/2013) |
| 04/08/2013 | | NOTICE OF APPEAL following 476 Notice of Appeal (E-Filed) by Christopher Andre Vialva Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the Form CJA 24 should also be completed. Both forms are available in the Clerk's Office or by clicking the hyperlinks above. (tb) (Entered: 04/08/2013) |
| 04/16/2013 | 477 | TRANSCRIPT REQUEST by Brandon Bernard for dates of No Hearings re Notice of Appeal - Final Judgment. (ad) (Entered: 04/16/2013) |
| 04/16/2013 | 478 | TRANSCRIPT REQUEST by Brandon Bernard for dates of No Hearings re Notice of Appeal - Final Judgment. (ad) (Entered: 04/16/2013) |
| 04/30/2013 | | NOTICE that the certified Record on Appeal was emailed to 5th Circuit Court of Appeals as to Brandon Bernard re Notice of Appeal - Final Judgment. (ad) (Entered: 04/30/2013) |
| 04/30/2013 | 479 | Certified and Transmitted Record on Appeal as to Brandon Bernard to US Court of Appeals re Notice of Appeal - Final Judgment. (ad) (Entered: 04/30/2013) |
| 05/02/2013 | 480 | TRANSCRIPT REQUEST by Christopher Andre Vialva for dates of: No hearings re Notice of Appeal - Final Judgment. (ad) (Entered: 05/02/2013) |
| 05/09/2013 | 481 | Acknowledgement Receipt for Record on Appeal as to Brandon Bernard by 5th Circuit Court of Appeals re 479 Appeal Record Sent to USCA. (ad) (Entered: 05/09/2013) |
| 05/13/2013 | | NOTICE of certified record on appeal being emailed to 5th Circuit Court of Appeals as to Christopher Andre Vialva re Notice of Appeal - Final Judgment. (ad) (Entered: 05/13/2013) |

| 05/13/2013 | 482 | Certified and Transmitted Record on Appeal as to Christopher Andre Vialva to US Court of Appeals re Notice of Appeal - Final Judgment. (ad) (Entered: 05/13/2013) |
|---|---|---|
| 07/30/2013 | 483 | ORDER DENYING 437 Motion to Vacate (2255). Certificate of Appealability is DENIED as to Tony Sparks (3). Signed by Judge Walter S. Smith. (ad) (Entered: 07/30/2013) |
| 07/30/2013 | 484 | CLERK'S JUDGMENT as to Tony Sparks re 483 Order on Motion to Vacate (2255). Certificate of Appealability is DENIED. Signed by Judge Walter S. Smith. (ad) (Entered: 07/30/2013) |
| 08/22/2013 | 485 | ORDER of USCA (certified copy) as to Christopher Andre Vialva and Brandon Bernard regarding the granting of the motion to consolidate cases re Notice of Appeal - Final Judgment. 13-70013 and 13-70016 are now consolidated appeal cases. (ad) (Entered: 08/23/2013) |
| 08/30/2013 | 486 | MOTION for Leave to File *out of time appeal* by Tony Sparks. (Sergi, David) (Entered: 08/30/2013) |
| 08/30/2013 | 487 | Appeal of Final Judgment by Tony Sparks. No filing fee submitted (Sergi, David) (Entered: 08/30/2013) |
| 09/03/2013 | | NOTICE OF APPEAL following 487 Notice of Appeal (E-Filed) by Tony Sparks Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the Form CJA 24 should also be completed. Both forms are available in the Clerk's Office or by clicking the hyperlinks above. (ad) (Entered: 09/03/2013) |
| 09/05/2013 | 488 | ORDER DENYING as MOOT 486 Motion for Leave to File as to Tony Sparks (3). Signed by Judge Walter S. Smith. (sm3) (Entered: 09/05/2013) |
| 02/25/2014 | 489 | Certified and Transmitted Record on Appeal as to Tony Sparks to US Court of Appeals re Notice of Appeal - Final Judgment. (ad) (Entered: 02/25/2014) |
| 03/14/2014 | 490 | Certified and Transmitted Record on Appeal as to Tony Sparks to US Court of Appeals re Notice of Appeal - Final Judgment. (ad) (Entered: 03/14/2014) |
| 03/31/2014 | 491 | Acknowledgement Receipt for Record on Appeal as to Tony Sparks by 5th Circuit Court of Appeals re 490 Appeal Record Sent to USCA. (ad) (Entered: 03/31/2014) |
| 08/13/2014 | 492 | JUDGMENT/MANDATE of USCA (certified copy) as to Christopher Andre Vialva and Brandon Bernard. Terminated appeal: Notice of Appeal - Final Judgment,, Notice of Appeal - Final Judgment. (ad) (Entered: 08/13/2014) |
| 08/21/2014 | 493 | Appeal Record Returned as to Christopher Andre Vialva, Brandon Bernard re Notice of Appeal - Final Judgment,, Notice of Appeal - Final Judgment. (ad) (Entered: 08/21/2014) |
| 02/13/2015 | 494 | Appeal Record Returned as to Tony Sparks re Notice of Appeal - Final Judgment. (ad) (Entered: 02/13/2015) |
| 02/20/2015 | 495 | JUDGMENT/MANDATE of USCA (certified copy) as to Tony Sparks. Terminated appeal: Notice of Appeal - Final Judgment. (Attachments: # 1 Letter)(ad) (Entered: 02/20/2015) |
| 01/19/2016 | 496 | Letter of transmittal from USCA: as to Brandon Bernard appeal [475-1] -- Petition for a writ of certiorari is denied. (tb) (Entered: 01/20/2016) |
| 02/29/2016 | 497 | ORDER from the Supreme Court(certified copy) as to Christopher Andre Vialva |

Case: 20-70019   Document: 26-1   Page: 50   Date Filed: 09/15/2020

| | | regarding Writ of Certiorari ; re 291 Notice of Appeal - Final Judgment. The petition for a writ of certiorari is denied. (jgb) (Entered: 03/02/2016) |
|---|---|---|
| 03/14/2016 | 498 | NOTICE OF ATTORNEY APPEARANCE: Ty Clevenger appearing for Tony Sparks (Attachments: # 1 Appendix Order of recusal)(Clevenger, Ty) (Entered: 03/14/2016) |
| 03/18/2016 | 499 | MOTION for New Trial by Tony Sparks. (Sergi, David) (Entered: 03/18/2016) |
| 03/18/2016 | 500 | SEALED MOTION filed (Sergi, David) (Entered: 03/18/2016) |
| 03/24/2016 | 501 | ORDER as to Tony Sparks reassigning to Judge Robert Pitman. Judge Walter S. Smith no longer assigned for Tony Sparks. Signed by Judge Walter S. Smith. (jch) (Entered: 03/24/2016) |
| 04/07/2016 | 502 | The Court ORDERS Respondent to file responses to 500 SEALED MOTION filed filed by Tony Sparks, and 499 MOTION for New Trial filed by Tony Sparks on or before April 15, 2016. Signed by Judge Robert Pitman. (tb) (Entered: 04/07/2016) |
| 04/20/2016 | 503 | ORDER OF RECUSAL in case as to Tony Sparks. Judge Robert Pitman recused. Case as to Tony Sparks reassigned to Chief Judge Orlando L. Garcia for all further proceedings. Signed by Judge Robert Pitman. (tb) (Entered: 04/20/2016) |
| 04/20/2016 | 504 | MOTION for Extension of Time to File Response/Reply by USA as to Tony Sparks. (Frazier, Mark) (Entered: 04/20/2016) |
| 04/21/2016 | | Text Order GRANTING 504 Unopposed Motion for Extension of Time to File Response as to Tony Sparks (3)The respondent is to file responses to both motions no later than June 1, 2016. Entered by Chief Judge Orlando L. Garcia. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ju) (Entered: 04/21/2016) |
| 06/01/2016 | 505 | NOTICE OF ATTORNEY APPEARANCE Michael R. Hardy appearing for USA. . Attorney Michael R. Hardy added to party USA(pty:pla) (Hardy, Michael) (Entered: 06/01/2016) |
| 06/01/2016 | 506 | RESPONSE TO MOTION by USA as to Tony Sparks re 500 SEALED MOTION filed filed by Defendant Tony Sparks, 499 MOTION for New Trial filed by Defendant Tony Sparks (Hardy, Michael) (Entered: 06/01/2016) |
| 06/07/2016 | 507 | ORDER as to Tony Sparks reassigning to Judge Lee Yeakel. Chief Judge Orlando L. Garcia no longer assigned for Tony Sparks. Signed by Chief Judge Orlando L. Garcia. (tb) (Entered: 06/07/2016) |
| 09/19/2016 | 554 | ORDER as to Christopher Andre Vialva reassigning to Judge Robert Pitman. Judge Walter S. Smith no longer assigned for Christopher Andre Vialva. Signed by Chief Judge Orlando L. Garcia. (jch) (Entered: 10/13/2017) |
| 09/19/2016 | 560 | ORDER as to Brandon Bernard reassigning to Judge Robert Pitman. Judge Walter S. Smith no longer assigned for Brandon Bernard. Signed by Chief Judge Orlando L. Garcia. (tb) (Entered: 10/25/2017) |
| 11/18/2016 | 508 | ORDER from the 5th Circuit GRANTING authorization to consider a successive 28 U.S.C. § 2255 motion as to Tony Sparks. (tb) (Entered: 11/21/2016) |
| 11/18/2016 | 509 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 6:16-cv-435) by Tony Sparks. (tb) (Entered: 11/21/2016) |
| 01/11/2017 | 510 | ORDERED that, on or before January 31, 2017, the United States file an additional brief, not exceeding 10 pages, addressing the substantive issue of whether Sparks is entitled to Section 2255 relief based on the holding of Miller. It is further ORDERED that on or |

| | | |
|---|---|---|
| | | before January 31, 2017, Sparks shall file a clarifying statement, not exceeding 5 pages, explaining whether Sparks seeks access to the documents listed in the Motion to Unseal (#500), or seeks to have those documents unsealed in the court record and made publicly available. It is finally ORDERED that within 14 days after Sparks files the clarifying statement, the United States shall file a response, not exceeding 5 pages as to Tony Sparks. Signed by Judge Lee Yeakel. (tb) (Entered: 01/11/2017) |
| 01/17/2017 | 511 | Joint MOTION to Consolidate Cases *and for Miller resentencing* by USA as to Tony Sparks. (Hardy, Michael) (Entered: 01/17/2017) |
| 01/19/2017 | 512 | ORDER SETTING TELEPHONE CONFERENCE as to Tony Sparks. Telephone Conference set for 1/20/2017 09:30 AM before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (jch) (Entered: 01/19/2017) |
| 01/20/2017 | 513 | Minute Entry for proceedings held before Judge Lee Yeakel:Status Conference as to Tony Sparks held on 1/20/2017. Court called for a telephone conference in chambers. Statements of counsel heard. Defendant will need to be resentenced. Resentencing set for Tuesday, August 1st, 2017 at 9:30am in Austin, TX before Judge Yeakel at the United States District Courthouse. Defendant to be transported by the US Marshal as soon as possible to Central Texas area. Written Order Forthcoming. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (mc5) (Entered: 01/20/2017) |
| 01/30/2017 | 514 | RESPONSE in Support by Tony Sparks re 500 SEALED MOTION filed filed by Defendant Tony Sparks *Movant's Clarifying Statement Regarding Motion to Unseal Trial Court Documents* (Attachments: # 1 Proposed Order)(Sergi, David) (Entered: 01/30/2017) |
| 02/01/2017 | 515 | MOTION for Writ of Habeas Corpus by Tony Sparks. (Attachments: # 1 Proposed Order) (Sergi, David) Modified on 2/2/2017 (tb). (Entered: 02/01/2017) |
| 02/02/2017 | 516 | ORDER FOR ISSUANCE OF Writ of Habeas Corpus as to Tony Sparks. Signed by Judge Lee Yeakel. (jch) (Entered: 02/02/2017) |
| 02/02/2017 | 517 | Writ of Habeas Corpus ad Prosequendum Issued as to Tony Sparks for 8/1/2017. (jch) (Entered: 02/02/2017) |
| 02/03/2017 | 518 | Clerk's Copy as to Tony Sparks of 517 Writ of Habeas Corpus ad Prosequendum Issued (jgb) (Entered: 02/03/2017) |
| 02/06/2017 | | Set/Reset Hearings as to Tony Sparks: Resentencing set for 8/1/2017 09:30 AM in Default hearing location for Austin before Judge Lee Yeakel. (tb) (Entered: 02/07/2017) |
| 02/07/2017 | 519 | ORDER DISMISSING 499 Motion for New Trial as to Tony Sparks (3); GRANTING 509 Motion to Vacate (2255) as to Tony Sparks (3). ORDERED that the above entitled and numbered case is set for RESENTENCING in Courtroom 7, Seventh Floor, United States Courthouse, 501 West FifthStreet, Austin, TX, on Tuesday, August 1, 2017 at 9:30AM. Signed by Judge Lee Yeakel. (tb) (Entered: 02/07/2017) |
| 02/07/2017 | 520 | Clerk's Copy as to Tony Sparks of 519 Order on Motion for New Trial, Order on Motion to Vacate (2255),. (tb) (Entered: 02/07/2017) |
| 02/13/2017 | 521 | Unopposed MOTION for Extension of Time to File Response/Reply as to 514 Response in Support of Motion by USA as to Tony Sparks. (Hardy, Michael) (Entered: 02/13/2017) |
| 02/14/2017 | | Text Order GRANTING 521 Motion for Extension of Time to File Response/Reply as to Tony Sparks (3) Entered by Judge Lee Yeakel. The response is due on or before February 27, 2017. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tb) (Entered: 02/14/2017) |

