# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 15, 2020

Mr. Jared Tyler
Tyler Law Firm, P.L.L.C.
P.O. Box 764
Houston, TX 77001

    No. 20-70019   USA v. Christopher Vialva
                  USDC No. 6:04-CV-163

Dear Mr. Tyler,

The following pertains to your record excerpts electronically filed on September 15, 2020.

We filed your record excerpts.  However, you must make the following correction(s) by the end of the day.

You need to correct or add:

A numbered Table of Contents, with citation to the record beginning with the lower court docket sheet is required, see **5TH CIR. R.** 30.1.7(a).

Your certificate of service/proof of service must include the names of the persons served; the mail or electronic addresses, facsimile numbers, or physical delivery addresses, as appropriate for the method of service; and the date and manner of service.  Please update the certificate of service/proof of service with the current date of your filing. (See **FED. R. APP. P.** 25(d) and **5TH CIR. R.** 31.1)

You must insert a page in between each document containing the tab number corresponding to the Table of Contents. See **5TH CIR. R.** 30.1.7 (c).

Documents that are not part of the record on appeal must be removed. The only documents to be filed in the record excerpts are those that are part of the district court record.

Note:  Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system.  Please do not send paper copies of the record excerpts until requested to do so by the clerk's office.  The record excerpts are not sufficient until final review by the clerk's

office.   If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made.   Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Ms. Elizabeth Berenguer
     Mr. Joseph H. Gay Jr.
     Mr. Michael W. Lieberman
     Ms. Susan M. Otto