CAPITAL CASE
Execution Scheduled: September 24, 2020

# 20-70019

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA**,

Plaintiff-Appellee,

v.

**CHRISTOPHER ANDRÉ VIALVA**,

Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

———————————————

**APPELLEE'S ADDENDUM TO BRIEF**

———————————————

ROBERT A. PARKER
Criminal Division, Appellate Section
U.S. Department of Justice

JOHN F. BASH
United States Attorney

JOSEPH H. GAY, JR.
Appellate Chief

ELIZABETH BERENGUER
Assistant United States Attorney
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
(210) 384-7100

ATTORNEYS FOR APPELLEE

# TABLE OF CONTENTS

**Number**                 **Description**

No. 1                      Excerpt From Manual of Policies and Procedures for the Administration of the Federal Penal and Correctional Service, James V. Bennett, Director, Bureau of Prisons, Department of Justice, Washington, D.C., 1942

No. 2                      San Antonio Express News Article dated June 18, 1938

# ADDENDUM NO. 1

Copied at the National Archives at Kansas City

# MANUAL

*of*

## POLICIES AND PROCEDURES

*for the*

## ADMINISTRATION

*of the*

## FEDERAL PENAL

## AND CORRECTIONAL SERVICE

James V. Bennett, Director
Bureau of Prisons
Department of Justice
Washington, D. C.

Case: 20-70019   Document: 33   Page: 4   Date Filed: 09/17/2020

Copied at the National Archives at Kansas City

3a

c. Where a person on parole is brought before the court on a new charge and sentenced, and is also faced with the prospect of serving the balance of a sentence from which paroled.

It is important in these cases that the court clearly state both in the sentence and the commitment whether the later sentence is to be served consecutively or concurrently.

14. **Subsequent Sentences for Parole Violators.** In cases where a court directs that a subsequent sentence shall be served consecutively or concurrently with an original sentence from which a prisoner had been paroled or conditionally released and the warrant of the United States Board of Parole has not been issued or when warrant has not been executed, the institution officials should refer the sentence to the Bureau of Prisons for interpretation.

15. **Committing Court Must Specify Order of Service.** The case of *United States* v. *Patterson,* decided by the Supreme Court in 1887, holds that the committing court must specify the order in which consecutive sentences are to be served. The clerks of courts have been instructed in this respect.

Unless it is clearly indicated in what manner the sentences are to be served and the order in which they are to be served, the record clerk should immediately get in touch with the clerk of court. (Memo 1-30-34) If a prompt response clarifying the matter is not received, a copy of the sentence and judgment should be forwarded to the Bureau of Prisons for construction.

16. **Reports on Sentences.** The record of court commitment (Record Form No. 1) and other institution reports sent to the Bureau setting forth a prisoner's sentences should clearly state the exact expression of the court as indicated in the judgment. In the absence of specific instructions in the judgment the words "Without specifications" should follow the term of sentence on all reports of plural sentences submitted to the Bureau of Prisons. (Memo 9-8-33)

17. **Date When Original Sentence Resumes Running.** Service of the remainder of the original sentence of any parole violator who is returned to a Federal institution or any other institution will be regarded as having started from the date when he was first in custody exclusively under authority of

a Parole Board warrant. This date must be entered by the marshal on the warrant. Institution officials are cautioned to see that the marshal's entries on the warrant are complete at the time of the prisoner's delivery. (Cir 2831)

18. **Date When Sentence of Returned Escapee Resumes Running.** When a prisoner who escapes is recaptured and lodged in a jail or other institution under Federal custody, his sentence shall be computed as having resumed running on the day on which he was taken into Federal custody. When the prisoner's sentence has been recomputed, a corrected record showing the new dates should be sent to the Bureau of Prisons. (Memo 3-15-33)

19. **Death Penalty Sentence.** The Act of June 19, 1937 (c. 367, 50 Stat. 304; U.S.C., Title 18, Sec. 542) provides that "the manner of inflicting the punishment of death shall be the manner prescribed by the laws of the State within which the sentence is imposed." The statute also provides that "if the laws of the State within which sentence is imposed make no provision for the infliction of the penalty of death, then the court shall designate some other State in which such sentence shall be executed in the manner prescribed by the laws thereof." Since it seems clear that the "manner of inflicting the punishment" refers to the method of imposing death, whether by hanging, electrocution, or otherwise, and not to other procedures incident to the execution prescribed by the State law, the following regulations are prescribed for the guidance of all concerned:

a. **United States Marshal in Charge of Executions.** The United States marshal in the district in which the sentence of death is to be executed shall be in direct charge of the conduct of executions, subject to the procedures herein set forth and to any supplemental instructions issued by the Department of Justice.

