# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 18, 2020

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

No. 20-70019    USA v. Christopher Vialva
USDC No. 6:04-CV-163

Dear Ms. Clack,

Enclosed is a certified copy of the opinion issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Enclosure(s)

cc: Ms. Elizabeth Berenguer
Mr. Joseph H. Gay Jr.
Mr. Michael W. Lieberman
Ms. Susan M. Otto
Mr. Robert Alton Parker
Mr. Jared Tyler