# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 21, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  Christopher Andre Vialva
          v. United States
          No. 20-5766
          (Your No. 20-70019)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 21, 2020 and placed on the docket September 21, 2020 as No. 20-5766.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Mara Silver
                    Advising Attorney/Emergency Applications

Clerk

