| No. 20-5766 *** CAPITAL CASE *** | |
|---|---|
| Title: | Christopher Andre Vialva, Petitioner<br>v.<br>United States |
| Docketed: | September 21, 2020 |
| Linked with 20A49 | |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
| Case Numbers: | (20-70019) |
| Decision Date: | September 18, 2020 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Sep 21 2020 | Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due October 21, 2020)<br><br>Motion for Leave to Proceed in Forma Pauperis    Petition    Appendix    Proof of Service |
| Sep 21 2020 | Application (20A49) for a stay of execution of sentence of death, submitted to Justice Alito.<br><br>Main Document    Proof of Service |
| Sep 22 2020 | Brief of respondent United States in opposition filed.<br><br>Proof of Service    Main Document |
| Sep 23 2020 | Reply of petitioner Christopher Vialva filed.<br><br>Main Document    Main Document |
| Sep 24 2020 | Application (20A49) referred to the Court. |
| Sep 24 2020 | Petition DENIED. |
| Sep 24 2020 | Application (20A49) denied by the Court. |