# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 14, 2021

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 20-70019    USA v. Vialva
                    USDC No. 6:04-CV-163

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _Sabrina B. Short_____
                    Sabrina B. Short, Deputy Clerk
                    504-310-7817