| 02/23/2017 | 522 | Unopposed MOTION for Extension of Time to File Response/Reply by USA as to Tony Sparks. (Hardy, Michael) (Entered: 02/23/2017) |
|---|---|---|
| 02/23/2017 |  | Text Order GRANTING 522 Motion for Extension of Time to File Response/Reply as to Tony Sparks (3) Entered by Judge Lee Yeakel. The response is due on or before March 13, 2017. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tb) (Entered: 02/23/2017) |
| 03/13/2017 | 523 | RESPONSE TO MOTION by USA as to Tony Sparks re 500 SEALED MOTION filed filed by Defendant Tony Sparks (Hardy, Michael) (Entered: 03/13/2017) |
| 03/15/2017 | 524 | ORDER GRANTING IN PART AND DENYING IN PART 500 Sealed Motion as to Tony Sparks (3). Signed by Judge Lee Yeakel. (tb) (Entered: 03/15/2017) |
| 03/29/2017 | 525 | Unopposed MOTION *for Funds and Appointment of Experts Pursuant to Ake v. Oklahoma* by Tony Sparks. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Sergi, David) (Entered: 03/29/2017) |
| 03/30/2017 | 526 | ORDER SETTING TELEPHONIC HEARING as to Tony Sparks. Set/Reset Motion Hearing in case as to Tony Sparks 515 MOTION for Writ, 525 Unopposed MOTION for Funds and Appointment of Experts Pursuant to Ake v. Oklahoma, 511 Joint MOTION to Consolidate Cases and for Miller resentencing, 437 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 6:11-cv-123). Motion Hearing set for 4/5/2017 02:00 PM before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (tb) (Entered: 03/30/2017) |
| 04/05/2017 | 527 | Minute Entry for proceedings held before Judge Lee Yeakel: Telephone Hearing as to Tony Sparks held on 4/5/2017 re 525 Unopposed MOTION *for Funds and Appointment of Experts Pursuant to Ake v. Oklahoma* filed by Tony Sparks. Parties announce ready. Statements and arguments heard on pending motion. Supplemental documents due from Parties. Motion remains pending. Hearing concluded. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Entered: 04/05/2017) |
| 04/06/2017 | 528 | Counsel is hereby ORDERED to file a proposed litigation budget for attorney hours and for investigative, expert, or other services as to Tony Sparks. Counsel for the Petitioner shall file the proposed budget under seal within 14 days of the date of this order. Signed by Judge Lee Yeakel. (tb) (Entered: 04/06/2017) |
| 04/20/2017 | 529 | MOTION for Extension of Time to File *Litigation Budget Proposal* by Tony Sparks as to Tony Sparks, Christopher Andre Vialva, Brandon Bernard. (Sergi, David) (Entered: 04/20/2017) |
| 04/20/2017 |  | Text Order GRANTING 529 Motion for Extension of Time to File as to Tony Sparks (3) Entered by Judge Lee Yeakel. Petitioner's proposed litigation budget is due no later than April 24, 2017. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tb) (Entered: 04/20/2017) |
| 04/24/2017 | 530 | Sealed Document filed (Sergi, David) (Entered: 04/24/2017) |
| 05/01/2017 | 531 | ORDER GRANTING 525 Motion for Funds and Appointment of Experts as to Tony Sparks (3). Signed by Judge Lee Yeakel. (tb) (Entered: 05/01/2017) |
| 05/02/2017 | 532 | Sealed Order. Signed by Judge Unassigned. (tb) (Entered: 05/12/2017) |
| 05/25/2017 | 533 | Unopposed MOTION to Appoint Expert *Document Translator* by Tony Sparks. (Sergi, David) (Entered: 05/25/2017) |
| 06/01/2017 | 534 | ORDER GRANTING 533 Motion to Appoint Expert (Document Translator) as to Tony Sparks (3). Signed by Judge Lee Yeakel. (tb) (Entered: 06/01/2017) |
| 06/02/2017 | 535 | ORDER of USCA (certified copy) as to Tony Sparks regarding: Funding Order for |

| | | |
|---|---|---|
| | | Translation Services; re Notice of Appeal - Final Judgment. (tb) (Entered: 06/02/2017) |
| 06/09/2017 | 537 | Sealed Order. Signed by Judge Lee Yeakel. (tb) (Entered: 06/09/2017) |
| 06/15/2017 | | Text Order GRANTING 538 Ex Parte Motion as to Tony Sparks (3) Entered by Judge Lee Yeakel. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tb) (Entered: 06/15/2017) |
| 06/28/2017 | 540 | Unopposed MOTION *For Authorization to Use National Travel Service* by Tony Sparks. (Attachments: # 1 Exhibit Travel Auth Form)(Sergi, David) (Entered: 06/28/2017) |
| 06/30/2017 | 541 | ORDER GRANTING 540 Motion for Authorization to Use National Travel Service as to Tony Sparks (3). Signed by Judge Lee Yeakel. (jch) (Entered: 06/30/2017) |
| 07/05/2017 | 543 | Unopposed MOTION to Appear Pro Hac Vice by David K. Sergi ( Filing fee $ 100 receipt number 0542-9751164) by Tony Sparks. (Sergi, David) (Entered: 07/05/2017) |
| 07/06/2017 | 544 | ORDER GRANTING 543 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. as to Tony Sparks (3). Signed by Judge Lee Yeakel. (tb) (Entered: 07/06/2017) |
| 07/07/2017 | 545 | Joint MOTION to Continue *Resentencing Hearing* by Tony Sparks. (Sergi, David) (Entered: 07/07/2017) |
| 07/10/2017 | 546 | INITIAL PRESENTENCE REPORT as to Tony Sparks by Officer USPO Paul Williams. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1 Certificate of Disclosure letter)(Pick, L.) (Entered: 07/10/2017) |
| 07/11/2017 | 547 | ORDER GRANTING 545 Motion to Continue as to Tony Sparks (3). Sentencing set for 12/4/2017 09:30 AM in Default hearing location for Austin before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (tb) (Entered: 07/11/2017) |
| 07/18/2017 | 548 | Advisory to the Court by USA as to Tony Sparks (Frazier, Mark) (Entered: 07/18/2017) |
| 08/10/2017 | 549 | MOTION to Amend/Correct 533 Unopposed MOTION to Appoint Expert *Document Translator* filed by Tony Sparks by Tony Sparks. (Sergi, David) (Entered: 08/10/2017) |
| 08/14/2017 | 550 | ORDER GRANTING 549 Motion to Amend/Correct as to Tony Sparks (3). ORDERED that Austin Certified Translation, LLC be substituted as the service provider for translation services. Signed by Judge Lee Yeakel. (tb) (Entered: 08/14/2017) |
| 10/13/2017 | 553 | MOTION *For Relief from Judgment Pursuant Rule 60(b)(6), Federal Rules of Civil Procedure* by Christopher Andre Vialva. (Attachments: # 1 Appendix 1-Ground I, # 2 Appendix 2-Ground II, # 3 Appendix 3-Ground IV, # 4 Appendix 4-Ground VI, # 5 Appendix 5-Ground VII, # 6 Appendix 6-Exhibit I-A, # 7 Appendix 7-Exhibit I-B, # 8 Appendix 8-Exhibit II-B, # 9 Appendix 9-Exhibit II-A, # 10 Appendix 10-Exhibit IV-B, # 11 Appendix 11-Exhibit IV-C, # 12 Appendix 12-Exhibit IV-D, # 13 Appendix 13-Exhibit IV-E, # 14 Appendix 14-Exhibit IV-F, # 15 Appendix 15-Exhibit IV-G, # 16 Appendix 16-Exhibit IV-H, # 17 Appendix 17-Exhibit IV-I, # 18 Appendix 18-Exhibit IV-J, # 19 Appendix 19-Exhibit IV-K, # 20 Appendix 20-Exhibit IV-L, # 21 Appendix 21-Exhibit IV-M, # 22 Appendix 22-Exhibit VI-A, # 23 Appendix 23-Exhibit VI-B, # 24 Appendix 24-Exhibit VII-A, # 25 Appendix 25-Exhibit VII-B, # 26 Appendix 26-Exhibit VII-C, # 27 Appendix 27a-Exhibit VII-D pp 1-50, # 28 Appendix 27b-Exhibit VII-D pp 51-92, # 29 Appendix 28-Exhibit VII-E, # 30 Appendix 29-Exhibit VII-F, # 31 Appendix |

| | | |
|---|---|---|
| | | 30-Exhibit VII-G, # [32](#) Appendix 31-Exhibit VII-H, # [33](#) Appendix 32-Exhibit VII-I, # [34](#) Appendix 33-Exhibit VII-J, # [35](#) Appendix 34-Exhibit VII-K, # [36](#) Appendix 35-Exhibit VII-L, # [37](#) Appendix 36-Exhibit VII-M, # [38](#) Appendix 37-Exhibit VII-N, # [39](#) Appendix 38-Exhibit VII-O, # [40](#) Appendix 39-Exhibit VII-P, # [41](#) Appendix 40-Exhibit VII-Q, # [42](#) Appendix 41-Supplement to Motion [Doc. 410], # [43](#) Appendix 42-Exhibit III-H, # [44](#) Appendix 43-Ground V, # [45](#) Appendix 44-Kentucky Order, # [46](#) Appendix 45-Judicial Council of the 5th Circuit)(Otto, Susan) (Entered: 10/13/2017) |
| 10/16/2017 | [555](#) | ORDER OF RECUSAL in case as to Christopher Andre Vialva. Judge Robert Pitman recused. Case as to Christopher Andre Vialva reassigned to Judge Lee Yeakel for all further proceedings. Signed by Judge Robert Pitman. (tb) (Entered: 10/16/2017) |
| 10/24/2017 | [556](#) | MOTION *Subpoena Duces Tecum* by Tony Sparks. (Sergi, David) (Entered: 10/24/2017) |
| 10/24/2017 | [557](#) | DEFICIENCY NOTICE: re [556](#) MOTION *Subpoena Duces Tecum* as to Tony Sparks. (tb) (Entered: 10/24/2017) |
| 10/25/2017 | [558](#) | MOTION *for Authorization of Additional Funds Pursuant to Ake v. Oklahoma* by Tony Sparks. (Attachments: # [1](#) Exhibit EXH. A)(Sergi, David) (Entered: 10/25/2017) |
| 10/25/2017 | [559](#) | NOTICE *of Intent to File Motion for Relief from Judgment* by Brandon Bernard (Carpenter, John) (Entered: 10/25/2017) |
| 10/26/2017 | [561](#) | ORDER OF RECUSAL in case as to Brandon Bernard. Judge Robert Pitman recused. Case as to Brandon Bernard reassigned to Judge Lee Yeakel for all further proceedings. Signed by Judge Robert Pitman. (tb) (Entered: 10/26/2017) |
| 10/31/2017 | [562](#) | ORDER re [558](#) Motion for Authorization of Additional Funds as to Tony Sparks (3). The court recommends the Chief Judge or his designee approve the budget as outlined below. Signed by Judge Lee Yeakel. (tb) (Entered: 10/31/2017) |
| 11/06/2017 | [563](#) | Sealed Order. Signed by Judge Lee Yeakel. (tb) (Entered: 11/06/2017) |
| 11/15/2017 | [564](#) | Unopposed MOTION to Continue *Resentencing* by Tony Sparks. (Sergi, David) (Entered: 11/15/2017) |
| 11/22/2017 | [565](#) | Minute Entry for proceedings held before Judge Lee Yeakel: Telephonic Conference as to Tony Sparks held on 11/22/2017 re [564](#) Unopposed MOTION to Continue *Resentencing* filed by Tony Sparks. Motion is GRANTED. Resentencing RESET for 12/4/2017 at 9:30 AM is cancelled and reset for February 5th at 9:00 AM. Hearing concluded. Written Order forthcoming. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Entered: 11/22/2017) |
| 11/22/2017 | [566](#) | ORDER GRANTING [564](#) Motion to Continue as to Tony Sparks (3). Resentencing set for 2/5/2018 09:30 AM in Default hearing location for Austin before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (tb) (Entered: 11/22/2017) |
| 11/28/2017 | [567](#) | MOTION for Leave to Exceed Page Limitation by Brandon Bernard. (Attachments: # [1](#) Motion for Relief from Judgment, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E)(Carpenter, John) (Entered: 11/28/2017) |
| 11/29/2017 | [568](#) | ATTACHMENT *Proposed Order Granting Motion to Exceed Page Limit* to [567](#) MOTION for Leave to Exceed Page Limitation by Brandon Bernard (Carpenter, John) (Entered: 11/29/2017) |
| 11/29/2017 | | Text Order GRANTING [567](#) Motion for Leave to File Excess Pages as to Brandon Bernard (2) Entered by Judge Lee Yeakel. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jg5) (Entered: 11/29/2017) |
| 11/30/2017 | [569](#) | MOTION for Relief from Judgment by Brandon Bernard. (Attachments: # [1](#) Exhibit, # [2](#) |