b. **Date of Execution.** The day upon which the execution shall take place shall be that fixed in the judgment or order of the court which imposed the sentence. If only the week is designated the marshal shall fix the day of the week. If the court order does not fix the time of day, the execution shall take place at "about sunrise" on the day fixed.

c. **Place of Execution.** The execution shall be carried out at the place fixed in the judgment or order of the court which

Case: 20-70019    Document: 33    Page: 5    Date Filed: 09/17/2020

Copied at the National Archives at Kansas City

4a

imposed the sentence. If no such designation is made by the court, the execution shall be carried out at the place designated by the Department of Justice.

d. **Official and Other Witnesses.** The following persons and no others shall be present at the execution:

(1) The United States marshal charged with the execution of the sentence, or in his absence, the chief deputy marshal.

(2) If the execution is held at a Federal or local penal institution, the warden of that institution.

(3) Not more than eight assistants, including executioner, guards, and so forth.

(4) At least one and not more than three physicians to be designated by the marshal; provided that, if the execution is held at a penal institution one of the number shall be the chief physician of the institution or a member of his staff.

(5) The chaplain of the prison or such other spiritual advisers, not exceeding three in number, as may be requested by the prisoner.

(6) Adult friends and relatives of the prisoner, whom he may request to be present, not exceeding three in number.

(7) Not more than five respectable citizens, to be selected by the marshal, in addition to the above mentioned persons.

(8) Not more than one representative from each of the following press associations: Associated Press, International News Service, and United Press. No other member of the press will be permitted to attend the execution, either as a representative of the press or in any other capacity. No photographs of the execution will be permitted.

(9) The marshal shall give three (3) days' notice to those who are to be present.

e. **Prisoner's Visitors.** Immediately prior to his execution the prisoner shall be permitted access only to the officers of the prison, spiritual advisers, the prisoner's defense attorney, and members of his family. Upon special approval of the Department of Justice, the chief executive officer may be authorized to admit such other proper persons as the prisoner may request to see. (Cir 3125)

8

20. **Imprisonment for Nonpayment of Fine or Fine and Costs.** The question of detaining a prisoner for nonpayment of fine or fine and costs depends upon the specification by the court in his sentence. If there is nothing in the prisoner's sentence directing that he be held for nonpayment, he should not be held beyond his imprisonment term. When the sentence directs commitment for nonpayment, the prisoner should be held for 30 days solely for nonpayment beyond the date of his regular release before being permitted to appear before the United States commissioner to take the poor debtor's oath. (Cir 2388)

In the case of *Hill* v. *Wampler*, the Supreme Court of the United States held that imprisonment under a commitment solely for failure to pay a fine is unauthorized in any case unless the sentence pronounced by the court and entered in the court's minutes or docket directs such imprisonment.

When any prisoner in custody in a Federal penal or correctional institution, whose sentence includes a fine and whose commitment specifies imprisonment for nonpayment, asserts that the sentence of the court did not provide that he should stand committed for failure to pay such fine, immediate request shall be made by the warden or superintendent upon the proper clerk of court for a certified copy of the sentence. The language of the sentence will be regarded as controlling on this point and the records should conform thereto, irrespective of contrary language written or printed in the commitment. In case of doubt a copy of the sentence should be forwarded to the Bureau of Prisons for instructions. (Bu 252)

21. **Computation of Thirty Days.** The 30 days which a prisoner is required to serve solely for nonpayment of fine should begin on the same day on which the prisoner would have been released if the court had not directed that he stand committed for nonpayment of the fine; for example, if a prisoner becomes eligible for release on January 7, he may be lawfully released at 12:01 a. m. on January 7. If he has an unpaid committed fine, service of the 30-day period would start on January 7, even though he might otherwise not have been released until late on the same date through lack of transportation facilities or other natural causes.