| | | |
|---|---|---|
| | | Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(tb) (Entered: 11/30/2017) |
| 12/20/2017 | 570 | ORDER DISMISSING 553 Motion For Relief from Judgment Pursuant Rule 60(b)(6), Federal Rules of Civil Procedure as to Christopher Andre Vialva (1). Signed by Judge Lee Yeakel. (tb) (Entered: 12/21/2017) |
| 12/20/2017 | 571 | ORDER DISMISSING 569 Motion for Relief from Judgment as to Brandon Bernard (2). Signed by Judge Lee Yeakel. (tb) (Entered: 12/21/2017) |
| 12/20/2017 | 573 | ORDERED that Movants' "Motions for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6)," which have been construed as Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, are DISMISSED WITHOUT PREJUDICE for want of jurisdiction. It is finally ORDERED that the above styled and numbered causes are hereby CLOSED as to Brandon Bernard. Signed by Judge Lee Yeakel. (tb) (Entered: 12/21/2017) |
| 12/21/2017 | 572 | ORDERED that Movants' "Motions for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6)," which have been construed as Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, are DISMISSED WITHOUT PREJUDICE for want of jurisdiction. It is finally ORDERED that the above styled and numbered causes are hereby CLOSED as to Christopher Andre Vialva. Signed by Judge Lee Yeakel. (tb) (Entered: 12/21/2017) |
| 01/18/2018 | 574 | INITIAL PRESENTENCE REPORT as to Tony Sparks by Officer SR USPO PAUL WILLIAMS. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1 Disclosure of Addendum to Presentence Report, # 2 Revised PSR)(Sissom, S.) (Entered: 01/18/2018) |
| 01/18/2018 | 575 | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Tony Sparks by Officer SR USPO PAUL WILLIAMS. (Document available to court only) (Attachments: (1-2)(Sissom, S.) (Entered: 01/18/2018) |
| 01/29/2018 | 576 | INITIAL PRESENTENCE REPORT as to Tony Sparks by Officer SR USPO PAUL WILLIAMS. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1 Disclosure of Revised Addendum to Presentence, # 2 Defendant's Objections to Presentence Report, # 3 Revised PSI)(Sissom, S.) (Entered: 01/29/2018) |
| 01/29/2018 | 577 | ORDER as to Tony Sparks setting In Chambers Telephone Conference for 1/30/2018 02:00 PM before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (so) (Entered: 01/29/2018) |
| 01/29/2018 | 578 | MOTION for Writ of Habeas Corpus ad testificandum for Terry Terrell Brown to testify *in Federal Court in Austin, Texas on February 5, 2018 at 9:00 a.m.* by Tony Sparks. (Sergi, David) (Entered: 01/29/2018) |
| 01/30/2018 | 579 | SEALED SUPPLEMENTAL ATTACHMENT re 575 SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Tony Sparks by Officer SR USPO PAUL WILLIAMS. (Document available to court only) (Attachments: (1-2)(Sissom, S.) (Document available to court only) (Attachments: (1-4)(Sissom, S.) (Entered: 01/30/2018) |
| 01/30/2018 | 580 | Minute Entry for proceedings held before Judge Lee Yeakel: In Chambers Conference as to Tony Sparks held on 1/30/2018. Statements heard from counsel. Resentencing remains |

| | | set for Monday, February 5th through Wednesday, February 8th in Austin, Texas. Hearing concluded. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Entered: 01/30/2018) |
|---|---|---|
| 01/31/2018 | 581 | Victim Impact Statements as to Tony Sparks by Officer SR USPO PAUL WILLIAMS. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Sissom, S.) (Entered: 01/31/2018) |
| 01/31/2018 | 582 | SEALED SUPPLEMENTAL ATTACHMENT (Victim Impact Statement) re 575 SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Tony Sparks by Officer SR USPO PAUL WILLIAMS. (Document available to court only) (Attachments: (1-2)(Sissom, S.) (Document available to court only) (Sissom, S.) (Entered: 01/31/2018) |
| 01/31/2018 | 583 | Sealed Order. Signed by Judge Mark Lane. (tb) (Entered: 01/31/2018) |
| 01/31/2018 | 584 | Sealed Order. Signed by Judge Mark Lane. (tb) (Entered: 01/31/2018) |
| 02/01/2018 | 585 | Unopposed MOTION to Appoint Expert *German Video Technician* by Tony Sparks. (Sergi, David) (Entered: 02/01/2018) |
| 02/01/2018 | 586 | ORDER GRANTING 585 Motion to Appoint Expert as to Tony Sparks (3). Signed by Judge Lee Yeakel. (so) (Entered: 02/01/2018) |
| 02/02/2018 | 587 | Sealed Order. Signed by Judge Mark Lane. (so) (Entered: 02/02/2018) |
| 02/03/2018 | 588 | Sealed Document filed (Frazier, Mark) (Entered: 02/03/2018) |
| 02/05/2018 | 589 | WITNESS/EXHIBIT LIST by USA as to Tony Sparks (Frazier, Mark) (Additional attachment(s) added on 2/6/2018: # 1 Exhibit 1-15, # 2 Exhibit 16-30, # 3 Exhibit 31-45, # 4 Exhibit 46-49, # 5 Exhibit 50, # 6 Exhibit 51-58, # 7 Exhibit 59, # 8 Exhibit 60-63, # 9 Exhibit 64 Part 1, # 10 Exhibit 64 Part 2, # 11 Exhibit 65-70, # 12 Exhibit 71-75, # 13 Exhibit 76-78, # 14 Exhibit 79, # 15 Exhibit 80, # 16 Exhibit 81, # 17 Exhibit 82, # 18 Exhibit 83, # 19 Exhibit 84-91) (tb). (Entered: 02/05/2018) |
| 02/05/2018 | 590 | WITNESS LIST by USA as to Tony Sparks (Frazier, Mark) (Entered: 02/05/2018) |
| 02/05/2018 | 591 | Sealed Order. Signed by Judge Mark Lane. (so) (Entered: 02/05/2018) |
| 02/05/2018 | 592 | Minute Entry for proceedings held before Judge Lee Yeakel: Resentencing held on 2/5/2018 for Tony Sparks (3). RESENTENCING CONTINUED/ RECESSED TO Tuesday, February 6th, 2018. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Entered: 02/06/2018) |
| 02/05/2018 | | Set/Reset Hearings as to Tony Sparks: Resentencing set for 2/6/2018 09:00 AM before Judge Lee Yeakel. (tb) (Entered: 02/06/2018) |
| 02/06/2018 | 593 | Minute Entry for proceedings held before Judge Lee Yeakel: Resentencing held on 2/6/2018 for Tony Sparks (3). RESENTENCING CONTINUED/ RECESSED TO Wednesday, February 7th, 2018. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Entered: 02/07/2018) |
| 02/06/2018 | | Set/Reset Hearings as to Tony Sparks: Resentencing set for 2/7/2018 09:00 AM before Judge Lee Yeakel. (tb) (Entered: 02/07/2018) |
| 02/07/2018 | 594 | Minute Entry for proceedings held before Judge Lee Yeakel: Resentencing held on 2/7/2018 for Tony Sparks (3). RESENTENCING CONTINUED/ RECESSED TO Wednesday, February 21st, 2018 at 1:30 PM. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Main Document 594 replaced on 2/22/2018 to correct document) (so). (Entered: 02/08/2018) |

| | | |
|---|---|---|
| 02/07/2018 | | Set/Reset Hearings as to Tony Sparks: Resentencing set for 2/21/2018 01:30 PM in Default hearing location for Austin before Judge Lee Yeakel. (tb) (Entered: 02/08/2018) |
| 02/18/2018 | 595 | Appeal of Final Judgment 570 , 572 by Christopher Andre Vialva. No filing fee submitted (Otto, Susan) (Entered: 02/18/2018) |
| 02/18/2018 | | NOTICE OF APPEAL following 595 Notice of Appeal (E-Filed) by Christopher Andre Vialva Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (tb) (Entered: 02/20/2018) |
| 02/19/2018 | 596 | Appeal of Final Judgment by Brandon Bernard. No filing fee submitted (Owen, Robert) (Entered: 02/19/2018) |
| 02/19/2018 | | NOTICE OF APPEAL following 596 Notice of Appeal (E-Filed) by Brandon Bernard Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (tb) (Entered: 02/20/2018) |
| 02/21/2018 | 597 | Sealed Document filed (Sergi, David) (Entered: 02/21/2018) |
| 02/21/2018 | 598 | Minute Entry for proceedings held before Judge Lee Yeakel: Resentencing held on 2/21/2018 for Tony Sparks (3). EVIDENCE PRESENTED. RESENTENCING CONTINUED/ RECESSED TO: Thursday, February 22nd, 2018 at 9:00 AM. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Entered: 02/22/2018) |
| 02/21/2018 | | Set/Reset Hearings as to Tony Sparks: Resentencing set for 2/22/2018 09:00 AM before Judge Lee Yeakel. (tb) (Entered: 02/22/2018) |
| 02/22/2018 | 599 | TRANSCRIPT REQUEST by Brandon Bernard for dates of N/A before Judge N/A,. Proceedings Transcribed: N/A. Court Reporter: N/A. re Notice of Appeal - Final Judgment,, (Carpenter, John) (Entered: 02/22/2018) |
| 02/22/2018 | 600 | Minute Entry for proceedings held before Judge Lee Yeakel:Resentencing held on 2/22/2018 for Tony Sparks (3). RESENTENCING CONTINUED/ RECESSED TO: Monday, March 19th, 2018 at 2:00 PM. GOVERNMENT REST. STATEMENTS OF DEFT & COUNSEL HEARD. OBJECTIONS TO PRE-SENTENCE REPORT HEARD. EVIDENCE PRESENTED. DEFT CONTINUED IN CUSTODY. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Entered: 02/23/2018) |
| 02/22/2018 | | Set/Reset Hearings as to Tony Sparks: Resentencing set for 3/19/2018 02:00 PM in Default hearing location for Austin before Judge Lee Yeakel. (tb) (Entered: 02/23/2018) |
| 02/26/2018 | 601 | TRANSCRIPT REQUEST by Christopher Andre Vialva re Notice of Appeal - Final Judgment,, (Otto, Susan) (Entered: 02/26/2018) |
| 03/01/2018 | 605 | Sealed Document filed (Frazier, Mark) (Entered: 03/01/2018) |
| 03/01/2018 | 606 | Sealed Document filed (Sergi, David) (Entered: 03/01/2018) |
| 03/02/2018 | 607 | Personal Data Sheet (SEALED) as to Christopher Andre Vialva (tb) (Entered: 03/02/2018) |
| 03/02/2018 | 608 | Personal Data Sheet (SEALED) as to Brandon Bernard (tb) (Entered: 03/02/2018) |

| | | |
|---|---|---|
| 03/02/2018 | 609 | Personal Data Sheet (SEALED) as to Tony Sparks (tb) (Entered: 03/02/2018) |
| 03/02/2018 | 635 | MOTION to Compel *Disclosure of Information* by USA as to Tony Sparks. (Frazier, Mark) (Entered: 03/02/2018) |
| 03/05/2018 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit as to Christopher Andre Vialva re Notice of Appeal - Final Judgment. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here. (tb) (Entered: 03/05/2018) |
| 03/05/2018 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit as to Brandon Bernard re Notice of Appeal - Final Judgment. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here. (tb) (Entered: 03/05/2018) |
| 03/06/2018 | 636 | RESPONSE TO MOTION by Tony Sparks re 635 MOTION to Compel *Disclosure of Information* filed by Plaintiff USA (Attachments: # 1 Exhibit A)(Sergi, David) (Entered: 03/06/2018) |
| 03/19/2018 | 637 | WITNESS LIST by USA, Tony Sparks as to Tony Sparks (tb) (Entered: 03/21/2018) |
| 03/19/2018 | 638 | EXHIBIT LIST for Re-Sentencing by Tony Sparks (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Errata, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit, # 76 Exhibit, # 77 Exhibit, # 78 Exhibit, # 79 Exhibit, # 80 Exhibit, # 81 Exhibit, # 82 Exhibit, # 83 Exhibit, # 84 Exhibit, # 85 Exhibit, # 86 Exhibit, # 87 Exhibit, # 88 Exhibit, # 89 Exhibit, # 90 Exhibit)(tb) (Entered: 03/21/2018) |
| 03/19/2018 | 639 | EXHIBIT LIST FOR RE-SENTENCING by USA as to Tony Sparks (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit)(tb) (Entered: 03/21/2018) |
| 03/19/2018 | 640 | Minute Entry for proceedings held before Judge Lee Yeakel: Resentencing held on 3/19/2018 for Tony Sparks (3). COURT ACCEPTS GUILTY PLEA; NO WRITTEN PLEA AGREEMENT. STATEMENTS OF DEFT & COUNSEL HEARD. PRE-SENTENCE REPORT SEALED. COURT ADVISED DEFT OF RIGHT TO APPEAL. DEFT CONTINUED IN CUSTODY. ALL PENDING PRETRIAL MOTIONS ARE HEREBY DISMISSED AS MOOT. RESENTENCED: Count(s) 1 dismissed per Government's Motion.; Count(s) 1s, RESENTENCE: 420 BOP, 5 YEARS TSR, $5,000 FINE, $100 SA FEE, AND $22,769.18 RESTITUTION. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (tb) (Entered: 03/21/2018) |
| 03/19/2018 | 641 | SEALED PRESENCE INVESTIGATION REPORT placed under seal and available to the court only as to Tony Sparks (tb) (Entered: 03/21/2018) |
| | | |