9

# ADDENDUM NO. 2

# WOMAN GIVEN PRISON SENTENCE

## Mrs. Julia M. Barker Assessed 10 to 15 Years For Pistol Shooting

DETROIT, June 17 (AP).—Mrs. Julia M. Barker, once wealthy Detroit real estate operator, was sentenced today to serve 10 to 15 years in the Detroit House of Correction for the fatal shooting of Mrs. Edith Mae Cummings last January 18.

Circuit Judge Ira W. Jayne pronounced sentence in the court room where Mrs. Barker two weeks ago was convicted of manslaughter.

Standing erect before the bench today, Mrs. Barker told the judge, "I am absolutely innocent. I never fired a shot at Edith Mae Cummings."

Mrs. Cummings died of a pistol wound in a snow-covered ravine near Belleville, Mich. The state, which sought a murder conviction, contended Mrs. Barker shot her business associate during an argument over real estate deals for which both were charged with fraud in Kentucky indictments.

Good conduct allowances might reduce Mrs. Barker's sentence to seven years, 11 months, and additional allowances are possible at the discretion of parole authorities.

## F. D. AIDES TRY TO UNRAVEL SNARL

### Continued From Page 1

grants. They have extensive legal and engineering staffs primed for action.

But, directly across their path, like the Barkley statement of policy, PWA officials express dissatisfaction with it, but in view of it, they indicate they have delayed 43 public power projects entailing expenditures of more than $50,000,000.

At this point, Corcoran and Cohen step in. These hitch court room where Mrs. Barker two weeks assations have the task of reconciling Barkley's declaration with PWA desires.

In the words of one official, they need find a formula for determining what constitutes a "fair and reasonable" offer for private power properties. They must determine procedure by which municipalities may make such an offer and how it may be treated for fairness and reasonability.

It is indicated that if they arrive at a satisfactory formula, it may be made one basis of a new presidential pronouncement on national power policy.

## ROOSEVELTS CELEBRATE ON EVE OF CEREMONY

### Continued From Page 1

master of ceremonies, while John Aspinwall Roosevelt watched the make-believe carefully and perfunctorily from the pew to be occupied by the President tomorrow.

Looks Complicated.

"This is pretty complicated," said John as the ushers marched and wheeled.

Franklin, meanwhile, managed to instruct the maid of honor, Sally Clark, sister of the prospective bride, on just how the bridal train should be handled.

"You just pick up the train and go whoof," said Franklin to Sally, throwing the trailing end of the dress back over his arm.

While ushers and bridesmaids frequently whispered and even giggled as they rehearsed, the most serious one of all was little Joan Clark, 10-year-old sister of Anne. She is to be flower girl. Poised and unsmiling, she led the march down the aisle and generally won applause for her part.

President Entertains.

The President actually began his entertainment of the bridal party at luncheon. Eight of the 13 ushers, together with John, Anne and Sally, made up part of his party.

Earlier, the latter three had met Chief Executive at nearly 9am, where he boarded the Potomac after an all-night train ride from Washington. Between 3,000 and 4,000 people greeted him there.

That the President told his son to his last farewell to John as a bachelor remained a secret, but Mrs. Roosevelt made it clear she would give the young couple no "motherly advice."

"I'm not good at giving advice," was her parting word to newsmen.

COME HERE FOR YOUR

# Film Rolls
### FOR
## FATHER'S DAY
### AND GET THEM
# DEVELOPED & PRINTED
### FOR ONLY
# 25¢ Per Roll

Any 6 or 8 exposure roll, postcard size, or smaller.

## STUDER
### PHOTO COMPANY
### Free Studios and Stores in SAN ANTONIO AND AUSTIN

---

## Gown of Roosevelt Bride



Above exclusive sketch shows the gown that Miss Anne Lindsay Clark will wear at her wedding to John Roosevelt, to be held June 18, at Nahant, Mass. There are 20 yards of French organdie in the gown with the dull side of 620 yards of satin ribbon used as embroidery. The bodice and puffed sleeves are embroidered with shirred ribbon. The veil is of 14 yards of Bridal Illusion, a cap effect with orange blossom tiara and waist length face veil.

Copyright by HICKSON, Inc. 1938 from ACME

---

## Color and Finery Mark Roosevelt-Clark Wedding

NAHANT, Mass., June 17 (AP).—Anne Clark will go to the altar tomorrow to wed John Roosevelt wearing a gown with 620 yards of satin ribbon, hand-embroidered on its Gossamer whiteness.