| 03/19/2018 | 642 | MEMORANDUM OPINION REGARDING RESENTENCING as to Tony Sparks. Signed by Judge Lee Yeakel. (tb) (Entered: 03/21/2018) |
|---|---|---|
| 03/19/2018 | 643 | AMENDED JUDGMENT as to Tony Sparks (3), Count(s) 1, Count(s) 1 dismissed per Government's Motion.; Count(s) 1s, RESENTENCE: 420 BOP, 5 YEARS TSR, $5,000 FINE, $100 SA FEE, AND $22,769.18 RESTITUTION. Signed by Judge Lee Yeakel. (tb) (Entered: 03/21/2018) |
| 03/19/2018 | 644 | Sealed Statement of Reasons as to Tony Sparks (SOR documents are not available electronically.) (tb) (Entered: 03/21/2018) |
| 03/21/2018 | 645 | Clerk's Copy as to Tony Sparks of 643 Amended Judgment, (tb) (Entered: 03/21/2018) |
| 03/23/2018 | 646 | Appeal of Final Judgment 643 by Tony Sparks. No filing fee submitted (Sergi, David) (Entered: 03/23/2018) |
| 03/23/2018 |  | NOTICE OF APPEAL following 646 Notice of Appeal (E-Filed) by Tony Sparks Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (jch) (Entered: 03/23/2018) |
| 04/11/2018 | 648 | TRANSCRIPT REQUEST by Tony Sparks for dates of Feb. 5-7, 2018; Feb. 21-22, 2018; Mar. 19, 2018 before Judge Lee Yeakel,. Proceedings Transcribed: Sentencing. Court Reporter: Arlinda Rodriguez. re Notice of Appeal - Final Judgment,, (Sergi, David) (Entered: 04/11/2018) |
| 04/17/2018 | 649 | ORDER as to Tony Sparks re 647 SEALED EX PARTE MOTION Filed filed by Tony Sparks. Sparks shall, on or before April 27, 2018, file a supplement to the motion explaining why the funding was not requested prior to performing the services, as instructed in the prior order from the Fifth Circuit. Signed by Judge Lee Yeakel. (tb) (Entered: 04/17/2018) |
| 04/30/2018 |  | Text Order DISMISSING 650 original Ex Parte Motion as to Tony Sparks (3) Entered by Judge Lee Yeakel. An amended motion supersedes the original motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tmj) (Entered: 04/30/2018) |
| 05/14/2018 | 659 | Sealed Order. Signed by Judge Gregg J. Costa. (tb) Modified on 5/22/2018 to correct Judge who signed the order (so). (Entered: 05/21/2018) |
| 05/17/2018 | 653 | TRANSCRIPT filed of Proceedings as to Tony Sparks held on February 5, 2018 Proceedings Transcribed: Resentencing Hearing. Court Reporter/Transcriber Arlinda Rodriguez, Telephone number 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 6/7/2018, Redacted Transcript Deadline set for 6/18/2018, Release of Transcript Restriction set for 8/15/2018, Appeal Record due by 6/1/2018, (Rodriguez, Arlinda) (Entered: 05/17/2018) |
| 05/17/2018 | 654 | TRANSCRIPT filed of Proceedings as to Tony Sparks held on February 6, 2018 Proceedings Transcribed: Resentencing Hearing Volume 2. Court Reporter/Transcriber Arlinda Rodriguez, Telephone number 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy |

| | | |
|---|---|---|
| | | may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 6/7/2018, Redacted Transcript Deadline set for 6/18/2018, Release of Transcript Restriction set for 8/15/2018, Appeal Record due by 6/1/2018, (Rodriguez, Arlinda) (Entered: 05/17/2018) |
| 05/17/2018 | 655 | TRANSCRIPT filed of Proceedings as to Tony Sparks held on February 7, 2018 Proceedings Transcribed: Resentencing Hearing Volume 3. Court Reporter/Transcriber Arlinda Rodriguez, Telephone number 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 6/7/2018, Redacted Transcript Deadline set for 6/18/2018, Release of Transcript Restriction set for 8/15/2018, Appeal Record due by 6/1/2018, (Rodriguez, Arlinda) (Entered: 05/17/2018) |
| 05/17/2018 | 656 | TRANSCRIPT filed of Proceedings as to Tony Sparks held on February 21, 2018 Proceedings Transcribed: Resentencing Hearing Volume 4. Court Reporter/Transcriber Arlinda Rodriguez, Telephone number 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 6/7/2018, Redacted Transcript Deadline set for 6/18/2018, Release of Transcript Restriction set for 8/15/2018, Appeal Record due by 6/1/2018, (Rodriguez, Arlinda) (Entered: 05/17/2018) |
| 05/17/2018 | 657 | TRANSCRIPT filed of Proceedings as to Tony Sparks held on February 22, 2018 Proceedings Transcribed: Resentencing Hearing Volume 5. Court Reporter/Transcriber Arlinda Rodriguez, Telephone number 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 6/7/2018, Redacted Transcript Deadline set for 6/18/2018, Release of Transcript Restriction set for 8/15/2018, Appeal Record due by 6/1/2018, (Rodriguez, Arlinda) (Entered: 05/17/2018) |
| 05/17/2018 | 658 | TRANSCRIPT filed of Proceedings as to Tony Sparks held on March 19, 2018 Proceedings Transcribed: Resentencing Hearing Volume 6. Court Reporter/Transcriber Arlinda Rodriguez, Telephone number 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 6/7/2018, Redacted Transcript Deadline set for 6/18/2018, Release of Transcript Restriction set for 8/15/2018, Appeal Record due by 6/1/2018, (Rodriguez, Arlinda) (Entered: 05/17/2018) |

| | | |
|---|---|---|
| 06/08/2018 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit as to Tony Sparks re Notice of Appeal - Final Judgment. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here. (tb) (Entered: 06/08/2018) |
| 09/14/2018 | 660 | JUDGMENT/MANDATE of USCA (certified copy) as to Christopher Andre Vialva, Brandon Bernard. Terminated appeal: 476 Notice of Appeal (E-Filed), 595 Notice of Appeal (E-Filed), Notice of Appeal - Final Judgment, Notice of Appeal - Final Judgment, 596 Notice of Appeal (E-Filed). (tb) (Entered: 09/17/2018) |
| 02/04/2019 | 661 | MOTION to Vacate under 28 U.S.C. 2255 *Judgment* by Brandon Bernard. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Carpenter, John) (Entered: 02/04/2019) |
| 02/04/2019 | 662 | MOTION for Leave to Exceed Page Limitation by Brandon Bernard. (Attachments: # 1 Proposed Order)(Carpenter, John) (Entered: 02/04/2019) |
| 02/05/2019 | 663 | ORDER as to Christopher Andre Vialva, Brandon Bernard reassigning to Judge Alan D Albright. Judge Lee Yeakel no longer assigned for Christopher Andre Vialva, Brandon Bernard. Signed by Judge Lee Yeakel. (lad) (Entered: 02/05/2019) |
| 02/06/2019 | | Text Order GRANTING 662 Motion for Leave to File Excess Pages as to Brandon Bernard (2) Entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jg5) (Entered: 02/06/2019) |
| 08/08/2019 | 664 | ORDER DENYING 661 Motion to Vacate (2255) Certificate of Appealability is DENIED as to Brandon Bernard (2). Signed by Judge Alan D Albright. (bw) (Entered: 08/08/2019) |
| 08/08/2019 | 665 | ORDER of Judgment on 2255 Motion to Vacate as to Brandon Bernard. Signed by Judge Alan D Albright. (lad) (Entered: 08/08/2019) |
| 09/03/2019 | 666 | MOTION to Amend Judgment *or In The Alternative for Relief from Judgment, Pursuant to Fed. R. Civ. P. 59(e) and 60(b)* by Brandon Bernard. (Attachments: # 1 Proposed Order)(Carpenter, John) (Entered: 09/03/2019) |
| 09/10/2019 | 667 | ORDER AMENDING JUDGMENT and transferring to Fifth Circuit as to Brandon Bernard re 666 MOTION to Amend Judgment *or In The Alternative for Relief from Judgment, Pursuant to Fed. R. Civ. P. 59(e) and 60(b)*. Signed by Judge Alan D Albright. (lad) (Entered: 09/10/2019) |
| 11/08/2019 | 668 | Appeal of Final Judgment 665 , 664 , 667 by Brandon Bernard. No filing fee submitted (Carpenter, John) (Entered: 11/08/2019) |
| 11/08/2019 | | NOTICE OF APPEAL following 668 Notice of Appeal (E-Filed) by Brandon Bernard Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (am) (Entered: 11/08/2019) |
| 11/15/2019 | 669 | JUDGMENT/MANDATE of USCA (certified copy) as to Tony Sparks. It is ordered and adjudged that the judgment of the District Court is affirmed. (lad) (Entered: 11/15/2019) |
| 11/20/2019 | | Certified and Transmitted Record on Appeal as to Brandon Bernard to US Court of Appeals re Notice of Appeal - Final Judgment. (bw) (Entered: 11/22/2019) |
| 11/22/2019 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit as to Brandon Bernard re Notice of Appeal - Final Judgment,,. Attorneys are advised that |

| | | they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here. (bw) (Entered: 11/22/2019) |
|---|---|---|
| 01/13/2020 | 670 | SUPREME COURT ORDER received denying petition for writ of certiorari filed by Appellant Mr. Christopher Andre Vialva in 18-70007(lad) (Entered: 01/13/2020) |
| 01/13/2020 | 671 | ORDER of USCA (certified copy) as to Brandon Bernard re Notice of Appeal - Final Judgment. Petition for a writ of certiorari is denied. (mc5) (Entered: 01/16/2020) |
| 03/03/2020 | 672 | WRIT OF CERTIORARI as to Tony Sparks re Notice of Appeal - Final Judgment, DENIED by US Supreme Court (lad) (Entered: 03/03/2020) |
| 07/31/2020 | 673 | Advisory to the Court *Regarding Execution Date* by USA as to Christopher Andre Vialva (Frazier, Mark) (Entered: 07/31/2020) |
| 08/13/2020 | 674 | MOTION *to Release Sealed and Restricted Documents* by USA as to Christopher Andre Vialva, Brandon Bernard. (Attachments: # 1 Exhibit 1)(Frazier, Mark) (Entered: 08/13/2020) |
| 08/14/2020 | 675 | MOTION *to Enjoin the Federal Bureau of Prisons and United States Marshals Service from Executing Defendant Without Legal Authority and in Violation of Federal and Texas Law with Brief in Support* by Christopher Andre Vialva. (Attachments: # 1 Exhibit 1 - Jul 31 2020 Letter, # 2 Exhibit 2 - Aug 14 2020 Notice, # 3 Exhibit 3 - Proposed Rule, # 4 Proposed Order)(Otto, Susan) Modified to remove non-filing defendants on 8/24/2020 (lad). (Entered: 08/14/2020) |
| 08/19/2020 | 676 | MOTION For Inclusion of Document by USA as to Christopher Andre Vialva. (Attachments: # 1 Proposed Amended Motion to Vacate)(mc5) (Entered: 08/19/2020) |
| 08/19/2020 | 677 | ORDER GRANTING 676 Motion For Inclusion of Document as to Christopher Andre Vialva (1). Signed by Judge Alan D Albright. (mc5) (Additional attachment(s) added on 8/19/2020: # 1 Exhibit) (mc5). (Entered: 08/19/2020) |
| 08/19/2020 | 678 | MOTION to Appear Pro Hac Vice by Michael W. Lieberman for Christopher Andre Vialva. (Attachments: # 1 Proposed Order)(bw) (Entered: 08/19/2020) |
| 08/24/2020 | 679 | RESPONSE TO MOTION by Brandon Bernard re 674 MOTION *to Release Sealed and Restricted Documents* filed by Plaintiff USA (Attachments: # 1 Proposed Order) (Carpenter, John) (Entered: 08/24/2020) |
| 08/25/2020 | 680 | RESPONSE TO MOTION by USA as to Christopher Andre Vialva re 675 MOTION *to Enjoin the Federal Bureau of Prisons and United States Marshals Service from Executing Defendant Without Legal Authority and in Violation of Federal and Texas Law with Brief in Support* filed by Defendant Christopher Andre Vialva (Frazier, Mark) (Entered: 08/25/2020) |
| 08/26/2020 | | Attorney Michael W. Lieberman for Christopher Andre Vialva added (mc5) (Entered: 08/26/2020) |
| 08/26/2020 | 681 | ORDER GRANTING 678 Motion to Appear Pro Hac Vice for Michael W.Lieberman. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. as to Christopher Andre Vialva (1). Signed by Judge Alan D Albright. (mc5) (Entered: 08/26/2020) |
| 08/26/2020 | 682 | Advisory to the Court by Christopher Andre Vialva as to Christopher Andre Vialva, Brandon Bernard, Tony Sparks (Otto, Susan) (Entered: 08/26/2020) |
| 09/01/2020 | 683 | REPLY TO RESPONSE to Motion by Christopher Andre Vialva as to Tony Sparks, Christopher Andre Vialva, Brandon Bernard re 675 MOTION *to Enjoin the Federal* |