The dress, one of the most beautiful bridal costumes of recent years, required weeks of work in a Boston shop. It took 20 yards of French organdy, and Anne's bridle veil is 36 feet long.

The narrow ribbon embroidery is in oak leaf patterns on the dress, which has a square Dutch neck and short cuff sleeves.

A short circular veil will cover Anne's face as she goes up the aisle.

John said the "something borrowed" she'll wear is keeping with the old bridal custom is a diamond bracelet belonging to her mother, Mrs. F. Haven Clark—"and it's just borrowed."

Wedding finery in all the shades of the rainbow was ready tonight for the marriage. Hyacinth blue and peach "color will be in the bridal procession, navy and Eleanor blue in Mrs. Franklin D. Roosevelt's ensemble and orchid and gray in the costume of the bride's mother.

Anne's going away costume is dark blue rough crepe, with a waist-length jacket and a powder blue blouse. With it she'll wear a turban, pinned with blue cornflowers and a dotted veil.

Her oblong pocketbook of dark blue crepe has the name "Anne" embroidered on it in powder blue.

Her trousseau also includes:

A tailored suit of French gray suede cloth, with a plain fitted jacket and pencil stripe skirt.

An aquamarine organza evening gown.

A Mainbocher evening gown of black lace with a bouffant skirt.

A Chanel gown of Walls blue with bolero jacket.

A number of simple pastel colored silk sport dresses and peasant bandannas to wear over her hair.

### Against CIO.

they had repulsed the invaders in severe fighting, inflicting heavy losses.

Guerrilla bands were reported increasingly active along the East-West Lunghai Railway in the North, especially near Kweiteh and Mingchuan, east of Kaifeng, and from Lihow west to Suchow.

---

U. S. ARRANGING TO EXECUTE FIVE

# MEXICO CHAMBER TURNS TO RIGHT

## Cardenas Beaten in Test and Labor Group Loses Control

MEXICO CITY, June 17 (AP).—President Lazaro Cardenas received his first major legislative setback in three years today when the chamber of deputies defeated a proposal to place federal employes under the nation's labor laws.

The victory scored by rightist members of congress disclosed a sharp division between them and Cardenas' leftist followers.

The defeat of the proposal by a vote of 50 to 38 also meant the defeat of the Confederation of Mexican Workers in its efforts to dominate the chamber.

Members said there was vociferous cheering at the chamber's closed session, during which the proposed bill was discussed, when a member shouted: "We've got to put an end to this specter of the Soviet (Russian) bear in Mexico."

Evidence that the senate was swinging to the right was seen in the concurrence of a number of members in criticism of the Cardenas radical administration by conservative Senator Ezequiel Padilla. In a senate speech he called for more orderly procedure in efforts to restore confidence throughout the nation.

The administration received its rebuff on the labor bill when the chamber changed its wording to describe public employes as "servants" instead of workers.

This technicality denied them the benefits of the national labor law, including the right to strike.

## COPELAND DIES IN WASHINGTON

### Continued From Page 1

session, he failed to follow the prescription he handed freely to colleagues—rest and relaxation.

When a session dragged out, he would call for adjournment, on the ground that "frayed nerves, lack of poise and general restlessness" were symptoms of fatigue which made "deliberate thinking" impossible.

### The New Deal.

The New Deal had not been operating long before Copeland began to display marked aversion to some of its policies. He was, for instance, a leader in the successful fight against Senate ratification of a St. Lawrence waterway treaty with Canada.

He was keen, also, in his opposition to the administration proposal to appoint six new justices to the Supreme Court.

"I applaud the great social objectives of the administration," he said, "but to be honest about it, I feel there isn't the slightest assurance of any law such a formula as that now proposed."

"America," he said, "has been populated by refugees from political terrorism, from religious bigotry, from racial persecution, and from economic tyranny."

"They have left us in a priceless heritage of the protection of our people against political terrorism, religious bigotry, racial persecution and economic tyranny."

As chairman of the Senate Commerce committee, Copeland was in the midst of fighting over maritime problems. He took an active hand in passing the law establishing the maritime commission, which is seeking to rebuild the American Merchant Marine by means of subsidies. He also was active in the field of food and drug regulation.

He was particularly emphatic in denouncing what he called "subversive activities at sea" and in calling for the deportation of Harry Bridges, maritime labor leader.