| | | |
|---|---|---|
| | | *Bureau of Prisons and United States Marshals Service from Executing Defendant Without Legal Authority and in Violation of Federal and Texas Law with Brief in Support* filed by Defendant Christopher Andre Vialva (Attachments: # 1 Exhibit 1 - Judgment, # 2 Exhibit 2 - Wirt Opinion, # 3 Exhibit 3 - Mitchell)(Otto, Susan) (Entered: 09/01/2020) |
| 09/02/2020 | 684 | ORDER SETTING MOTION HEARING BY ZOOM as to Christopher Andre Vialva, Motion Hearing set for 9/3/2020 09:30 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (am) (Entered: 09/02/2020) |
| 09/03/2020 | 685 | Minute Entry for proceedings held before Judge Alan D Albright: Motion Hearing as to Christopher Andre Vialva held on 9/3/2020 re 675 MOTION *to Enjoin the Federal Bureau of Prisons and United States Marshals Service from Executing Defendant Without Legal Authority and in Violation of Federal and Texas Law with Brief in Support* filed by Christopher Andre Vialva. Case called for Motion Hearing by Zoom. At issue is Mr. Vialva's attorney's motion seeking injunction and stating that the government didn't request that the stay on the case be lifted. Argument was heard by both parties with defendant on the hearing (to listen) telephonically. After hearing the argument, the Court determined that it would make a ruling -- hopefully by the middle to end of next week. The Court also stated that it wishes to have another zoom hearing next Tuesday to respond to Mr. Bernard's motion. All of the counsel were on the line of this hearing and stated that they would be available. (Minute entry documents are not available electronically.) (Court Reporter Lily Reznik.) (lad) (Entered: 09/03/2020) |
| 09/04/2020 | 686 | ORDER SETTING ZOOM HEARING as to Christopher Andre Vialva, Brandon Bernard. Zoom Hearing set for 9/8/2020 09:30 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (mc5) (Entered: 09/04/2020) |
| 09/08/2020 | 687 | Minute Entry for proceedings held before Judge Alan D Albright:Status Conference as to Christopher Andre Vialva, Brandon Bernard held on 9/8/2020. The Government has requested all of the sealed documents in the case.The Court asks counsel for both defendants to make up a master list of the sealed documents in the case so that the Judge can see what each document is. Mr. Bernard's counsel asked that they not have to provide anything to theGovernment at this time as their client has not yet had a death time frame provided. The Court asked for the privilege log as to sealed docs as to both defendants. (Minute entry documents are not available electronically.) (Court Reporter Kristie Davis.) (mc5) (Entered: 09/08/2020) |
| 09/09/2020 | 688 | Unpublished Opinion by Fifth Circuit Court of Appeals as to Brandon Bernard re Notice of Appeal - Final Judgment. (mc5) (Entered: 09/10/2020) |
| 09/09/2020 | 689 | ORDER of USCA (certified copy) as to Brandon Bernard regarding The Filing of a Successive 2255 Filing ; re Notice of Appeal - Final Judgment. (mc5) (Entered: 09/10/2020) |
| 09/11/2020 | 690 | ORDER DENYING 675 Motion To Enjoin the BOP and USMS as to Christopher Andre Vialva (1). Signed by Judge Alan D Albright. (mc5) (Entered: 09/11/2020) |
| 09/11/2020 | 691 | ORDER as to Christopher Andre Vialva. Signed by Judge Alan D Albright. (mc5) (Entered: 09/11/2020) |
| 09/12/2020 | 692 | Appeal of Order entered by District Judge 690 , 691 by Christopher Andre Vialva. No filing fee submitted (Otto, Susan) (Entered: 09/12/2020) |
| 09/14/2020 | 693 | NOTICE OF APPEAL following 692 Notice of Appeal (E-Filed) by Christopher Andre Vialva Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a |

court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (mc3) (Entered: 09/14/2020)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/15/2020 12:07:09 | | | |
| **PACER Login:** | jptylerlaw:5871128:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:99-cr-00070-ADA |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt CJA |

**PACER fee: Exempt%** Change

**PACER fee: Exempt CJA** Change

# TAB

# 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | <span style="color:red">**CAPITAL CASE**</span> |
| **v.** | § | **NO. W-99-CR-00070(1)** |
| | § | <span style="color:red">**Execution Date: Sept. 24, 2020**</span> |
| **CHRISTOPHER ANDRÉ VIALVA.** | § | |

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

Christopher André Vialva, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order[1] denying his *Motion to Enjoin the Federal Bureau of Prisons and United States Marshals Service from Executing Defendant Without Legal Authority and in Violation of Federal and Texas Law,*[2] and from the Order setting an execution date of September 24, 2020[3], and from each and every subsidiary adverse ruling and finding forming the bases for that order.

Mr. Vialva has been represented throughout these proceedings by counsel appointed pursuant the provisions of the Criminal Justice Act, Title 18, United States Code, Section 3006A. Mr. Vialva remains indigent and financially unable to obtain adequate representation and other reasonably necessary services.[4] Continued appointment of counsel is authorized

---

[1] *Order on Motion for Injunctive Relief,* filed 09/11/2020, document 690.

[2] *Motion to Enjoin*, filed 08/14/2020, document 675.

[3] *Order*, filed 09/11/2020, document 691.

[4] Doc. 4 (06/23/1999); and Doc. 355 (08/18/2003).

pursuant Title 18, United States Code, Section 3599 (e).  This appeal should proceed *in forma pauperis* pursuant Rule 24(a)(3), Federal Rules of Appellate Procedure.

> Respectfully submitted,
>
> s/Susan M. Otto
> SUSAN M. OTTO   Oklahoma Bar # 6818
> Federal Public Defender
> MICHAEL LIEBERMAN  Oklahoma Bar #32694
> Assistant Federal Public Defender
> Western District of Oklahoma
> 215 Dean A. McGee Suite 109
> Oklahoma City, Oklahoma 73102
> Telephone: 405 609-5930
> Electronic mail: Susan_Otto@fd.org;
> Michael_Lieberman@fd.org
> COUNSEL FOR DEFENDANT
> CHRISTOPHER ANDRÉ VIALVA

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark Frazier
Assistant United States Attorney
800 Franklin, Suite 280
Waco, Texas 76701
Counsel for Plaintiff

*Via electronic mail to*
Mark Stelmach
Assistant United States Attorney
Austin, Texas
Counsel for Plaintiff

Rob Owen
Law Office of Robert C. Owen, LLC
53 W. Jackson Blvd., Suite 1056
Chicago, IL 60604

John Carpenter
Assist. Federal Public Defender
1331 Broadway, Ste. 400
Tacoma, WA 98402
Counsel for Brandon Bernard

> s/Susan M. Otto
> SUSAN M. OTTO

# TAB

# 3

**FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MAR 2 8 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W-99-CR-070 |
| | * | |
| Plaintiff, | * | S E C O N D   S U P E R S E D I N G |
| | * | INDICTMENT |
| V. | * | |
| | * | [Vio.: 18 U.S.C. § 2119 -- Carjacking; |
| CHRISTOPHER ANDRE VIALVA, (1) | * | 18 U.S.C. 1117 (18 U.S.C. § 1111{a}{b} |
| BRANDON BERNARD, (2) | * | -- Conspiracy to Commit Murder; 18 |
| TONY SPARKS, (3) | * | U.S.C. 1111(a)(b) – First Degree Murder |
| Defendant. | * | on a Government Reservation; 18 U.S.C. |
| | * | 2 – Aiding and Abetting] |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. 2119 & 2]

On or about June 21, 1999, in the Western District of Texas, Defendants,

CHRISTOPHER ANDRE VIALVA,
BRANDON BERNARD,
and
TONY SPARKS,

aided and abetted by each other and others known to the Grand Jury, with the intent to cause death

and serious bodily harm, did attempt to take and did take a motor vehicle that had been transported,

shipped, and received in interstate commerce, namely, a 1989 Buick Le Sabre automobile, Iowa

License Plate Number 353-EXL, Vehicle Identification Number 1G4HR54C5KH455369 from the

person and presence of Todd A. Bagley by force and violence, and by intimidation, and did shoot

said Todd A. Bagley with a firearm, which resulted in the death of said Todd A. Bagley, in violation

of Title 18, United States Code, Section 2119 and 2.

*170*

<u>COUNT TWO</u>
[18 U.S.C. 1117 {18 U.S.C. 1111(a)}]

From on or about June 20, 1999 and continuing thereafter until on or about June 21, 1999, on Ft. Hood, Bell County, Texas, in the Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, and at other places within the Western District of Texas, Defendants,

CHRISTOPHER ANDRE VIALVA,
and
BRANDON BERNARD,

did knowingly, willfully and unlawfully conspire and agree together and with other persons known to the Grand Jury, to kill, with premeditation and malice aforethought, Todd A. Bagley and Stacie L. Bagley, by shooting them with a firearm and by setting fire to the vehicle in which the said Todd A. Bagley and Stacie L. Bagley lay, contrary to Title 18, United States Code, Section 1111(a) and (b).

In furtherance of such agreement and conspiracy and to effect the objects thereof, the defendants and co-conspirators committed the following overt acts, among others:

1.  On June 21, 1999, in the Western District of Texas, CHRISTOPHER ANDRE VIALVA and others took a 1989 Buick Le Sabre from Todd A. Bagley and Stacie L. Bagley at gunpoint, and forced Todd A. Bagley and Stacie L. Bagley into the trunk of their Buick Le Sabre.

2.  On June 21, 1999, in the Western District of Texas, BRANDON BERNARD, driving a getaway car, traveled with CHRISTOPHER ANDRE VIALVA, who was driving the stolen 1989 Buick Le Sabre with Todd A. Bagley and Stacie L. Bagley still in the trunk of the vehicle, to a remote area of Ft. Hood, Bell County, Texas, whereupon the trunk of the 1989 Buick Le Sabre was opened and CHRISTOPHER ANDRE VIALVA shot Todd A. Bagley and Stacie L. Bagley with a firearm.

All in violation of Title 18, United States Code, Section 1117.

## COUNT THREE
[18 U.S.C. 1111(a) & (b)]

On or about June 21, 1999, on Fort Hood, Bell County, Texas, in the Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendants,

CHRISTOPHER ANDRE VIALVA,
and
BRANDON BERNARD,

aided and abetted by each other and others known to the Grand Jury, unlawfully and with malice aforethought, did willfully, deliberately, maliciously and with premeditation kill Todd A. Bagley, by shooting him with a firearm, in violation of Title 18, United States Code, Sections 2, 7(3) , 1111(a) and (b).

On or about June 21, 1999, on Fort Hood, Bell County, Texas, in the Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendants,

CHRISTOPHER ANDRE VIALVA,
and
BRANDON BERNARD,

aided and abetted by each other and others known the Grand Jury, unlawfully and with malice aforethought, did kill Todd A. Bagley, by shooting him with a firearm, in the perpetration of and in the attempt to perpetrate an arson and murder, in violation of Title 18, United States Code, Sections 2, 7(3), 1111(a) and (b).

## COUNT FOUR
### [18 U.S.C. 1111(a) & (b)]

On or about June 21, 1999, on Fort Hood, Bell County, Texas, in the Western District of

Texas, a place within the special maritime and territorial jurisdiction of the United States,

Defendants,

CHRISTOPHER ANDRE VIALVA,
and
BRANDON BERNARD,

aided and abetted by each other and others known to the Grand Jury, unlawfully and with malice

aforethought, did willfully, deliberately, maliciously and with premeditation kill Stacie L.