As for the CIO he assailed it as a "rabble-rousing and blustering" organization. Labor leaders he attacked were quick to hit back, calling his activities unfair.

Copeland's last appearance on the floor of the Senate was during a furious struggle over flood control this week. He appeared pale and weak then.

In recent years, Copeland was distinctly out of favor at the White House.

### Threatens to Tell Secrets.

Convicted Earle E. Kynette, whose handed the squad which aided on Raymond, said he would tell some "red hot political secrets" if necessary to save himself from the penitentiary and at the same time predicted "Raymond will be killed within a year, his murderers convicted and I will be vindicated."

Kynette and his former aide, Roy Allen, face long prison terms. The former head of the police intelligence detail was found guilty of attempted murder, assault with intent to commit murder and malicious use of explosives. Allen was convicted only on the last count. A third defendant, Fred Browne, also one of Kynette's men, was acquitted on all counts.

Attorneys for the pair said they will file a motion for a new trial, which, if denied, will be followed by a request for arrest of judgment and the filing of an appeal. Terms for the men will be set by the Board of Prison Pardons and Paroles.

---

## Salt River Irrigation Project Advances



The newly completed spillway of the 'Mormon Flat Dam,' near Phoenix, Ariz., brings nearer the completion of the Great Salt River Valley irrigation project. The channel is at right.

---

# BIG FIRE RAGES IN GILA FOREST

## Flames Out of Control, Rangers Report

SILVER CITY, N. M., June 17 (AP).—An uncontrolled forest fire roared over the divide of the Black range today on the wings of high winds, defied the efforts of nearly 500 fire fighters and swept to within five miles of the mountain center of Kingston.

As the fire, worst in the experience of Rangers in the Gila National Forest, advanced eastward along Iron Creek about 40 miles east by north of Silver City in Southwestern New Mexico.

Evacuation of summer residents in the little ghost mining camp of Kingston, now a newest frontier of the situation looked "a little unfavorable" late today, but admitted the wind was "a big factor." It was pointed out that natural updrafts on the mountain side would delay the down-moving blaze.

"It is a regular hurricane on top of the mountains," reported Assistant Forest Supervisor A. A. Wali.

The blaze was moving over a three-mile front through stands of big timber. Deer and other wild life were fleeing ahead of it, and livestock was being moved out of the way.

## NORMAN THOMAS FIGHTS DEGREE FOR MOORE

PRINCETON, N. J., June 17 (AP).—A Princeton senior made public tonight a letter he said he received from Socialist Leader Norman Thomas in which Thomas suggested a student protest "quietly in advance" to prevent the reported award of an honorary degree to Governor A. Harry Moore at Tuesday's commencement.

J. Harlan Cleveland, '38 of Cincinnati, a Rhodes scholar-elect, said the letter dated June 13, was sent from Kent, Conn., and in it Thomas said he had heard reports a degree was to be presented to Moore.

"The news seems incredible," Cleveland quoted from the letter. "Is it true? If so can any sudden protest quietly in advance prevent it, or if not, being made more openly, take some of the curse from Princeton I have written a prominent trustee and prominent alumnus."

Thomas, a graduate of Princeton, and himself recipient of an honorary degree from the university a few years ago, was prevented nearly two months ago from speaking in Jersey City where Frank Hague is mayor. Thomas charged he was "deported."

## OLD AUSTRIAN ARMY MERGED WITH NAZIS

BERLIN, June 17 (AP).—A decree for the co-ordination of the former Austrian army with that of Germany and an order calling the Austrian men born in 1917 to report between next Aug. 16 and Sept. 16 for military service were announced today in the official Gazette.

The decree makes Field Marshal Hermann Wilhelm Goering's national defense laws of May, 1935, operative for the new Austrian province.

These ordered all male Germans between 18 and 45 years to serve a year in the army, made a year of labor service prerequisite to military service and provided that Germans living abroad must serve their terms in Germany.

## ALIENIST ENDS LIFE IN FLAMING AUTO

IONIA, Mich., June 17 (AP).—The charred body of a man Sheriff Herbert A. Ross said was Dr. Leon E. Duval, 46, assistant medical superintendent of the Michigan Hospital for the Criminal Insane, was removed from the flaming wreckage of an automobile on a lonely road near here today.