Bagley, by shooting her with a firearm and by setting fire to the vehicle in which said Stacie L.

Bagley lay after having been shot, in violation of Title 18, United States Code, Sections 2, 7(3),

1111(a) and (b).

On or about June 21, 1999, on Fort Hood, Bell County, Texas, in the Western District of

Texas, a place within the special maritime and territorial jurisdiction of the United States,

Defendants,

CHRISTOPHER ANDRE VIALVA,
and
BRANDON BERNARD,

aided and abetted by each other and others known to the Grand Jury, unlawfully and with malice

aforethought, did kill Stacie L. Bagley, by shooting her with a firearm and by setting fire to the

vehicle in which said Stacie L. Bagley lay after having been shot, in the perpetration of and in the

attempt to perpetrate an arson and murder, in violation of Title 18, United States Code, Sections

2, 7(3), 1111(a) and (b).

TRUE BILL:

_____
FOREPERSON

JAMES WILLIAM BLAGG
United States Attorney

By:_____
Assistant U. S. Attorney

# TAB

# 4



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. W-99-CR-070 |
| | § | |
| CHRISTOPHER ANDRE VIALVA | § | |
| BRANDON BERNARD | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


V E R D I C T     F O R M


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. W-99-CR-070 |
| | § | |
| CHRISTOPHER ANDRE VIALVA | § | |
| BRANDON BERNARD | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# V E R D I C T    F O R M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1)  We, the jury, unanimously find each of the following Defendants "Guilty" or "Not Guilty" of the offense of Carjacking as alleged in Count One of the indictment.

Christopher Andre Vialva    _Guilty_

Brandon Bernard    _Guilty_

2)  We, the jury, unanimously find each of the following Defendants "Guilty" or "Not Guilty" of the offense of conspiracy to commit premeditated murder as alleged in Count Two of the indictment.

Christopher Andre Vialva    _Guilty_

Brandon Bernard    _Guilty_

3(a) We, the jury, unanimously find each of the following Defendants "Guilty" or "Not Guilty" of the offense of premeditated murder of Todd A. Bagley committed within the special maritime and territorial jurisdiction of the United States as alleged in Count Three of the Indictment.

    Christopher Andre Vialva      _Guilty_

    Brandon Bernard      _Guilty_

For any Defendant that you have found "Not Guilty" in Number 3(a) above, answer Number 3(b). If you have found both Defendants guilty of premeditated murder as alleged in Count Three of the Indictment, then do not answer Number 3(b) below and proceed to Number 4.

3(b) We, the jury, unanimously find each of the following Defendants "Guilty" or "Not Guilty" of the offense of felony murder of Todd A. Bagley committed as a consequence to murder or arson within the special maritime and territorial jurisdiction of the United States as alleged in Count Three of the Indictment.

    Christopher Andre Vialva      _____

    Brandon Bernard      _____



4(a) We, the jury, unanimously find each of the following Defendants "Guilty" or "Not Guilty" of the offense of premeditated murder of Stacie L. Bagley committed within the special maritime and territorial jurisdiction of the United States as alleged in Count Four of the Indictment.

Christopher Andre Vialva          _Guilty_

Brandon Bernard                   _Guilty_

For any Defendant that you have found "Not Guilty" in Number 4(a) above, answer Number 4(b).   If you have found both Defendants guilty of premeditated murder as alleged in Count Four of the Indictment, then do not answer Number 4(b).

4(b) We, the jury, unanimously find each of the following Defendants "Guilty" or "Not Guilty" of the offense of felony murder of Stacie L. Bagley committed as a consequence to murder or arson within the special maritime and territorial jurisdiction of the United States as alleged in Count Four of the Indictment.

Christopher Andre Vialva          _____

Brandon Bernard                   _____

_6-7-00_                          _Calvin Kingler_
DATE                             PRESIDING JUROR

4

**FILED**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**JUN 1 6 2000**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. W-99-CR-070 |
| | § | |
| CHRISTOPHER ANDRE VIALVA, (1) | § | |

## SPECIAL FINDINGS FORM

### COUNT ONE

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Todd A. Bagley **beyond a reasonable** doubt; answer "NO" if you do not so find:

I(A)  The defendant, Christopher Andre Vialva, intentionally killed the victim, Todd A. Bagley

Unanimously    YES ____X____

NO _____

I(B)  The defendant, Christopher Andre Vialva, intentionally inflicted serious bodily injury that resulted in the death of the victim, Todd A. Bagley

Unanimously    YES ____X____

NO _____

I(C)  The defendant, Christopher Andre Vialva, intentionally participated in an act, contemplating that the life of the victim, Todd A. Bagley would be taken or intending that lethal force would be used in connection with a person other than one of the participants in the offense, and the victim, Todd A. Bagley, died as a result of the act;

Unanimously    YES ____X____

NO _____

I(D) The defendant, Christopher Andre Vialva, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to someone other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Todd A. Bagley, died as a result of the act.

Unanimously     YES   ___X___

NO    _____

**Instructions**:  If you answered "NO" with respect to <u>all</u> of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to <u>one or more</u> of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

## II.  **PART TWO - STATUTORY AGGRAVATING FACTORS**

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

II(A). The defendant, Christopher Andre Vialva, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Todd A. Bagley.

Unanimously    YES ____X____

NO _____

II(B). The defendant, Christopher Andre Vialva, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

Unanimously    YES ____X____

NO _____

II(C). The defendant, Christopher Andre Vialva, committed the offense after substantial planning and premeditation to cause the death of Todd A. Bagley.

Unanimously    YES ____X____

NO _____

II(D). The defendant, Christopher Andre Vialva, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously    YES ___✗___

NO _____

**Instructions**: If you answered "NO" with respect to <u>all</u> of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to <u>at least one</u> of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

## III.    PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A).  The defendant, Christopher Andre Vialva, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously    YES ____X____

NO _____

III(B).  The defendant, Christopher Andre Vialva, has caused injury, harm and loss to the family of the victim, Todd A. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously    YES ____X____

NO _____

III(C).  The defendant, Christopher Andre Vialva, committed the offense for the purpose of preventing the victim, Todd A. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously    YES ____X____

NO _____

**Instructions**:    Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

## IV.   PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).    Christopher Vialva was subjected to emotional and physical abuse as a child, and was deprived of parental guidance and protection.

Number of jurors who so find, if any    ____10____

IV(B).    Christopher Vialva has responded well to structured environments in the past.

Number of jurors who so find, if any    ____0____

IV(C).    Christopher Vialva was nineteen at the time of the offense.

Number of jurors who so find, if any    ____0____

IV(D).    Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

Number of jurors who so find, if any    ____0____

IV(E).    Any other factors in Christopher Vialva's background, record, or character or any other circumstance of the offense that may mitigate against the imposition of the death sentence. List such factors, if any, in the spaces below.

1. _____

Number of jurors who so find, if any    _____

2. _____

Number of jurors who so find, if any    _____

3. _____

Number of jurors who so find, if any    _____

4. _____

Number of jurors who so find, if any    _____

Proceed to the next page for further instructions.

**Instructions:** Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.

## DECISION FORM A

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____

FOREPERSON

Date: _____, 2000

**<u>DECISION FORM B</u>**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.

_____
FOREPERSON


Date: _____, 2000

## **DECISION FORM C**

Based upon consideration of whether all the aggravating factor or factors found to exist sufficiently outweigh all the mitigating factor or factors found to exist to justify a sentence of death, or, in the absence of a mitigating factor, whether the aggravating factor or factors alone are sufficient to justify a sentence of death, we, the jury, recommend, by unanimous vote, that the defendant should be sentenced to death.

_____
FOREPERSON

Date: _____ 6.12- ____, 2000

**<u>DECISION FORM D</u>**

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON


Date:   _____, 2000

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     §
    §
VS.     §     CAUSE NO. W-99-CR-070
    §
CHRISTOPHER ANDRE VIALVA, (1)     §

### SPECIAL FINDINGS FORM

### COUNT THREE

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Todd A. Bagley **beyond a reasonable doubt**; answer "NO" if you do not so find:

I(A) The defendant, Christopher Andre Vialva, intentionally killed the victim, Todd A. Bagley

Unanimously    YES    __X__

NO    _____

I(B) The defendant, Christopher Andre Vialva, intentionally inflicted serious bodily injury that resulted in the death of the victim, Todd A. Bagley

Unanimously    YES    __X__

NO    _____

I(C) The defendant, Christopher Andre Vialva, intentionally participated in an act, contemplating that the life of the victim, Todd A. Bagley would be taken or intending that lethal force would be used in connection with a person other than one of the participants in the offense, and the victim, Todd A. Bagley, died as a result of the act;

Unanimously    YES    __X__

NO    _____

I(D) The defendant, Christopher Andre Vialva, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to someone other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Todd A. Bagley, died as a result of the act.

Unanimously    YES _____✕_____

NO    _____

**Instructions**: If you answered "NO" with respect to all of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to one or more of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

## II.  PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

II(A).  The defendant, Christopher Andre Vialva, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Todd A. Bagley.

Unanimously    YES ___X___

NO _____

II(B).  The defendant, Christopher Andre Vialva, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

Unanimously    YES ___X___

NO _____

II(C).  The defendant, Christopher Andre Vialva, committed the offense after substantial planning and premeditation to cause the death of Todd A. Bagley.

Unanimously    YES ___X___

NO _____

II(D).  The defendant, Christopher Andre Vialva, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously    YES    ___X___

NO    _____

**Instructions**:  If you answered "NO" with respect to <u>all</u> of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to <u>at least one</u> of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

## III.   PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A).  The defendant, Christopher Andre Vialva, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously     YES ____X____

NO _____

III(B).  The defendant, Christopher Andre Vialva, has caused injury, harm and loss to the family of the victim, Todd A. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously     YES ____X____

NO _____

III(C).   The defendant, Christopher Andre Vialva, committed the offense for the purpose of preventing the victim, Todd A. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously     YES ____X____

NO _____

**Instructions**:    Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

## IV.  PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).    Christopher Vialva was subjected to emotional and physical abuse as a child, and was deprived of parental guidance and protection.

Number of jurors who so find, if any    ___10___

IV(B).    Christopher Vialva has responded well to structured environments in the past.

Number of jurors who so find, if any    ___0___

IV(C).    Christopher Vialva was nineteen at the time of the offense.

Number of jurors who so find, if any    ___0___

IV(D).    Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

Number of jurors who so find, if any    ___0___

IV(E).    Any other factors in Christopher Vialva's background, record, or character or any other circumstance of the offense that may mitigate against the imposition of the death sentence. List such factors, if any, in the spaces below.

1.    _____

Number of jurors who so find, if any    _____

2.    _____

Number of jurors who so find, if any    _____

3.    _____

Number of jurors who so find, if any    _____

4.    _____

Number of jurors who so find, if any    _____

Proceed to the next page for further instructions.

**Instructions:** Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.

## **DECISION FORM A**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____
FOREPERSON

Date: _____, 2000

## DECISION FORM B

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.

_____
FOREPERSON


Date: _____, 2000

## DECISION FORM C

Based upon consideration of whether all the aggravating factor or factors found to exist sufficiently outweigh all the mitigating factor or factors found to exist to justify a sentence of death, or, in the absence of a mitigating factor, whether the aggravating factor or factors alone are sufficient to justify a sentence of death, we, the jury, recommend, by unanimous vote, that the defendant should be sentenced to death.

_____
FOREPERSON


Date: _____ 6-12-, 2000

**DECISION FORM D**

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON


Date: _____, 2000

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA          §
                                  §
VS.                               §          CAUSE NO. W-99-CR-070
                                  §
CHRISTOPHER ANDRE VIALVA, (1)     §

## SPECIAL FINDINGS FORM

### COUNT FOUR

## I. PART ONE -- THE ELEMENT OF INTENT

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Stacie L. Bagley **beyond a reasonable doubt**; answer "NO" if you do not so find:

I(A) The defendant, Christopher Andre Vialva, intentionally killed the victim, Stacie L. Bagley

        Unanimously    YES  ____X____

                       NO   _____

I(B) The defendant, Christopher Andre Vialva, intentionally inflicted serious bodily injury that resulted in the death of the victim, Stacie L. Bagley

        Unanimously    YES  ____X____

                       NO   _____

I(C) The defendant, Christopher Andre Vialva, intentionally participated in an act, contemplating that the life of the victim, Stacie L. Bagley would be taken or intending that lethal force would be used in connection with a person other than one of the participants in the offense, and the victim, Stacie L. Bagley, died as a result of the act;

        Unanimously    YES  ____X____

                       NO   _____

I(D) The defendant, Christopher Andre Vialva, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to someone other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Stacie L. Bagley, died as a result of the act.

Unanimously    YES _____X_____

NO    _____

**Instructions**:  If you answered "NO" with respect to all of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to one or more of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

## II.  PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

II(A).  The defendant, Christopher Andre Vialva, committed the offense in an especially heinous, cruel or depraved manner in that it involved torture or serious physical abuse to the victim Stacie L. Bagley.