Beside the car was found a hat which Sheriff Ross said held the following note:

"This is a deliberate act of suicide chosen as the alternative of two murders which I had planned to commit. The intended victims will know who I mean."

---

# CZECH ARMY PLANE SIGHTED IN GERMANY

BAYREUTH, German. June 17 (AP).—An airplane reported to be a Czechoslovak military craft was sighted crossing the German border today near the Bavarian village of Lam, about four miles from the frontier.

The plane flew low, one observer reporting he had seen a passenger leaning over the side of the plane photographing the countryside.

The machine circled the neighborhood, its passengers apparently inspecting roads and buildings of the frontier region, for 30 minutes.

## FISHERMEN IN BOAT KILLED BY LIGHTNING

OAKDALE, La., June 17 (AP).—Reports to relatives here from Urania, La., said Leon Brooks of Urania and a companion were struck dead by lightning yesterday while fishing from a small boat on Big Lake, near Shreveport.

The parents of Brooks, Mr. and Mrs. J. J. Brooks of Oakdale, and other relatives left last night for Urania. The body of Brooks fell in the boat and was recovered while the other man's body toppled into the lake and was being searched for.

## FRENCHMEN WORRIED IN PLACING PLAQUES

LAVAL, France (AP).—The municipal council of Laval bought two bronze plaques to put on the walls of two houses—the birthplace of two famous Frenchmen, but nobody could find out where the two were born.

After two years of research, however, Laval experts found houses where Henri Rousseau, artist, and Alfred Jarry, poet, had lived and the plaques were put up with appropriate ceremonies.

Now the council has been disturbed by reports that the two were born on farms outside Laval.

---

# 16 DEFENDANTS IN DAMAGE SUIT

## Litigation Aftermath of Old Romance

LOS ANGELES, June 17 (AP).—The romance in which Tommy Warner Jr. paid $2,900 to find whether Mrs. Jean MacDonald loved him or wanted his money, produced another damage suit today.

Chet Lausen, private investigator, sued Thomas W. Warner, automobile accessories manufacturer, District Attorney Buron Fitts and 14 other persons for $35,000 damages.

Lausen charged that the defendants raided the home of Mrs. Pearl Antibus, private investigator, in June, 1937, when Tommy and Mrs. MacDonald—since married—were guests there "for the purpose of kidnaping and forcibly removing" Tommy, a minor, from Mrs. Antibus home.

Mrs. Antibus have a $1,250,000 damage suit pending against Warner Sr., Fitts and others because of injuries claimed received in the alleged raid.

Tommy Warner recently sued for an accounting of the $2,900 he paid Mrs. Antibus, but the court held it was worth that amount to find Mrs. MacDonald loved him and wasn't after his money.

## POLICE ARE CALLED AS WORKERS STRIKE

GEORGETOWN, British Guiana, June 17 (AP).—Two thousand East Indian and negro plantation workers went on strike today at the Albion and Portmourant sugar estates in Berbice County, 100 miles from Georgetown.

Police reinforcements were ordered out. White employes barricaded themselves in their homes as the strikers staged parades demanding more pay.

Government officials conferred with labor leaders.

## FUNDS FOR GALVESTON MARINE HOSPITAL ASKED

WASHINGTON, June 17 (AP).—Aides of Representative Mansfield urged Federal officials today to allot $570,000 from the spending-lending appropriation for an addition to the Marine Hospital at Galveston, Tex.

---





## Saturday Special!

# Bake Shop

# Pineapple Orange
## LAYER CAKE
# 39c

Try some . . . it's simply delicious . . . made with daily old eggs and fresh creamery butter. It's our famous Pineapple Orange Layer Cake with a generous topping and finishing of rich pineapple and orange fruit.

Joske's Street Floor

---

# ROOSEVELTS CELEBRATE ON EVE OF CEREMONY

(see earlier)

## VOTING ORDERLY IN IRISH ELECTION

### Continued From Page 1

support of labor and the independents.

De Valera entered the election with his prestige high because of the agreement with Great Britain, signed April 25, which ended a long trade war. The government promised a five-year reconstruction program if given a majority. Cosgrave charged De Valera merely wanted a "subservient Dail" to carry out his orders and said the government was without a definite program.