Unanimously    YES ___X___

NO _____

II(B).  The defendant, Christopher Andre Vialva, committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

Unanimously    YES ___X___

NO _____

II(C).  The defendant, Christopher Andre Vialva, committed the offense after substantial planning and premeditation to cause the death of Stacie L. Bagley.

Unanimously    YES ___X___

NO _____

II(D).  The defendant, Christopher Andre Vialva, intentionally killed or attempted to kill Todd A. Bagley and Stacie L. Bagley in a single criminal episode.

Unanimously    YES    _____

NO    _____

**Instructions**:  If you answered "NO" with respect to <u>all</u> of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to <u>at least one</u> of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

## III.    PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

III(A).  The defendant, Christopher Andre Vialva, is likely to commit criminal acts of violence in the future which would be a continuing and serious threat to the lives and safety of others.

Unanimously    YES  _____X_____

NO  _____

III(B).  The defendant, Christopher Andre Vialva, has caused injury, harm and loss to the family of the victim, Stacie L. Bagley, because of the victim's personal characteristics as an individual human being and the impact of the death upon the victim's family.

Unanimously    YES  _____X_____

NO  _____

III(C).    The defendant, Christopher Andre Vialva, committed the offense for the purpose of preventing the victim, Stacie L. Bagley, from providing information and assistance to law enforcement authorities in regard to the investigation or prosecution of the defendants.

Unanimously    YES  _____X_____

NO  _____

3,4

**Instructions**: Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

## IV.   PART FOUR - MITIGATING FACTORS

**Instructions**:   For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:


IV(A).      Christopher Vialva was subjected to emotional and physical abuse as a child, and was deprived of parental guidance and protection.

Number of jurors who so find, if any      _____10_____


IV(B).      Christopher Vialva has responded well to structured environments in the past.

Number of jurors who so find, if any      _____0_____


IV(C).      Christopher Vialva was nineteen at the time of the offense.

Number of jurors who so find, if any      _____0_____


IV(D).      Another defendant or defendants who may be equally culpable in the crime will not be punished by death.

Number of jurors who so find, if any      _____0_____

IV(E).    Any other factors in Christopher Vialva's background, record, or character or any other circumstance of the offense that may mitigate against the imposition of the death sentence. List such factors, if any, in the spaces below.

1.    _____

Number of jurors who so find, if any    _____

2.    _____

Number of jurors who so find, if any    _____

3.    _____

Number of jurors who so find, if any    _____

4.    _____

Number of jurors who so find, if any    _____

Proceed to the next page for further instructions.

341

**Instructions:**   Continue your deliberations in accordance with the Court's instructions and then complete either Decision Form C recommending a sentence of death, or Decision Form D recommending a sentence of life imprisonment without the possibility of release.

34

**DECISION FORM A**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the elements of intent.

_____
FOREPERSON

Date: _____, 2000

## DECISION FORM B

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the aggravating factors.

_____
FOREPERSON


Date: _____, 2000

**DECISION FORM C**

Based upon consideration of whether all the aggravating factor or factors found to exist sufficiently outweigh all the mitigating factor or factors found to exist to justify a sentence of death, or, in the absence of a mitigating factor, whether the aggravating factor or factors alone are sufficient to justify a sentence of death, we, the jury, recommend, by unanimous vote, that the defendant should be sentenced to death.

_Calvin Kruger_
FOREPERSON

Date: _____ 6 - 12 - ___, 2000

## DECISION FORM D

We, the jury, recommend, by unanimous verdict, a sentence of life imprisonment without possibility of release.

_____
FOREPERSON

Date: _____, 2000

# TAB

# 5

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. W-99-CR-070(1)-ADA** |
| **v.** | § | |
| | § | **\* CAPITAL CASE \*** |
| **CHRISTOPHER ANDRE VIALVA** | § | |

**ORDER ON MOTION FOR INJUNCTIVE RELIEF**

Defendant Christopher Vialva was convicted under federal law of capital murder and sentenced to death. He is scheduled to be executed on September 24, 2020, at the Federal Correctional Complex in Terre Haute, Indiana, where he currently resides. On August 14, 2020, Vialva filed a motion to enjoin the Federal Bureau of Prisons (BOP) and the United States Marshals Service (USMS) from executing him. ECF No. 675. Citing the Federal Death Penalty Act (FDPA), 18 U.S.C. § 3596, as well as the express terms of this Court's June 2000 judgment, Vialva contends that these agencies lack the legal authority to carry out his execution. The Government filed a response (ECF No. 680) disputing Vialva's assertions, to which Vialva has replied (ECF No. 683).

After carefully considering the pleadings and the governing legal authorities, the Court concludes that Vialva's motion does not meet the standards for injunctive relief. His motion (ECF No. 675) is therefore denied for the reasons discussed below.

## I. Background

In June 1999, Vialva led fellow gang members in the kidnapping, robbery, and ultimately murder of two youth ministers, Todd Bagley and his wife Stacie, on their way home from what would become their last Sunday morning worship service. The Bagleys stopped at a

convenience store when the young men chose them as the victims of their robbery scheme born the day before. After Vialva and his accomplices tricked the couple by asking for a ride to an uncle's house, Vialva pulled out a handgun and announced "the plans have changed." The gang stole their money, jewelry, and ATM cards, and then locked the Bagleys in the trunk of their own car while the gang drove around for hours attempting to withdraw money from the Bagleys' account and pawn Stacie's wedding ring.

Vialva insisted on killing the Bagleys and burning their car to eliminate evidence of the gang's crimes. While they poured lighter fluid inside the car, the Bagleys sang and prayed in the trunk. Stacie said, "Jesus loves you" and "Jesus, take care of us." Vialva then donned a ski mask, ordered the trunk open, and shot both Todd and Stacie in the head. Todd was instantly killed, but Stacie survived the gunshot long enough to burn alive after one accomplice, Brandon Bernard, set the car on fire.

In June 2000, Vialva and his co-defendant Brandon Bernard were jointly tried and convicted by a unanimous jury in the Western District of Texas who heard all of the evidence and decided their guilt for their part in the carjacking and murder of Todd and Stacie Bagley while on federal government property. Both were sentenced to death. Their convictions were affirmed on direct appeal and certiorari was denied by the United States Supreme Court. *United States v. Bernard*, 299 F.3d 467 (5th Cir. 2002), *cert. denied*, 539 U.S. 928 (2003). Vialva and Bernard then challenged their convictions and sentences by filing motions to vacate, set aside, or correct under 28 U.S.C. § 2255 alleging a myriad of constitutional violations. After careful consideration, the district court—the Honorable Judge Walter S. Smith, Jr. presiding[1]—denied an evidentiary hearing, denied the § 2255 motions and the claims raised therein, and denied a

_____

[1]     Judge Smith also presided over Bernard and Vialva's original trial.

2

certificate of appealability (COA). ECF No. 449. On appeal, the Fifth Circuit also denied Vialva and Bernard a COA and their petitions for certiorari review were again denied by the Supreme Court in early 2016. *United States v. Bernard*, 762 F.3d 467 (5th Cir. 2014), *cert. denied*, 136 S. Ct. 892 (2016).

Thereafter, Vialva and Bernard filed motions under Rule 60(b) of the Federal Rules of Civil Procedure asking the district court to vacate its previous denial of their § 2255 motions. ECF Nos. 553, 569. In both motions, the defendants argued that Judge Smith's alleged "unfitness" to preside over the § 2255 proceedings amounted to a defect in the integrity of the post-conviction review process sufficient to justify reopening the proceedings. The district court—the Honorable Judge Lee Yeakel presiding—construed the Rule 60(b) motions as successive petitions and dismissed them without prejudice for lack of jurisdiction. ECF No. 570. The Fifth Circuit denied COA on the issue and the Supreme Court denied certiorari in January 2020. *United States v. Vialva*, 904 F.3d 356 (5th Cir. 2018), *cert. denied*, 140 S. Ct. 860 (2020).

On July 31, 2020, the BOP, upon the direction of the Attorney General, scheduled Vialva's execution for September 24, 2020. That same day, Vialva was informed of the setting of his execution date, as was this Court. ECF Nos. 675-1, 673. Two weeks later, Vialva filed the instant motion to enjoin the BOP and USMS from carrying out his execution. According to Vialva, neither the June 2000 judgment (ECF No. 289), Department of Justice regulations, nor any other federal law presently empowers the Attorney General, USMS, or BOP to unilaterally set and carry out his execution.

Vialva provides four arguments to support this assertion: (1) this Court's June 2000 judgment stayed Vialva's execution "pending further order of this Court," and no further order has been issued; (2) the June 2000 judgment does not authorize the Attorney General or BOP to

determine the time, place, and manner of his execution; (3) federal law requires the issuance of an execution warrant from the trial court before the USMS is authorized to supervise an execution, and no such order has been issued by this Court; and (4) the BOP lacks authority under federal law to execution him because they have not followed the procedures set forth by Texas law governing the implementation of death sentences. Vialva asks this Court to enjoin the BOP from executing him "until it has the legal authority to do so and in a manner that comports with federal and Texas law." ECF No. 675 at 11.

## II. Analysis

To obtain a preliminary injunction, Vialva must establish: "(1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury if the injunction is not issued, (3) that the threatened injury if the injunction is denied outweighs any harm that will result if the injunction is granted, and (4) that the grant of an injunction will not disserve the public interest." *Jones v. Tex. Dep't of Criminal Justice*, 880 F.3d 756, 759 (5th Cir. 2018) (quoting *Byrum v. Landreth*, 566 F.3d 442, 445 (5th Cir. 2009)); *Ladd v. Livingston*, 777 F.3d 286, 288 (5th Cir. 2015) (citing *Trottie v. Livingston*, 766 F.3d 450, 451 (5th Cir. 2014)). This standard is essentially the same as the framework for deciding whether to grant a stay of execution. *See Adams v. Thaler*, 679 F.3d 312, 318 (5th Cir. 2012) (reiterating the four perquisites for obtaining a stay of execution as set forth in *Nken v. Holder*, 556 U.S. 418, 434 (2009)).

Notably, the party seeking injunctive relief must prove each of the four elements before a preliminary injunction can be granted. *Mississippi Power & Light Co. v. United Gas Pipeline*, 760 F.2d 618, 621 (5th Cir. 1985). Because a preliminary injunction is considered an "extraordinary and drastic remedy," however, it is not granted routinely, "but only when the movant, by a clear showing, carries the burden of persuasion." *Holland Am. Ins. Co. v.*

*Succession of Roy*, 777 F.2d 992, 997 (5th Cir. 1985).  Even when a movant establishes each of the four requirements, the decision whether to grant or deny a preliminary injunction is left to the sound discretion of the district court, and the decision to grant a preliminary injunction is treated as the exception rather than the rule.  *Mississippi Power & Light*, 760 F.2d at 621.

As explained below, these factors do not support Vialva's request for an injunction. Vialva has failed to present a substantial case on the merits, and the interests of other parties, including the public, weigh in favor of denying Vialva's request to stay his execution.

**A.**    **Vialva's Arguments Lack Merit.**

1.    The Court's June 2000 Judgment

Vialva first contends that the explicit terms of the Court's June 2000 judgment demonstrate that the BOP lacks the legal authority to execute him.  In relevant part, the June 2000 judgment reads:

> […] As to [the capital counts], the defendant is hereby committed to the custody of the U.S. Bureau of Prisons until exhaustion of the procedures for appeal of the judgment of conviction and review of the sentences.  Upon exhaustion of appeals, the sentence of DEATH will be implemented by the defendant being released from the custody of the U.S. Bureau of Prisons to the custody of the United States Marshals, who shall supervise the execution of the defendant in the manner prescribed by the laws of Texas.

> The  time, place and manner of execution are to be determined by the Attorney General, provided the time shall not be sooner than 61 days nor later than 90 days after the date of this judgment.  If an appeal is taken from this conviction and sentence, execution of the sentence shall be stayed pending further order of this Court upon receipt of the mandate of the Court of Appeals.

> The defendant is hereby committed to the custody of the Bureau of Prisons and shall be confined until the sentence of execution is carried out.

ECF No. 289 at 2.

Citing the second paragraph of the judgment, Vialva argues there is presently a stay of execution in place because no further order ever issued from the district court.  He also asserts

that the Attorney General completely lacks the authority to set an execution date now because more than 90 days have passed since the judgment issued. The Court does not agree with either of Vialva's arguments. When read in context with the entire judgment, it is clear the second paragraph was intended to limit only the Attorney General's authority to set an execution date before Vialva had a chance to exhaust his appeals. There is no indication that a stay of execution—or the limitations placed on the Attorney General's authority to set an execution date—was meant to apply after Vialva had exhausted his appeals. This is evidenced by the first paragraph of the judgment indicating that the Government *will* implement Vialva's sentence upon the exhaustion of his appeals.