## BIG PLANE TESTS TO BE POSTPONED

SEATTLE, June 17 (AP).—Further test flights of the new 74-passenger Pan-American clipper will be postponed, C. L. Egtvedt, president of the Boeing Airplane Company, announced late today, pending modifications to perfect handling on the water.

He said one is to change the rudder position to give maximum control during slow speed water maneuvering. The present single rudder will be replaced with twin rudders, operating in the propellers' slipstream.

The angle and span of the clipper's hydrostabilizers—the sponsors which ride the water during taxiing—will be modified.

## FUR RACKETEER GETS THREE-YEAR SENTENCE

NEW YORK, June 17 (AP).—Jacob (Gurrah) Shapiro, a racketeer with a record of 100 arrests and four convictions since 1915, was convicted by a Federal jury last night of dominating the $75,000,000-a-year fancy fur industry by violence in violation of the Sherman anti-trust act.

He was immediately sentenced to three years in prison and fined $15,000 by Judge Grover Moskowitz.

"My only regret," the judge commented, "is that under the act I am prevented from imposing a heavier sentence."

Shapiro already is under a two-year sentence for racketeering in the rabbit fur industry.

## FILIPINOS SEND GOLD

WASHINGTON, June 17 (AP).—The Commerce Department reported today Philippine gold imports to the United States during the week ended June 30 totaled 7,629 ounces, valued at $266,968. Silver imports totaled 15,042 ounces, valued at $8,446.

## POWER HEARING DELAYED

WASHINGTON, June 17 (AP).—The power commission postponed today from June 22 to June 29 a hearing in Los Angeles on the city's complaint that rates and charges in a contract with the Nevada-California Electric Corporation were unjust, unreasonable and in violation of the Federal Power Act.

---

## FLOODS MENACE 1,500 VILLAGES

### Continued From Page 1

officers on the scene, originally placed higher, now have been scaled down to 50,000 or less. The death toll was considered extremely small in proportion to the vast area devastated.

Japanese military authorities withdrawing scattered flood-bound troops while admitted a serious food shortage continued, but said Japanese casualties were small.

Chinese officials at Hankow, provisional capital, said the area, directly east of the North-South Peiping-Hankow Railway now held been entirely cleared of Japanese troops, who were forced to retreat before the flood waters.

### Retreat in Anwhei

Chinese military reports indicated also that Japanese forces marching across Anwhei Province toward the railway were forced to fall back, leaving the Japanese gunboat and destroyer armada in the Yangtze River south of the flood area, the only active arm of the widely-extended land-and-sea drive up the Yangtze to Hankow.

Japanese warships heavily shelled Yangtze shores upstream from Nanking, where they were maintaining a foothold despite the reported failure of the westward drive of land forces.

### Spreads Mud Barrier

To the north, toward the Yellow River, the surging flood was aiding the Chinese defenders by spreading a steadily lengthening mud barrier southward. This flood defense kept the Japanese armies in Southeastern Honan from pushing west or north.

In Anwhei Province one Japanese column was reported within 12 miles of Tsienshan, and another advancing westward farther north was said to have reached Hiroshan, in the west central part of the province.

The Chinese, however, asserted

## LOS ANGELES MAYOR OUSTER DEMANDED

### Continued From Page 1

In the attempt on the private investigator's life.

Charging that Mayor Frank L. Shaw and Police Chief James E. Davis "are a couple of Charlie McCarthys taking orders from high-er-ups," the Citizens' Independent Vice Investigating Committee, an active group headed by Clifford E. Clinton, said it will redouble its drive to recall the mayor.

# Follow the Crowds
## ...to the BIG Sale at the BIG Store!

# JOSKE'S
# Semi-Annual
# Clearance
# and Sale

Bargains in Over 100 Departments!
Savings for All the Family!
Big Values for the Home, Too!

# CERTIFICATE OF SERVICE

On September 17, 2020, I filed this document with the Fifth Circuit Court of Appeals using the CM/ECF filing system, which will cause a copy of the document to be electronically delivered to the defendant-appellant's counsel:

> Susan N. Otto
> Federal Public Defender
> Western District of Oklahoma
>
> Michael Lieberman
> Assistant Federal Public Defender
> Western District of Oklahoma
>
> Jared Tyler
> Tyler Law Firm, P.L.L.C.

/s/ *Elizabeth Berenguer*
ELIZABETH BERENGUER
Assistant United States Attorney

1