Nevertheless, the Court is aware that the June 2000 judgment may cause the discerning reader some confusion. The remedy to this confusion, however, is not to enjoin the Government from carrying out Vialva's lawful sentence, but rather clarify what the Court believes was meant all along—that there is no longer a stay in place and the Government has the authority to set and carry out Vialva's sentence of death. To that end, simultaneous with the filing of this Order, the Court will issue a separate Order lifting any theoretical stay and confirming the Government's authority to schedule and carry out Vialva's execution on September 24, 2020.

2.      Federal Law

Vialva next alleges that federal law requires the issuance of a warrant from this Court before the USMS has authority to carry out his execution. Because no such warrant has been issued, Vialva argues, no one in the Executive Branch, including the Attorney General and USMS, has authority to implement his upcoming scheduled execution. He relies, in part, on a Department of Justice (DOJ) regulation instructing government attorneys on the type of proposed judgment and order they should file after a jury returns a verdict of death. *See* 28 C.F.R. § 26.2

("Whenever this part becomes applicable, the attorney for the government shall promptly file with the sentencing court a proposed Judgment and Order . . .").

There are at least two problems with Vialva's argument. First, there is nothing in the Constitution stating that the power to *implement* a sentence—as opposed to the power to *impose* a sentence—vests solely with the courts, and Vialva identifies no statute, case law, or regulation consistent with this position. Although Vialva refers to 28 C.F.R. § 26.2, his reliance on a regulation that governs only DOJ attorneys is misplaced. For one, the regulation does not indicate that the issuance of a judicial warrant is a prerequisite for obtaining authorization to implement a sentence.[2] And while incorporating the content of 28 C.F.R. § 26.2 may seem like a good idea, courts are not required to comply with the regulation in order to confer DOJ the authority to implement a lawfully imposed death sentence.

This leads to Vialva's second problem—he concedes that a district court *can* confer DOJ this authority. The Court did just that in the June 2000 judgment when it sentenced Vialva to death. In that judgment, the Court specifically stated that Vialva's sentence "will be implemented by the defendant being released from the custody of the U.S. Bureau of Prisons to the custody of the United States Marshals, who shall supervise the execution of the defendant in the manner prescribed by the laws of Texas." ECF No. 289 at 2. This is consistent with the FDPA, which directs the USMS to "supervise the implementation of the sentence in the manner prescribed by the law of the State in which the sentence is imposed." Thus, the Court long ago gave DOJ the authority to implement Vialva's sentence.

---

[2] The regulation states that the proposed Judgment and Order filed by the government shall state (1) the sentence shall be executed by a United States Marshal designated by the Director of the United States Marshals Service; (2) the sentence shall be executed by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death; (3) the sentence shall be executed on a date and at a place designated by the Director of the Federal Bureau of Prisons; and (4) the prisoner under sentence of death shall be committed to the custody of the Attorney General or his authorized representative for appropriate detention pending execution of the sentence. 28 C.F.R. § 26.2(a).

Regardless, assuming further judicial authorization is necessary, this Court's new Order—issued contemporaneously with this one—tracks the language of 28 C.F.R. § 26.2 and confirms DOJ's authority to implement Vialva's sentence. Injunctive relief is therefore unnecessary.

3.      Texas Law

Lastly, Vialva contends he is entitled to an injunction because his sentence is not being implemented "in the manner prescribed by the laws of Texas" as required by the FDPA and the June 2000 judgment. Vialva focuses on three pre-execution procedures that are required under Texas law but allegedly have not been followed in this case: (1) that a court must enter an order setting the date of an execution in order to effectuate a death sentence; (2) that the execution date must be set at least 91 days in advance; and (3) that a court issue an execution warrant directing the relevant authority to carry out the execution, a copy of which must be served on counsel. *See* Tex. Code Crim. Pro. art. 43.141(a)-(c). Because none of these requirements have occurred, Vialva argues that carrying out his execution would be "blatantly illegal." The Court disagrees.

While the specific issue raised by Vialva is admittedly novel, every court to deal with a similar issue has come to the same conclusion—that the FDPA "cannot be reasonably read to incorporate every aspect of the forum state's law regarding execution procedure." *Peterson v. Barr*, 965 F.3d 549, 554 (7th Cir. 2020) (finding state law governing execution witnesses falls outside the scope of the FDPA); *United States v. Mitchell*, No. 20-99009, 2020 WL 4815961, at *2 (9th Cir. 2020) (finding procedures that do not effectuate death fall outside the scope of the FDPA); *In re Fed. Bureau of Prisons' Execution Protocol Cases*, 955 F.3d 106, 126 (D.C. Cir. 2020) (*Protocol Cases*) (same). Rather, federal law requires the Government to follow only

8

those state laws, regulations, and protocols that govern the procedure for "effectuating death." *Mitchell*, 2020 WL 4815961, at *2.

This Court agrees with the above Circuits and concludes that, even under a broad reading, the FDPA incorporates only those state procedures "that effectuate [] death, including choice of lethal substances, dosages, vein-access procedures, and medical-personnel requirements." *Peterson*, 965 F.3d at 554; *Protocol Cases*, 955 F.3d at 151 (Tatel, J., dissenting). The pre-execution procedures of Texas mentioned by Vialva are not pertinent to effectuating death and therefore do not fall under the scope of the FDPA. Consequently, Vialva fails to establish the substantial likelihood of success on the merits necessary to warrant injunctive relief. *Jones*, 880 F.3d 756, 759.

**B.**    **The Remaining Factors Weigh Against an Injunction.**

A preliminary injunction is an extraordinary remedy never awarded as a matter of right. *Winter v. National Resource Defense Council, Inc.*, 555 U.S. 7, 24 (2008) (citing *Munaf v. Geren*, 553 U.S. 674, 689–90 (2008)). In addition to evaluating a movant's likelihood of success on the merits, courts "must balance the competing claims of injury and must consider the effect on each party of the granting or withholding of the requested relief." *Id.* (citation omitted). Courts should also "pay particular regard for the public consequences in employing the extraordinary remedy of injunction." *Id.* In this case, Vialva fails to show that the balance of equities—*i.e.* the remaining three prerequisites for obtaining an injunction—weigh in his favor.

To start, Vialva has not identified what "irreparable injury" would occur if an injunction is not issued. The gist of Vialva's motion is that the Government set his execution date without further order from this Court and without complying with Texas law. As explained at the zoom hearing held September 3, 2020, that means Vialva was given notice of his execution date only

9

55 days in advance as opposed to at least 90 days that is required under Texas law, thus cutting short his time to further challenge his conviction and sentence and request clemency.  But while the death penalty itself is irreversible and sometimes "weighs heavily in the movant's favor," there must come a time when the legal issues "have been sufficiently litigated and re-litigated so that the law must be allowed to run its course."  *O'Bryan v. Estelle*, 691 F.2d 706, 708 (5th Cir. 1982) (per curiam).

As discussed in more detail in the Background section, Vialva has thoroughly litigated the legality of his conviction and sentence for almost two decades on direct appeal and in post-conviction proceedings before this Court, the Fifth Circuit, and the Supreme Court.  It is safe to say the legal issues have been "sufficiently litigated."  And while the legal issues surrounding Vialva's execution date did not become ripe until the date was set, any argument that he has been prevented from fully and fairly litigating these issues is belied by his numerous legal filings since that time and a merits decision this week on his habeas corpus petition.[3]  Petitioner has also filed a clemency petition and had a hearing regarding that petition scheduled for September 10, 2020. Thus, this Court can find no cognizable harm that will result to Vialva if his request for an injunction is denied.

Furthermore, the interests of the Government—and the public—in enforcing valid criminal sentences outweigh Vialva's request for more time.  "[E]quity must be sensitive to the [s]tate's strong interest in enforcing its criminal judgments without undue interference from the

---

[3]     In addition to the exemplary briefing provided in the instant case, Vialva has also requested habeas corpus relief from the Southern District of Indiana and challenged the constitutionality of the federal death penalty protocol in the D.C. district court, the D.C. Circuit Court, and the Supreme Court.  *See Vialva v. Warden, et al.*, No. 20-CV-00413 (S.D. Ind.), ECF No. 1 (Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed Aug. 10, 2020); *Vialva v. Barr, et al.*, No. 1:20-cv-01693-TSC (D.D.C.), consolidated with *In Re Fed. Bureau of Prisons' Execution Protocol Cases*, No. 1:19-mc-00145-TSC (D.D.C.);  *In re Fed. Bureau of Prisons' Execution Protocol Cases*, 955 F.3d 106 (D.C. Cir. 2020), *cert. denied sub nom. Bourgeois v. Barr*, No. 19-1348, 2020 WL 3492763 (U.S. June 29, 2020).  The Southern District of Indiana has already ruled on the merits of Vialva's relief request. *See Vialva v. Warden*, No. 20-CV-00413 (S.D. Ind.), ECF No. 20 (Order Den. Petition for Writ of Habeas Corpus (Sept. 8, 2020)).

federal courts." *Crutsinger v. Davis*, 930 F.3d 705, 709 (5th Cir. 2019) (citing *Hill v. McDonough*, 547 U.S. 573, 584 (2006)). The Supreme Court has frequently explained that "both the [Government] and the victims of crime have an important interest in the timely enforcement of a [death] sentence." *Bucklew v. Precythe*, 139 S. Ct. 1112, 1133 (2019); *Hill*, 547 U.S. at 584.

Granting Vialva an injunction would clearly inhibit the Government's vested interest in carrying out an otherwise valid sentence and would impair the finality of this Court's criminal judgment. When "lengthy federal proceedings have run their course"—as they have in this case—"finality acquires an added moral dimension." *Protocol Cases*, 955 F.3d at 126 (citing *Calderon v. Thompson*, 523 U.S. 538, 556 (1998)). Vialva committed the horrendous murders of Stacie and Todd Bagley over 21 years ago and has received the full panoply of procedural protections afforded under the Constitution and the FDPA. No further delay is warranted.

In short, Vialva fails to demonstrate "that the balance of equities tips in his favor, [or] that an injunction is in the public interest." *Winter*, 555 U.S. at 20; *Jones*, 880 F.3d at 759. The relief requested in his motion to enjoin his execution will therefore be denied.

### III. Conclusion

Vialva has failed to demonstrate a likelihood of success on the merits or that the balance of equities weighs in his favor. Accordingly, for the foregoing reasons, Vialva's Motion for Injunction, filed August 14, 2020 (ECF No. 675), is **DENIED**.

It is so **ORDERED.**

SIGNED this 11th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# TAB

# 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. W-99-CR-070(1)-ADA** |
| **v.** | § | |
| | § | **\* CAPITAL CASE \*** |
| **CHRISTOPHER ANDRE VIALVA** | § | |

**<u>ORDER</u>**

In June 2000, Defendant Christopher Vialva was convicted under federal law of capital murder and sentenced to death.  The district court's Judgment dated June 16, 2000 (ECF No. 289) authorized the Department of Justice (DOJ)—including the Attorney General, the Federal Bureau of Prisons and the United States Marshals Service—to determine the time, place, and manner of Vialva's execution and to carry out that execution.  As explained in the other Order filed today, this Court does not believe another order is required to empower DOJ with this authority, nor does the Court believe that a stay is presently in effect as a result of the original Judgment.  Nevertheless, out of an abundance of caution, the Court issues this Order to lift any theoretical stay and confirm DOJ's authority to select Vialva's execution date and implement his sentence of death.

Accordingly, to the extent there is presently a stay of execution in place, this Court hereby **ORDERS** that the stay and abeyance is **LIFTED**.

Furthermore, in accordance with 28 C.F.R. § 26.2, the Court **ORDERS**:

(1)    The sentence of death, set forth in the Court's June 2000 Judgment (ECF No. 289), shall be executed by a United States Marshal designated by the Director of the United States Marshals Service;

1

(2)    The sentence shall be executed by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death;

(3)    The sentence shall be executed on a date and at a place designated by the Director of the Federal Bureau of Prisons, namely, **September 24, 2020**, at the Federal Correctional Complex, Terre Haute, Indiana, or such other time and place as he may later designate; and

(4)    The prisoner under sentence of death shall be committed to the custody of the Attorney General or his authorized representative for appropriate detention pending execution of the sentence.

Finally, nothing in this Order shall be deemed to prevent a court of competent jurisdiction from issuing a stay or injunction of the execution if that court deems such a stay to be necessary and appropriate.  Nor does this Order prevent the President of the United States from granting clemency to the defendant.

It is so **ORDERED**.

SIGNED this 11th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE AND COMPLIANCE WITH ECF FILING STANDARDS

I certify that, on September 15, 2020, the foregoing record excerpts was served, via the Court's CM/ECF Document Filing System, https://ecf.ca5.uscourts.gov/, upon the following registered CM/ECF users:

> Mr. Joseph H. Gay, Jr.
> Assistant United States Attorney
> United States Attorney's Office
> Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216-5512
> (210) 384-7100
> joseph.gay@usdoj.gov

Counsel further certifies that (1) required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

s/ Jared Tyler